**Criminal Notice of Appeal - Form A**

## NOTICE OF APPEAL

**United States District Court**

Southern_____ District of New York_____

Caption:

United States_____ v.

Juan Pablo Lozano

Docket No.: 23-180

Katherine Polk Failla
(District Court Judge)

Notice is hereby given that __Juan Pablo LOZANO__ appeals to the United States Court of

Appeals for the Second Circuit from the judgment [✓], other |_____

entered in this action on __June 17, 2026__.
                              (date)                                    (specify)

This appeal concerns: Conviction only |___| Sentence only |✓| Conviction & Sentence |___| Other |___|

Defendant found guilty by (plea) | trial | | N/A | .

Offense occurred after November 1, 1987? Yes |✓| No |___| N/A |___|

Date of sentence: __June 12, 2026__ N/A |___|

Bail/Jail Disposition: Committed |✓| Not committed | | N/A |

Appellant is represented by counsel? (Yes) ] No | | If yes, provide the following information:

Defendant's Counsel: __Mark Demarco / Ezra Spilke / Leo Aldridge__

Counsel's Address: __1825 Foster Ave.   Suite 1k__

__Brooklyn NY   11230__

Counsel's Phone: __718-783-3682 / 917-618-4111__

Assistant U.S. Attorney: __David Robles__

AUSA's Address: __David.Robles @ usdoj.gov__

AUSA's Phone: _____

_____
Signature

APPEAL,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
## CRIMINAL DOCKET FOR CASE #: 1:23−cr−00180−KPF All Defendants

Case title: USA v. GUZMAN SALAZAR          Date Filed: 04/04/2023

Assigned to: Judge Katherine Polk Failla

**Defendant (1)**

**Ivan Archivaldo Guzman Salazar**
*also known as*
Sealed Defendant 1

| **Pending Counts** | **Disposition** |
|---|---|
| 21:848.F CONTINUING CRIMINAL ENTERPRISE (1) | |
| 21:963=CP.F ATTEMPT/CONSPIRACY – CONTROLLED SUBSTANCE – IMPORT/EXPORT (FENTANYL IMPORTATION CONSPIRACY) (2) | |
| 21:846=CD.F CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE (FENTANYL TRAFFICKING CONSPIRACY) (3) | |
| 18:924C.F VIOLENT CRIME/DRUGS/MACHINE GUN (POSSESSION OF MACHINE GUNS AND DESTRUCTIVE DEVICES) (4) | |
| 18:924O.F CONSPIRACY TO POSSESS MACHINE GUNS AND DESTRUCTIVE DEVICES (5) | |
| 18:1956−4999.F MONEY LAUNDERING – FRAUD, OTHER (6) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

Assigned to: Judge Katherine Polk Failla

## Defendant (2)

**Jesus Alfredo Guzman Salazar**
*also known as*
Sealed Defendant 2

| **Pending Counts** | **Disposition** |
| --- | --- |
| 21:848.F CONTINUING CRIMINAL ENTERPRISE (1) | |
| 21:963=CP.F ATTEMPT/CONSPIRACY – CONTROLLED SUBSTANCE – IMPORT/EXPORT (FENTANYL IMPORTATION CONSPIRACY) (2) | |
| 21:846=CD.F CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE (FENTANYL TRAFFICKING CONSPIRACY) (3) | |
| 18:924C.F VIOLENT CRIME/DRUGS/MACHINE GUN (POSSESSION OF MACHINE GUNS AND DESTRUCTIVE DEVICES) (4) | |
| 18:924O.F CONSPIRACY TO POSSESS MACHINE GUNS AND DESTRUCTIVE DEVICES (5) | |
| 18:1956–4999.F MONEY LAUNDERING – FRAUD, OTHER (6) | |

### Highest Offense Level (Opening)

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

### Highest Offense Level (Terminated)

None

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

---

Assigned to: Judge Katherine Polk Failla

## Defendant (3)

**Oscar Noe Medina Gonzalez**
*also known as*
Sealed Defendant 3

| **Pending Counts** | **Disposition** |
| --- | --- |

21:848.F CONTINUING CRIMINAL
ENTERPRISE
(1)

21:963=CP.F ATTEMPT/CONSPIRACY
– CONTROLLED SUBSTANCE –
IMPORT/EXPORT (FENTANYL
IMPORTATION CONSPIRACY)
(2)

21:846=CD.F CONSPIRACY TO
DISTRIBUTE CONTROLLED
SUBSTANCE (FENTANYL
TRAFFICKING CONSPIRACY)
(3)

18:924C.F VIOLENT
CRIME/DRUGS/MACHINE GUN
(POSSESSION OF MACHINE GUNS
AND DESTRUCTIVE DEVICES)
(4)

18:924O.F CONSPIRACY TO POSSESS
MACHINE GUNS AND DESTRUCTIVE
DEVICES
(5)

18:1956–4999.F MONEY LAUNDERING
– FRAUD, OTHER
(6)

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

Assigned to: Judge Katherine Polk
Failla

**Defendant (4)**

| **Nestor Isidro Perez Salas** | represented by | **Andrew G. Patel** |
|---|---|---|
| *also known as* | | Andrew Patel |
| Sealed Defendant 4 | | 15 Chester Avenue |
| | | White Plains, NY 10601 |
| | | 212–349–0230 |
| | | Email: apatel@apatellaw.com |
| | | *TERMINATED: 05/31/2024* |
| | | *LEAD ATTORNEY* |
| | | *Designation: CJA Appointment* |
| | | |
| | | **James R. Froccaro , Jr.** |
| | | James R Froccaro Attorney At Law |
| | | 7 Old Shore Rd. |
| | | Port Washington, NY 11050 |

(516) 944−5062
Fax: (516)−944−5064
Email: jrfesq61@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Ruben Oliva**
Rojas S. Oliva, P.A.
15800 Pines Blvd
Suite 206
Pembroke Pines, FL 33027
305−373−6868
Fax: 305−373−6768
Email: oliva@rojasoliva.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| **Pending Counts** | **Disposition** |
|---|---|

**Pending Counts**

21:848.F CONTINUING CRIMINAL
ENTERPRISE
(1)

21:848E.F CONTINUING CRIMINAL
ENTERPRISE
(1s)

21:963=CP.F
ATTEMPT/CONSPIRACY –
CONTROLLED SUBSTANCE –
IMPORT/EXPORT (FENTANYL
IMPORTATION CONSPIRACY)
(2)

21:963=CI.F
ATTEMPT/CONSPIRACY –
CONTROLLED SUBSTANCE –
IMPORT/EXPORT
(2s)

21:846=CD.F CONSPIRACY TO
DISTRIBUTE CONTROLLED
SUBSTANCE (FENTANYL
TRAFFICKING CONSPIRACY)
(3)

21:846=CI.F CONSPIRACY TO
IMPORT A CONTROLLED
SUBSTANCE
(3s)

18:924C.F VIOLENT
CRIME/DRUGS/MACHINE GUN
(POSSESSION OF MACHINE GUNS
AND DESTRUCTIVE DEVICES)
(4)

18:924C.F VIOLENT
CRIME/DRUGS/MACHINE GUN
(4s)

18:924O.F CONSPIRACY TO
POSSESS MACHINE GUNS AND
DESTRUCTIVE DEVICES
(5)

18:924O.F CONSPIRACY TO
COMMIT A VIOLENT

CRIME/DRUGS/MACHINE/GUN
(5s)

18:1956–4999.F MONEY
LAUNDERING – FRAUD, OTHER
(6)

18:1956–4999.F MONEY
LAUNDERING – FRAUD, OTHER
(CONSPIRACY)
(6s)

18:1513.F OBSTRUCTION OF
JUSTICE BY RETALIATING
AGAINST WITNESS, VICTIM,
INFORMANT THROUGH MURDER
(7s)

18:1513.F CONSPIRACY TO
OBSTRUCT JUSTICE BY
RETALIATING AGAINST WITNESS,
VICTIM, INFORMANT THROUGH
MURDER
(8s)

18:1201.F KIDNAPPING RESULTING
IN DEATH
(9s)

18:1201.F CONSPIRACY TO
COMMIT KIDNAPPING RESULTING
IN DEATH
(10s)

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

---

Assigned to: Judge Katherine Polk Failla

**Defendant (5)**

**Jorge Humberto Figueroz Benitez**
*also known as*
Sealed Defendant 5

| **Pending Counts** | **Disposition** |
| --- | --- |
| 21:848.F CONTINUING CRIMINAL ENTERPRISE (1) | |
| 21:963=CP.F ATTEMPT/CONSPIRACY – CONTROLLED SUBSTANCE – IMPORT/EXPORT (FENTANYL | |

IMPORTATION CONSPIRACY)
(2)

21:846=CD.F CONSPIRACY TO
DISTRIBUTE CONTROLLED
SUBSTANCE (FENTANYL
TRAFFICKING CONSPIRACY)
(3)

18:924C.F VIOLENT
CRIME/DRUGS/MACHINE GUN
(POSSESSION OF MACHINE GUNS
AND DESTRUCTIVE DEVICES)
(4)

18:924O.F CONSPIRACY TO POSSESS
MACHINE GUNS AND DESTRUCTIVE
DEVICES
(5)

18:1956–4999.F MONEY LAUNDERING
– FRAUD, OTHER
(6)

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

Assigned to: Judge Katherine Polk Failla

**Defendant (6)**

**Liborio Nunez Aguirre**
*also known as*
Sealed Defendant 6

| **Pending Counts** | **Disposition** |
| --- | --- |

21:963=CP.F ATTEMPT/CONSPIRACY
– CONTROLLED SUBSTANCE –
IMPORT/EXPORT (FENTANYL
IMPORTATION CONSPIRACY)
(2)

21:846=CD.F CONSPIRACY TO
DISTRIBUTE CONTROLLED
SUBSTANCE (FENTANYL
TRAFFICKING CONSPIRACY)
(3)

18:924C.F VIOLENT
CRIME/DRUGS/MACHINE GUN
(POSSESSION OF MACHINE GUNS
AND DESTRUCTIVE DEVICES)
(4)

18:924O.F CONSPIRACY TO POSSESS
MACHINE GUNS AND DESTRUCTIVE
DEVICES
(5)

18:1956–4999.F MONEY LAUNDERING
– FRAUD, OTHER
(6)

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

Assigned to: Judge Katherine Polk Failla

**Defendant (7)**

**Noel Perez Lopez**
*also known as*
Sealed Defendant 7

| **Pending Counts** | **Disposition** |
|---|---|
| 21:963=CP.F ATTEMPT/CONSPIRACY – CONTROLLED SUBSTANCE – IMPORT/EXPORT (FENTANYL IMPORTATION CONSPIRACY) (2) | |
| 21:846=CD.F CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE (FENTANYL TRAFFICKING CONSPIRACY) (3) | |
| 18:924C.F VIOLENT CRIME/DRUGS/MACHINE GUN (POSSESSION OF MACHINE GUNS AND DESTRUCTIVE DEVICES) (4) | |
| 18:924O.F CONSPIRACY TO POSSESS MACHINE GUNS AND DESTRUCTIVE DEVICES (5) | |
| 18:1956–4999.F MONEY LAUNDERING – FRAUD, OTHER (6) | |

**Highest Offense Level (Opening)**

Felony

| Terminated Counts | Disposition |
|---|---|
| None | |

| Highest Offense Level (Terminated) | |
|---|---|
| None | |

| Complaints | Disposition |
|---|---|
| None | |

Assigned to: Judge Katherine Polk Failla

### Defendant (8)

**Samuel Leon Alavarado**
*also known as*
Sealed Defendant 8

| Pending Counts | Disposition |
|---|---|
| 21:963=CP.F ATTEMPT/CONSPIRACY – CONTROLLED SUBSTANCE – IMPORT/EXPORT (FENTANYL IMPORTATION CONSPIRACY) (2) | |
| 21:846=CD.F CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE (FENTANYL TRAFFICKING CONSPIRACY) (3) | |
| 18:924C.F VIOLENT CRIME/DRUGS/MACHINE GUN (POSSESSION OF MACHINE GUNS AND DESTRUCTIVE DEVICES) (4) | |
| 18:924O.F CONSPIRACY TO POSSESS MACHINE GUNS AND DESTRUCTIVE DEVICES (5) | |
| 18:1956–4999.F MONEY LAUNDERING – FRAUD, OTHER (6) | |

| Highest Offense Level (Opening) | |
|---|---|
| Felony | |

| Terminated Counts | Disposition |
|---|---|
| None | |

| Highest Offense Level (Terminated) | |
|---|---|
| None | |

| Complaints | Disposition |
|---|---|
| None | |

Assigned to: Judge Katherine Polk Failla

**Defendant (9)**

**Luis Javier Benitez Espinoza**
*also known as*
Sealed Defendant 9

| **Pending Counts** | **Disposition** |
| --- | --- |
| 21:963=CP.F ATTEMPT/CONSPIRACY – CONTROLLED SUBSTANCE – IMPORT/EXPORT (FENTANYL IMPORTATION CONSPIRACY) (2) | |
| 21:846=CD.F CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE (FENTANYL TRAFFICKING CONSPIRACY) (3) | |
| 18:924C.F VIOLENT CRIME/DRUGS/MACHINE GUN (POSSESSION OF MACHINE GUNS AND DESTRUCTIVE DEVICES) (4) | |
| 18:924O.F CONSPIRACY TO POSSESS MACHINE GUNS AND DESTRUCTIVE DEVICES (5) | |
| 18:1956–4999.F MONEY LAUNDERING – FRAUD, OTHER (6) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

Assigned to: Judge Katherine Polk Failla

**Defendant (10)**

**Alan Gabriel Nunez Herrera**
*also known as*
Sealed Defendant 10

| **Pending Counts** | **Disposition** |
| --- | --- |
| 21:963=CP.F ATTEMPT/CONSPIRACY – CONTROLLED SUBSTANCE – IMPORT/EXPORT (FENTANYL | |

IMPORTATION CONSPIRACY)
(2)

21:846=CD.F CONSPIRACY TO
DISTRIBUTE CONTROLLED
SUBSTANCE (FENTANYL
TRAFFICKING CONSPIRACY)
(3)

18:1956–4999.F MONEY LAUNDERING
– FRAUD, OTHER
(6)

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

Assigned to: Judge Katherine Polk
Failla

**Defendant (11)**

| | |
| --- | --- |
| **Juan Pablo Lozano** | represented by **Anthony Cecutti** |
| *TERMINATED: 06/17/2026* | Law Office of Anthony Cecutti |
| *also known as* | 217 Broadway, Suite 707 |
| Sealed Defendant 11 | New York, NY 10007 |
| *TERMINATED: 06/17/2026* | 917–741–1837 |
| | Fax: 212–962–5037 |
| | Email: anthonycecutti@gmail.com |
| | *TERMINATED: 08/21/2025* |
| | *LEAD ATTORNEY* |
| | *Designation: CJA Appointment* |
| | |
| | **Dawn Marcella Cardi** |
| | Cardi & Edgar LLP |
| | 99 Madison Avenue, 8th Floor |
| | New York, NY 10016 |
| | (212)–481–7770 |
| | Fax: (212)–684–3008 |
| | Email: DCardi@CardiEdgarLaw.com |
| | *TERMINATED: 01/28/2025* |
| | *LEAD ATTORNEY* |
| | *Designation: CJA Appointment* |
| | |
| | **Ezra Spilke** |
| | Law Offices of Ezra Spilke, PLLC |
| | 1825 Foster Avenue Suite 1K |
| | Brooklyn, NY 11230 |
| | 718–783–3682 |
| | Email: ezra@spilkelaw.com |
| | *LEAD ATTORNEY* |
| | *ATTORNEY TO BE NOTICED* |
| | *Designation: CJA Appointment* |

**Leonardo M Aldridge**
20 Vesey Street
Room 400
New York, NY 10007
787–370–9024
Email: leoaldridge@hotmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Mark Steven DeMarco**
Law Office of Mark S. DeMarco
100 Lafayette Street
Suite 501
New York, NY 10013
718–239–7070
Fax: 718–239–2141
Email: msdlaw@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

21:963=CP.F
ATTEMPT/CONSPIRACY –
CONTROLLED SUBSTANCE –
IMPORT/EXPORT (FENTANYL
IMPORTATION CONSPIRACY)
(2)

**Disposition**

IMPRISONMENT: One–hundred–seventy–five (175) months. SUPERVISED RELEASE: Four (4) years .

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

21:846=CD.F CONSPIRACY TO
DISTRIBUTE CONTROLLED
SUBSTANCE (FENTANYL
TRAFFICKING CONSPIRACY)
(3)

18:924C.F VIOLENT
CRIME/DRUGS/MACHINE GUN
(POSSESSION OF MACHINE
GUNS AND DESTRUCTIVE
DEVICES)
(4)

18:924O.F CONSPIRACY TO
POSSESS MACHINE GUNS AND
DESTRUCTIVE DEVICES
(5)

18:1956–4999.F MONEY
LAUNDERING – FRAUD, OTHER
(6)

**Disposition**

Dismissed

Dismissed

Dismissed

Dismissed

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

Assigned to: Judge Katherine Polk Failla

### Defendant (12)

**Carlos Limon**
*also known as*
Sealed Defendant 12

| **Pending Counts** | **Disposition** |
|---|---|
| 21:963=CP.F ATTEMPT/CONSPIRACY – CONTROLLED SUBSTANCE – IMPORT/EXPORT (FENTANYL IMPORTATION CONSPIRACY) (2) | |
| 21:846=CD.F CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE (FENTANYL TRAFFICKING CONSPIRACY) (3) | |
| 18:924C.F VIOLENT CRIME/DRUGS/MACHINE GUN (POSSESSION OF MACHINE GUNS AND DESTRUCTIVE DEVICES) (4) | |
| 18:924O.F CONSPIRACY TO POSSESS MACHINE GUNS AND DESTRUCTIVE DEVICES (5) | |
| 18:1956–4999.F MONEY LAUNDERING – FRAUD, OTHER (6) | |

### Highest Offense Level (Opening)

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

### Highest Offense Level (Terminated)

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

Assigned to: Judge Katherine Polk Failla

### Defendant (13)

**Jesus Tirado Andrade**
*also known as*
Sealed Defendant 13

| Pending Counts | Disposition |
|---|---|

21:963=CP.F ATTEMPT/CONSPIRACY
– CONTROLLED SUBSTANCE –
IMPORT/EXPORT (FENTANYL
IMPORTATION CONSPIRACY)
(2)

21:846=CD.F CONSPIRACY TO
DISTRIBUTE CONTROLLED
SUBSTANCE (FENTANYL
TRAFFICKING CONSPIRACY)
(3)

18:924C.F VIOLENT
CRIME/DRUGS/MACHINE GUN
(POSSESSION OF MACHINE GUNS
AND DESTRUCTIVE DEVICES)
(4)

18:924O.F CONSPIRACY TO POSSESS
MACHINE GUNS AND DESTRUCTIVE
DEVICES
(5)

18:1956–4999.F MONEY LAUNDERING
– FRAUD, OTHER
(6)

**Highest Offense Level (Opening)**

Felony

| Terminated Counts | Disposition |
|---|---|

None

**Highest Offense Level (Terminated)**

None

| Complaints | Disposition |
|---|---|

None

---

Assigned to: Judge Katherine Polk
Failla

**Defendant (14)**

| | | |
|---|---|---|
| **Carlos Omar Felix Gutierrez** | represented by | **Arletta Kathleen Singh** |
| *also known as* | | Duane Morris LLP |
| Sealed Defendant 14 | | 901 New York Avenue N.W. |
| | | Ste 700 East |
| | | Washington, DC 20001 |
| | | 202–776–7813 |
| | | Fax: 212–522–8304 |
| | | Email: abussiere@duanemorris.com |
| | | *TERMINATED: 01/28/2025* |
| | | *LEAD ATTORNEY* |
| | | *Designation: CJA Appointment* |
| | | |
| | | **Eric R. Breslin** |
| | | Duane Morris LLP |
| | | 200 Campus Drive |

Suite 300
Florham Park, NJ 07932
973–424–2000
Fax: 973–424–2001
Email: erbreslin@duanemorris.com
*TERMINATED: 01/28/2025*
*LEAD ATTORNEY*
*Designation: CJA Appointment*

**Jacqueline Elaine Cistaro**
Law Offices of Jacqueline E. Cistaro
325 Broadway
Suite 505
New York, NY 10007
646–253–0583
Fax: 646–224–9618
Email: JEC@cistarolawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Thomas Francis Dunn**
Thomas F.X. Dunn
20 Vesey Street
Ste 400
New York, NY 10007
212–941–9940
Email: ThomasDunnLaw@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**David Keith Bertan**
David K. Bertan, ESQ.
41 East 11th Street
11th Floor
New York, NY 10003
718–742–1688
Email: dkb@davidbertan.com
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |

21:963=CP.F
ATTEMPT/CONSPIRACY –
CONTROLLED SUBSTANCE –
IMPORT/EXPORT (FENTANYL
IMPORTATION CONSPIRACY)
(2)

21:846=CD.F CONSPIRACY TO
DISTRIBUTE CONTROLLED
SUBSTANCE (FENTANYL
TRAFFICKING CONSPIRACY)
(3)

18:924C.F VIOLENT
CRIME/DRUGS/MACHINE GUN
(POSSESSION OF MACHINE
GUNS AND DESTRUCTIVE
DEVICES)
(4)

18:924O.F CONSPIRACY TO
POSSESS MACHINE GUNS AND

DESTRUCTIVE DEVICES
(5)

18:1956–4999.F MONEY
LAUNDERING – FRAUD, OTHER
(6)

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level
(Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

Assigned to: Judge Katherine Polk
Failla

**Defendant (15)**

| **Silvano Francisco Mariano** | represented by | **Christine Delince** |
| --- | --- | --- |
| *also known as* | | The Law Offices of Onaodowan & Delince |
| Sealed Defendant 15 | | 100 Church Street |

**Silvano Francisco Mariano**
*also known as*
Sealed Defendant 15

represented by **Christine Delince**
The Law Offices of Onaodowan & Delince
100 Church Street
8th Floor
New York, NY 10007
646–766–8113
Email: cdelince@eocdlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Esereosonobrughue Joy Onaodowan**
The Law Offices of Onaodowan & Delince, PLLC
100 Church Street
8th Floor
New York, NY 10007
718–427–3139
Email: eonaodowan@eocdlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Jill R. Shellow**
Law Offices of Jill R. Shellow
15 Chester Avenue
White Plains, NY 10601
212–792–4911
Fax: 212–792–4946
Email: jrs@shellowlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Karloff Cylton Commissiong**
Law Office of Karloff Commissiong

405 Lexington Avenue
Ste 9th Floor
New York, NY 10174
718–415–3116
Email: karloff@kcommissionglaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Nicole Ware Friedlander**
Sullivan & Cromwell, LLP (NYC)
125 Broad Street
New York, NY 10004
(212)–558–4000
Fax: (212)–558–3588
Email: friedlandern@sullcrom.com
*TERMINATED: 01/30/2025*
*LEAD ATTORNEY*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|

21:963=CP.F
ATTEMPT/CONSPIRACY –
CONTROLLED SUBSTANCE –
IMPORT/EXPORT (FENTANYL
IMPORTATION CONSPIRACY)
(2)

21:846=CD.F CONSPIRACY TO
DISTRIBUTE CONTROLLED
SUBSTANCE (FENTANYL
TRAFFICKING CONSPIRACY)
(3)

18:924C.F VIOLENT
CRIME/DRUGS/MACHINE GUN
(POSSESSION OF MACHINE
GUNS AND DESTRUCTIVE
DEVICES)
(4)

18:924O.F CONSPIRACY TO
POSSESS MACHINE GUNS AND
DESTRUCTIVE DEVICES
(5)

18:1956–4999.F MONEY
LAUNDERING – FRAUD, OTHER
(6)

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|

None

**Highest Offense Level
(Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|

None

Assigned to: Judge Katherine Polk
Failla

**Defendant (16)**

**Julio Marin Gonzalez**
*also known as*
Sealed Defendant 16

represented by **Lawrence Gerschwer**
Barnes & Thornburg LLP
390 Madison Avenue
12th Floor
New York, NY 10017
646–746–2022
Fax: 646–746–2001
Email: Lawrence.Gerschwer@btlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Rachel Nicole Perillo**
Rothman, Schenider, Soloway & Stern, LLP
100 Lafayette Street
Suite 501
New York, NY 10013
212–571–5500
Email: rperillo@rssslaw.com
*TERMINATED: 05/23/2025*
*LEAD ATTORNEY*
*Designation: CJA Appointment*

**Charlotte Hull Underwood**
Barnes & Thornburg LLP
390 Madison Avenue
12th Floor
New York, NY 10017
646–746–2192
Email: charlotte.underwood@btlaw.com
*ATTORNEY TO BE NOTICED*

**Damini Kunwar**
Barnes & Thornburg
390 Madison Avenue, 12th Floor
New York, NY 10017
240–688–4702
Email: damini.kunwar@btlaw.com
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Jeremy Schneider**
Rothman, Schneider, Soloway & Stern, LLP
100 Lafayette Street, Suite 501
New York, NY 10013
212–571–5500
Fax: 212–571–5507
Email: jschneider@rssslaw.com
*TERMINATED: 05/23/2025*
*Designation: CJA Appointment*

**Pending Counts**

21:963=CP.F
ATTEMPT/CONSPIRACY –
CONTROLLED SUBSTANCE –
IMPORT/EXPORT (FENTANYL

**Disposition**

IMPORTATION CONSPIRACY)
(2)

21:846=CD.F CONSPIRACY TO
DISTRIBUTE CONTROLLED
SUBSTANCE (FENTANYL
TRAFFICKING CONSPIRACY)
(3)

18:924C.F VIOLENT
CRIME/DRUGS/MACHINE GUN
(POSSESSION OF MACHINE
GUNS AND DESTRUCTIVE
DEVICES)
(4)

18:924O.F CONSPIRACY TO
POSSESS MACHINE GUNS AND
DESTRUCTIVE DEVICES
(5)

18:1956–4999.F MONEY
LAUNDERING – FRAUD, OTHER
(6)

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level
(Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

Assigned to: Judge Katherine Polk Failla

**Defendant (17)**

**Mario Alberto Jimenez Castro**
*also known as*
Sealed Defendant 17

| **Pending Counts** | **Disposition** |
| --- | --- |
| 21:963=CP.F ATTEMPT/CONSPIRACY – CONTROLLED SUBSTANCE – IMPORT/EXPORT (FENTANYL IMPORTATION CONSPIRACY) (2) | |

21:846=CD.F CONSPIRACY TO
DISTRIBUTE CONTROLLED
SUBSTANCE (FENTANYL
TRAFFICKING CONSPIRACY)
(3)

18:924C.F VIOLENT
CRIME/DRUGS/MACHINE GUN
(POSSESSION OF MACHINE GUNS

AND DESTRUCTIVE DEVICES)
(4)

18:924O.F CONSPIRACY TO POSSESS
MACHINE GUNS AND DESTRUCTIVE
DEVICES
(5)

18:1956–4999.F MONEY LAUNDERING
– FRAUD, OTHER
(6)

## Highest Offense Level (Opening)

Felony

| Terminated Counts | Disposition |
| --- | --- |
| None | |

## Highest Offense Level (Terminated)

None

| Complaints | Disposition |
| --- | --- |
| None | |

Assigned to: Judge Katherine Polk
Failla

## Defendant (18)

| | | |
| --- | --- | --- |
| **Sergio Duarte Frias**<br>*TERMINATED: 12/22/2025*<br>*also known as*<br>Sealed Defendant 18<br>*TERMINATED: 12/22/2025* | represented by | **Susan J Walsh**<br>Vladeck, Raskin & Clark P.C.<br>111 Broadway<br>Suite 1505<br>New York, NY 10006<br>212–403–7348<br>Fax: 212–221–3172<br>Email: swalsh@vladeck.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment*<br><br>**Marissa Balonon–Rosen**<br>Vladeck, Raskin & Clark<br>111 Broadway<br>Suite 1505<br>New York, NY 10006<br>212–403–7313<br>Email: mbalonon–rosen@vladeck.com<br>*ATTORNEY TO BE NOTICED* |

| Pending Counts | Disposition |
| --- | --- |
| 21:963=CP.F<br>ATTEMPT/CONSPIRACY –<br>CONTROLLED SUBSTANCE –<br>IMPORT/EXPORT (FENTANYL<br>IMPORTATION CONSPIRACY)<br>(2) | Imprisonment for a total term of Concurrent terms of eighty (80) months on Counts Two and Six. Supervised release for a term of Aggregate concurrent terms of four (4) years on Count Two, and three (3) years on Count Six |
| 18:1956–4999.F MONEY<br>LAUNDERING – FRAUD, OTHER | Imprisonment for a total term of Concurrent terms of eighty (80) months on Counts Two and Six. |

(6)                                                     Supervised release for a term of Aggregate
                                                        concurrent terms of four (4) years on Count Two,
                                                        and three (3) years on Count Six

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| 21:846=CD.F CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE (FENTANYL TRAFFICKING CONSPIRACY) (3) | Dismissed |
| 18:924C.F VIOLENT CRIME/DRUGS/MACHINE GUN (POSSESSION OF MACHINE GUNS AND DESTRUCTIVE DEVICES) (4) | Dismissed |
| 18:924O.F CONSPIRACY TO POSSESS MACHINE GUNS AND DESTRUCTIVE DEVICES (5) | Dismissed |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

Assigned to: Judge Katherine Polk
Failla

**Defendant (19)**

| | | |
| --- | --- | --- |
| **Ana Gabriela Rubio Zea** *TERMINATED: 01/30/2026* *also known as* Sealed Defendant 19 *TERMINATED: 01/30/2026* | represented by | **Judith Vargas** The Law Office of Judith Vargas 20 Vesey Street Suite 400 New York, NY 10006 (212)−668−0024 Fax: (212) 668−0060 Email: judithvargas1@aol.com *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* *Designation: CJA Appointment* |
| | | **Kenneth Jamal Montgomery** Kenneth J. Montgomery PLLC 396 Waverly Ave Brooklyn, NY 11238 718−403−9261 Fax: 614−455−9261 Email: kenneth@kjmontgomerylaw.com *TERMINATED: 10/22/2024* *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* *Designation: Assistant US Attorney* |

| **Pending Counts** | **Disposition** |
|---|---|
| 21:963=CP.F ATTEMPT/CONSPIRACY – CONTROLLED SUBSTANCE – IMPORT/EXPORT (FENTANYL IMPORTATION CONSPIRACY) (2) | IMPRISONMENT: Time served plus six (6) months on Count Two in 23–cr–00180–KPF. SUPERVISED RELEASE: Three (3) years on Count Two in 23–cr–00180–KPF. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 21:846=CD.F CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE (FENTANYL TRAFFICKING CONSPIRACY) (3) | Dismissed |
| 18:1956–4999.F MONEY LAUNDERING – FRAUD, OTHER (6) | Dismissed |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

Assigned to: Judge Katherine Polk Failla

**Defendant (20)**

**Kun Jiang**
*also known as*
Sealed Defendant 20

| **Pending Counts** | **Disposition** |
|---|---|
| 21:963=CP.F ATTEMPT/CONSPIRACY – CONTROLLED SUBSTANCE – IMPORT/EXPORT (FENTANYL IMPORTATION CONSPIRACY) (2) | |
| 21:846=CD.F CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE (FENTANYL TRAFFICKING CONSPIRACY) (3) | |
| 18:1956–4999.F MONEY LAUNDERING – FRAUD, OTHER (6) | |

**Highest Offense Level (Opening)**

Felony

| Terminated Counts | Disposition |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| Complaints | Disposition |
|---|---|
| None | |

Assigned to: Judge Katherine Polk Failla

**Defendant (21)**

**Yonghao Wu**
*also known as*
Sealed Defendant 21

| Pending Counts | Disposition |
|---|---|
| 21:963=CP.F ATTEMPT/CONSPIRACY – CONTROLLED SUBSTANCE – IMPORT/EXPORT (FENTANYL IMPORTATION CONSPIRACY) (2) | |
| 21:846=CD.F CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE (FENTANYL TRAFFICKING CONSPIRACY) (3) | |
| 18:1956–4999.F MONEY LAUNDERING – FRAUD, OTHER (6) | |

**Highest Offense Level (Opening)**

Felony

| Terminated Counts | Disposition |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| Complaints | Disposition |
|---|---|
| None | |

Assigned to: Judge Katherine Polk Failla

**Defendant (22)**

**Yaqin Wu**
*also known as*
Sealed Defendant 22

| Pending Counts | Disposition |
|---|---|

21:963=CP.F ATTEMPT/CONSPIRACY
– CONTROLLED SUBSTANCE –
IMPORT/EXPORT (FENTANYL
IMPORTATION CONSPIRACY)
(2)

21:846=CD.F CONSPIRACY TO
DISTRIBUTE CONTROLLED
SUBSTANCE (FENTANYL
TRAFFICKING CONSPIRACY)
(3)

18:1956–4999.F MONEY LAUNDERING
– FRAUD, OTHER
(6)

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

Assigned to: Judge Katherine Polk Failla

**Defendant (23)**

**Huatao Yao**
*also known as*
Sealed Defendant 23

| **Pending Counts** | **Disposition** |
| --- | --- |

21:963=CP.F ATTEMPT/CONSPIRACY
– CONTROLLED SUBSTANCE –
IMPORT/EXPORT (FENTANYL
IMPORTATION CONSPIRACY)
(2)

21:846=CD.F CONSPIRACY TO
DISTRIBUTE CONTROLLED
SUBSTANCE (FENTANYL
TRAFFICKING CONSPIRACY)
(3)

18:1956–4999.F MONEY LAUNDERING
– FRAUD, OTHER
(6)

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

Assigned to: Judge Katherine Polk Failla

**Defendant (24)**

| | | |
|---|---|---|
| **Martin Zazueta Perez** *also known as* Piyi | represented by | **Marc Allan Fernich** Law Office of Marc Fernich 800 Third Avenue Ste Floor 18 New York, NY 10022 212–446–2346 Email: maf@fernichlaw.com *ATTORNEY TO BE NOTICED* *Designation: Retained* |

| **Pending Counts** | **Disposition** |
|---|---|
| 21:963=NI.F ATTEMPT/CONSPIRACY – NARCOTICS – IMPORTATION/EXPORTATION (FENTANYL) (1) | |
| 21:846=ND.F CONSPIRACY TO DISTRIBUTE NARCOTICS (FENTANYL) (2) | |
| 18:924C.F VIOLENT CRIME/DRUGS/MACHINE GUN (POSSESSION OF MACHINE GUNS AND DESTRUCTIVE DEVICES) (3) | |
| 18:924O.F CONSPIRACY TO COMMIT A VIOLENT CRIME/DRUGS/MACHINE/GUN (CONSPIRACY TO POSSESS MACHINE GUNS AND DESTRUCTIVE DEVICES) (4) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|

None

Assigned to: Judge Katherine Polk Failla

**Defendant (25)**

| | |
|---|---|
| **Kevin Gil Acosta**<br>*also known as*<br>El 200 | represented by **Marc Allan Fernich**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Pending Counts**                                    **Disposition**

21:963=NI.F
ATTEMPT/CONSPIRACY –
NARCOTICS –
IMPORTATION/EXPORTATION
(FENTANYL)
(1)

21:846=ND.F CONSPIRACY TO
DISTRIBUTE NARCOTICS
(FENTANYL)
(2)

18:924C.F VIOLENT
CRIME/DRUGS/MACHINE GUN
(POSSESSION OF MACHINE GUNS
AND DESTRUCTIVE DEVICES)
(3)

18:924O.F CONSPIRACY TO
POSSESS MACHINE GUNS AND
DESTRUCTIVE DEVICES
(4)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                    **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                    **Disposition**

None

Assigned to: Judge Katherine Polk Failla

**Defendant (26)**

**Ivan Velerio Sainz Salazar**

**Pending Counts**          **Disposition**

21:963=ND.F ATTEMPT/CONSPIRACY
– NARCOTICS –
SELL/DISTRIBUTE/DISPENSE
(FENTANYL)
(1)

21:846=ND.F CONSPIRACY TO
DISTRIBUTE NARCOTICS
(FENTANYL)
(2)

18:924C.F VIOLENT
CRIME/DRUGS/MACHINE GUN
(3)

18:924O.F CONSPIRACY TO COMMIT
A VIOLENT
CRIME/DRUGS/MACHINE/GUN
(4)

**Highest Offense Level (Opening)**

Felony

| Terminated Counts | Disposition |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| Complaints | Disposition |
|---|---|
| None | |

Assigned to: Judge Katherine Polk Failla

**Defendant (27)**

**Ruben Rocha Moya**

| Pending Counts | Disposition |
|---|---|

21:963=NI.F ATTEMPT/CONSPIRACY –
NARCOTICS –
IMPORTATION/EXPORTATION
(1)

18:924C.F VIOLENT
CRIME/DRUGS/MACHINE
GUN/DESTRUCTIVE DEVICES
(2)

18:924O.F CONSPIRACY TO COMMIT
A VIOLENT
CRIME/DRUGS/MACHINE/GUN
(CONSPIRACY TO POSSESS
MACHINEGUNS AND DESTRUCTIVE
DEVICES)
(3)

**Highest Offense Level (Opening)**

Felony

| Terminated Counts | Disposition |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

Assigned to: Judge Katherine Polk Failla

### Defendant (28)

**Enrique Inzunza Cazarez**

| **Pending Counts** | **Disposition** |
|---|---|
| 21:963=NI.F ATTEMPT/CONSPIRACY – NARCOTICS – IMPORTATION/EXPORTATION (1) | |
| 18:924C.F VIOLENT CRIME/DRUGS/MACHINE GUN/DESTRUCTIVE DEVICES (2) | |
| 18:924O.F CONSPIRACY TO COMMIT A VIOLENT CRIME/DRUGS/MACHINE/GUN (CONSPIRACY TO POSSESS MACHINEGUNS AND DESTRUCTIVE DEVICES) (3) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

Assigned to: Judge Katherine Polk Failla

### Defendant (29)

**Enrique Diaz Vega**

| **Pending Counts** | **Disposition** |
|---|---|
| 21:963=NI.F ATTEMPT/CONSPIRACY – NARCOTICS – IMPORTATION/EXPORTATION (1) | |
| 18:924C.F VIOLENT CRIME/DRUGS/MACHINE GUN/DESTRUCTIVE DEVICES (2) | |

18:924O.F CONSPIRACY TO COMMIT
A VIOLENT
CRIME/DRUGS/MACHINE/GUN
(CONSPIRACY TO POSSESS
MACHINEGUNS AND DESTRUCTIVE
DEVICES)
(3)

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

Assigned to: Judge Katherine Polk Failla

**Defendant (30)**

**Damaso Castro Zaavedra**

| **Pending Counts** | **Disposition** |
|---|---|
| 21:963=NI.F ATTEMPT/CONSPIRACY – NARCOTICS – IMPORTATION/EXPORTATION (1) | |
| 18:924C.F VIOLENT CRIME/DRUGS/MACHINE GUN/DESTRUCTIVE DEVICES (2) | |
| 18:924O.F CONSPIRACY TO COMMIT A VIOLENT CRIME/DRUGS/MACHINE/GUN (CONSPIRACY TO POSSESS MACHINEGUNS AND DESTRUCTIVE DEVICES) (3) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

Assigned to: Judge Katherine Polk Failla

**Defendant (31)**

**Marco Antonio Almanza Aviles**

| **Pending Counts** | **Disposition** |
| --- | --- |
| 21:963=NI.F ATTEMPT/CONSPIRACY – NARCOTICS – IMPORTATION/EXPORTATION (1) | |
| 18:924C.F VIOLENT CRIME/DRUGS/MACHINE GUN/DESTRUCTIVE DEVICES (2) | |
| 18:924O.F CONSPIRACY TO COMMIT A VIOLENT CRIME/DRUGS/MACHINE/GUN (CONSPIRACY TO POSSESS MACHINEGUNS AND DESTRUCTIVE DEVICES) (3) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

Assigned to: Judge Katherine Polk Failla

**Defendant (32)**

**Alberto Jorge Contreras Nunez**
*also known as*
Cholo

| **Pending Counts** | **Disposition** |
| --- | --- |
| 21:963=NI.F ATTEMPT/CONSPIRACY – NARCOTICS – IMPORTATION/EXPORTATION (1) | |
| 18:924C.F VIOLENT CRIME/DRUGS/MACHINE GUN/DESTRUCTIVE DEVICES (2) | |
| 18:924O.F CONSPIRACY TO COMMIT A VIOLENT | |

CRIME/DRUGS/MACHINE/GUN
(CONSPIRACY TO POSSESS
MACHINEGUNS AND DESTRUCTIVE
DEVICES)
(3)

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

Assigned to: Judge Katherine Polk
Failla

**Defendant (33)**

| **Gerardo Merida Sanchez** | represented by | **Sarah Rebecca Krissoff** |
| --- | --- | --- |
| | | Cozen O'Connor |
| | | 3 Wtc |
| | | 175 Greenwich St. |
| | | New York, NY 10007 |
| | | 212–908–1388 |
| | | Email: SKrissoff@cozen.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: CJA Appointment* |

| **Pending Counts** | **Disposition** |
| --- | --- |
| 21:963=NI.F ATTEMPT/CONSPIRACY – NARCOTICS – IMPORTATION/EXPORTATION (1) | |
| 18:924C.F VIOLENT CRIME/DRUGS/MACHINE GUN/DESTRUCTIVE DEVICES (2) | |
| 18:924O.F CONSPIRACY TO COMMIT A VIOLENT CRIME/DRUGS/MACHINE/GUN (CONSPIRACY TO POSSESS MACHINEGUNS AND DESTRUCTIVE DEVICES) (3) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |

None

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

Assigned to: Judge Katherine Polk Failla

**Defendant (34)**

**Jose Antonio Dionisio Hipolito**
*also known as*
Tornado

| **Pending Counts** | **Disposition** |
|---|---|
| 21:963=NI.F ATTEMPT/CONSPIRACY – NARCOTICS – IMPORTATION/EXPORTATION (1) | |
| 18:924C.F VIOLENT CRIME/DRUGS/MACHINE GUN/DESTRUCTIVE DEVICES (2) | |
| 18:924O.F CONSPIRACY TO COMMIT A VIOLENT CRIME/DRUGS/MACHINE/GUN (CONSPIRACY TO POSSESS MACHINEGUNS AND DESTRUCTIVE DEVICES) (3) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

Assigned to: Judge Katherine Polk Failla

**Defendant (35)**

**Juan De Dios Gamez Mendivil**

| **Pending Counts** | **Disposition** |
|---|---|
| 21:963=NI.F ATTEMPT/CONSPIRACY – NARCOTICS – | |

IMPORTATION/EXPORTATION
(1)

18:924C.F VIOLENT
CRIME/DRUGS/MACHINE
GUN/DESTRUCTIVE DEVICES
(2)

18:924O.F CONSPIRACY TO COMMIT
A VIOLENT
CRIME/DRUGS/MACHINE/GUN
(CONSPIRACY TO POSSESS
MACHINEGUNS AND DESTRUCTIVE
DEVICES)
(3)

## Highest Offense Level (Opening)

Felony

| Terminated Counts | Disposition |
|---|---|
| None | |

## Highest Offense Level (Terminated)

None

| Complaints | Disposition |
|---|---|
| None | |

Assigned to: Judge Katherine Polk Failla

### Defendant (36)

**Juan Valenzuela Millan**
*also known as*
Juanito

| Pending Counts | Disposition |
|---|---|

21:963=NI.F ATTEMPT/CONSPIRACY –
NARCOTICS –
IMPORTATION/EXPORTATION
(1)

18:924C.F VIOLENT
CRIME/DRUGS/MACHINE
GUN/DESTRUCTIVE DEVICES
(2)

18:924O.F CONSPIRACY TO COMMIT
A VIOLENT
CRIME/DRUGS/MACHINE/GUN
(CONSPIRACY TO POSSESS
MACHINEGUNS AND DESTRUCTIVE
DEVICES)
(3)

18:1201.F KIDNAPPING RESULTING IN
DEATH
(4)

18:1201.F CONSPIRACY TO COMMIT
KIDNAPPING RESULTING IN DEATH
(5)

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Kyle Adam Wirshba** |

United States Attorneys Office SDNY
1 Saint Andrews Plaza
New York, NY 10007
212−637−2493
Email: kyle.wirshba@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Nicholas Sutherland Bradley**
DOJ−USAO
26 Federal Plaza
New York, NY 10278
212−637−1581
Email: nicholas.bradley2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Sarah L. Kushner**
DOJ−USAO
1 Saint Andrews Plaza
New York, NY 10001
212−637−2676
Email: sarah.kushner@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Alexander Nuo Li**
DOJ−USAO
Southern District of New York
26 Federal Plaza, 37th Floor
New York, NY 10278
212−637−2265
Email: alexander.li@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**David Robles**
DOJ−USAO
1 Saint Andrews Plaza
New York, NY 10001
212−637−2550

Email: david.robles@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Jane Chong**
DOJ–USAO
1 St. Andrew's Plaza
New York, NY 10007
917–763–3172
Email: jane.chong@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Jayce Born**
DOJ–Crm
Money Laundering, Narcotics and
Forfeiture Section
1400 New York Avenue NW
Washington, DC 20530
202–616–2656
Email: jayce.born@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Kirk Handrich**
DOJ–Crm
1400 New York Avenue NE
Washington, DC 20530
202–514–0422
Email: kirk.handrich@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Samantha Leigh Thompson**
DOJ–Crm
Narcotic and Dangerous Drug Section
Two Constitution Building (2CON)
145 N Street Northeast
2nd Floor – East Wing
Washington, DC 20530
202–597–0016
Email: samantha.thompson@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/04/2023 | 2 | SEALED INDICTMENT as to Sealed Defendant 1 (1) count(s) 1, 2, 3, 4, 5, 6, Sealed Defendant 2 (2) count(s) 1, 2, 3, 4, 5, 6, Sealed Defendant 3 (3) count(s) 1, 2, 3, 4, 5, 6, Sealed Defendant 4 (4) count(s) 1, 2, 3, 4, 5, 6, Sealed Defendant 5 (5) count(s) 1, 2, 3, 4, 5, 6, Sealed Defendant 6 (6) count(s) 2, 3, 4, 5, 6, Sealed Defendant 7 (7) count(s) 2, 3, 4, 5, 6, Sealed Defendant 8 (8) count(s) 2, 3, 4, 5, 6, Sealed Defendant 9 (9) count(s) 2, 3, 4, 5, 6, Sealed Defendant 10 (10) count(s) 2, 3, 6, Sealed Defendant 11 (11) count(s) 2, 3, 4, 5, 6, Sealed Defendant 12 (12) count(s) 2, 3, 4, 5, 6, Sealed Defendant 13 (13) count(s) 2, 3, 4, 5, 6, Sealed Defendant 14 (14) count(s) 2, 3, 4, 5, 6, Sealed Defendant 15 (15) count(s) 2, 3, 4, 5, 6, Sealed Defendant 16 (16) count(s) 2, 3, 4, 5, 6, Sealed Defendant 17 (17) count(s) 2, 3, 4, 5, 6, Sealed Defendant 18 (18) count(s) 2, 3, 4, 5, 6, Sealed Defendant 19 (19) count(s) 2, 3, 6, Sealed Defendant 20 (20) count(s) 2, 3, 6, Sealed Defendant 21 (21) count(s) 2, 3, 6, Sealed Defendant 22 (22) count(s) 2, 3, 6, Sealed Defendant 23 (23) count(s) 2, 3, 6. (jm) (Additional attachment(s) added on 4/14/2023: # 1 part 2 of indictment) (jm). (Attachment 1 replaced on 4/14/2023) (jm). (jm). (jm). (Entered: 04/13/2023) |

| 04/07/2023 | 1 | SEALED DOCUMENT placed in vault. (nmo) (Entered: 04/07/2023) |
|---|---|---|
| 04/14/2023 | 3 | Order to Unseal Indictment as to Sealed Defendant 1, Sealed Defendant 2, Sealed Defendant 3, Sealed Defendant 4, Sealed Defendant 5, Sealed Defendant 6, Sealed Defendant 7, Sealed Defendant 8, Sealed Defendant 9, Sealed Defendant 10, Sealed Defendant 11, Sealed Defendant 12, Sealed Defendant 13, Sealed Defendant 14, Sealed Defendant 15, Sealed Defendant 16, Sealed Defendant 17, Sealed Defendant 18, Sealed Defendant 19, Sealed Defendant 20, Sealed Defendant 21, Sealed Defendant 22, Sealed Defendant 23.. (Signed by Magistrate Judge Sarah Netburn on 4/13/23)(jm) (jm). (Entered: 04/14/2023) |
| 04/14/2023 | | INDICTMENT UNSEALED as to Ivan Archivaldo Guzman Salazar, Jesus Alfredo Guzman Salazar, Oscar Noe Medina Gonzalez, Nestor Isidro Perez Salas, Jorge Humberto Figueroz Benitez, Liborio Nunez Aguirre, Noel Perez Lopez, Samuel Leon Alavarado, Luis Javier Benitez Espinoza, Alan Gabriel Nunez Herrera, Juan Pablo Lozano, Carlos Limon, Jesus Tirado Andrade, Carlos Omar Felix Gutierrez, Silvano Francisco Mariano, Julio Marin Gonzalez, Mario Alberto Jimenez Castro, Sergio Duarte Frias, Ana Gabriela Rubio Zea, Kun Jiang, Yonghao Wu, Yaqin Wu, Huatao Yao. (jm) (Entered: 04/14/2023) |
| 04/14/2023 | | Case Designated ECF as to Ivan Archivaldo Guzman Salazar, Jesus Alfredo Guzman Salazar, Oscar Noe Medina Gonzalez, Nestor Isidro Perez Salas, Jorge Humberto Figueroz Benitez, Liborio Nunez Aguirre, Noel Perez Lopez, Samuel Leon Alavarado, Luis Javier Benitez Espinoza, Alan Gabriel Nunez Herrera, Juan Pablo Lozano, Carlos Limon, Jesus Tirado Andrade, Carlos Omar Felix Gutierrez, Silvano Francisco Mariano, Julio Marin Gonzalez, Mario Alberto Jimenez Castro, Sergio Duarte Frias, Ana Gabriela Rubio Zea, Kun Jiang, Yonghao Wu, Yaqin Wu, Huatao Yao. (jm) (Entered: 04/14/2023) |
| 04/14/2023 | | Attorney update in case as to Ivan Archivaldo Guzman Salazar, Jesus Alfredo Guzman Salazar, Oscar Noe Medina Gonzalez, Nestor Isidro Perez Salas, Jorge Humberto Figueroz Benitez, Liborio Nunez Aguirre, Noel Perez Lopez, Samuel Leon Alavarado, Luis Javier Benitez Espinoza, Alan Gabriel Nunez Herrera, Juan Pablo Lozano, Carlos Limon, Jesus Tirado Andrade, Carlos Omar Felix Gutierrez, Silvano Francisco Mariano, Julio Marin Gonzalez, Mario Alberto Jimenez Castro, Sergio Duarte Frias, Ana Gabriela Rubio Zea, Kun Jiang, Yonghao Wu, Yaqin Wu, Huatao Yao. Attorney Nicholas Sutherland Bradley,Kyle Adam Wirshba,Sarah L. Kushner for USA added.. (jm) (Entered: 04/14/2023) |
| 04/14/2023 | | Case as to Ivan Archivaldo Guzman Salazar, Jesus Alfredo Guzman Salazar, Oscar Noe Medina Gonzalez, Nestor Isidro Perez Salas, Jorge Humberto Figueroz Benitez, Liborio Nunez Aguirre, Noel Perez Lopez, Samuel Leon Alavarado, Luis Javier Benitez Espinoza, Alan Gabriel Nunez Herrera, Juan Pablo Lozano, Carlos Limon, Jesus Tirado Andrade, Carlos Omar Felix Gutierrez, Silvano Francisco Mariano, Julio Marin Gonzalez, Mario Alberto Jimenez Castro, Sergio Duarte Frias, Ana Gabriela Rubio Zea, Kun Jiang, Yonghao Wu, Yaqin Wu, Huatao Yao ASSIGNED to Judge Katherine Polk Failla.. (jm) (Entered: 04/14/2023) |
| 04/17/2023 | 27 | NOTICE OF ATTORNEY APPEARANCE David Robles appearing for USA. (Robles, David) (Entered: 04/17/2023) |
| 04/17/2023 | 28 | ORDER as to Julio Marin Gonzalez: The parties are ORDERED to attend an arraignment and initial conference on April 20, 2023, at 10:30 a.m., in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. (Arraignment set for 4/20/2023 at 10:30 AM in Courtroom 618, 40 Centre Street, New York, NY 10007 before Judge Katherine Polk Failla. Initial Appearance set for 4/20/2023 at 10:30 AM in Courtroom 618, 40 Centre Street, New York, NY 10007 before Judge Katherine Polk Failla) (Signed by Judge Katherine Polk Failla on 4/17/2023) (ap) (Entered: 04/17/2023) |
| 04/17/2023 | 29 | NOTICE OF ATTORNEY APPEARANCE: Jeremy Schneider appearing for Julio Marin Gonzalez. Appearance Type: CJA Appointment. (Schneider, Jeremy) (Entered: 04/17/2023) |
| 04/20/2023 | 30 | RULE 5(F) ORDER as to Julio Marin Gonzalez. (Signed by Judge Katherine Polk Failla on 4/20/2023) (ap) (Entered: 04/20/2023) |

| 04/20/2023 | | Minute Entry for proceedings held before Judge Katherine Polk Failla: Arraignment as to Julio Marin Gonzalez (16) Count 2,3,4,5,6 held on 4/20/2023. Defendant Julio Marin Gonzalez present with attorney Rachel Perillo, and Spanish interpreter Marcia Gotler. AUSAs Kyle Adam Wirshba and Alexander Li present. Court reporter Eve Giniger present. Defendant enters a plea of NOT GUILTY to Indictment 23cr180. Rule 5(f) colloquy. Attorneys Jeremy Schneider and Rachel Perillo from the Rothman, Schneider, Soloway & Stern firm are appointed as CJA counsel for Defendant. The next conference is scheduled on 7/11/2023 at 3:30 p.m. Time is excluded in the interests of justice from 4/20/2023 through 7/11/2023. Defendant continued remanded. (See transcript.) (bw) Modified on 4/20/2023 (tn). (Entered: 04/20/2023) |
|---|---|---|
| 04/20/2023 | | Minute Entry for proceedings held before Judge Katherine Polk Failla: Plea entered by Julio Marin Gonzalez (16) Count 2,3,4,5,6 –– Not Guilty. (bw) (Entered: 04/20/2023) |
| 04/20/2023 | | Attorney update in case as to Julio Marin Gonzalez (16). Attorney Rachel Nicole Perillo for Julio Marin Gonzalez added. (bw) (Entered: 04/20/2023) |
| 04/20/2023 | | ORAL ORDER as to (23–Cr–180–16) Julio Marin Gonzalez. Time excluded from 4/6/2023 until 6/1/2023. Status Conference set for 7/11/2023 at 03:30 PM before Judge Katherine Polk Failla. (bw) (Entered: 04/20/2023) |
| 06/12/2023 | 31 | TRANSCRIPT of Proceedings as to Julio Marin Gonzalez re: Conference held on 4/20/2023 before Judge Katherine Polk Failla. Court Reporter/Transcriber: Eve Giniger, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/3/2023. Redacted Transcript Deadline set for 7/13/2023. Release of Transcript Restriction set for 9/11/2023. (McGuirk, Kelly) (Entered: 06/12/2023) |
| 06/12/2023 | 32 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Julio Marin Gonzalez. Notice is hereby given that an official transcript of a Conference proceeding held on 4/20/2023 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 06/12/2023) |
| 07/13/2023 | 33 | RULE 5(F) ORDER as to Juan Pablo Lozano. (Signed by Judge Katherine Polk Failla on 7/13/2023) (ap) (Entered: 07/13/2023) |
| 07/13/2023 | | Arrest of Juan Pablo Lozano. (ap) (Entered: 07/13/2023) |
| 07/13/2023 | | Minute Entry for proceedings held before Judge Katherine Polk Failla:Initial Appearance as to Juan Pablo Lozano held on 7/13/2023. Arraignment as to Juan Pablo Lozano (11) Count 2,3,4,5,6 held on 7/13/2023. Defendant Juan Pablo Lozano present with attorney Dawn Cardi, and Spanish interpreter Francisco Olivero. AUSAs Sarah L. Kushner and Nicholas Sutherland Bradley present. Rule 5(f) colloquy. Defendant enters a plea of NOT GUILTY to Indictment 23cr180 (KPF). The next conference is scheduled on 9/22/2023 at 3:00 p.m. Time is excluded in the interests of justice from 7/13/2023 through 9/22/2023. Defendant continued remanded. (See transcript.) (Court Reporter Steven Greenblum) (ap) (Entered: 07/13/2023) |
| 07/13/2023 | | Minute Entry for proceedings held before Judge Katherine Polk Failla: **Plea entered by Juan Pablo Lozano (11) Count 2,3,4,5,6 Not Guilty.** (ap) (Entered: 07/13/2023) |
| 07/13/2023 | 34 | CJA 23 Financial Affidavit by (23–Cr–180–11) Juan Pablo Lozano. (Signed by Judge Katherine Polk Failla on 7/13/2023); Attorney Dawn M. Cardi. (bw) (Entered: 07/14/2023) |
| 07/13/2023 | 35 | Minute Entry for proceedings held before Judge Katherine Polk Failla: Status Conference (Rule 5 Proceeding) as to (23–Cr–180–11) Juan Pablo Lozano held on 7/13/2023. Date of Arrest: Arrived 7/12/2023, on writ. AUSA Sarah L. Kushner. Defense Counsel Dawn Cardi (CJA). Spanish Interpreter needed. BAIL DISPOSITION: Detention on consent. COMMENTS: Detention: Defendant is currently serving his sentence from WDTX 3:22cr1656(KC). ADDITIONAL PROCEEDINGS: Defendant arraigned; pleads Not Guilty. Conference before District Judge on 9/22/2023 3 p.m. Preliminary Hearing Date: n/a. (bw) (Entered: 07/14/2023) |

| 07/13/2023 | | Minute Entry for proceedings held before Judge Katherine Polk Failla: Arraignment as to Juan Pablo Lozano (11) Count 2,3,4,5,6 held on 7/13/2023. Plea entered by Juan Pablo Lozano (11) Count 2,3,4,5,6 –– Not Guilty. (bw) (Entered: 07/14/2023) |
|---|---|---|
| 07/13/2023 | | ORAL ORDER as to (23–Cr–180–11) Juan Pablo Lozano. Status Conference set for 9/22/2023 at 03:00 PM before Judge Katherine Polk Failla. (bw) (Entered: 07/14/2023) |
| 07/20/2023 | | Arrest of Ana Gabriela Rubio Zea. (jm) (Entered: 07/25/2023) |
| 07/21/2023 | 36 | Minute Entry for proceedings held before Judge Katherine Polk Failla:Initial Appearance as to Ana Gabriela Rubio Zea held on 7/21/2023. Defendant is present with counsel Kenneth Montgomery; AUSA Bradley is also present. Defendant is detained on consent without prejudice. (jm) (Entered: 07/25/2023) |
| 07/21/2023 | | Minute Entry for proceedings held before Judge Katherine Polk Failla: Defendant is present with counsel Mr. Montgomery; AUSA Bradley is also present. Arraignment as to Ana Gabriela Rubio Zea (19) Count 2,3,6 Ana Gabriela Rubio Zea (19) Count 2,3,6 held on 7/21/2023., Plea entered by Ana Gabriela Rubio Zea (19) Count 2,3,6 Ana Gabriela Rubio Zea (19) Count 2,3,6 Not Guilty. Conference before USDJ on 9/22/23. (jm) (Entered: 07/25/2023) |
| 07/21/2023 | | Attorney update in case as to Ana Gabriela Rubio Zea. Attorney Kenneth Jamal Montgomery for Ana Gabriela Rubio Zea added. (See 23cr42 entry 13 for financial affidavit) (jm) (Entered: 07/25/2023) |
| 08/10/2023 | 37 | TRANSCRIPT of Proceedings as to Juan Pablo Lozano re: Conference held on 7/13/23 before Judge Katherine Polk Failla. Court Reporter/Transcriber: Steven Greenblum, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/31/2023. Redacted Transcript Deadline set for 9/11/2023. Release of Transcript Restriction set for 11/8/2023. (Moya, Goretti) (Entered: 08/10/2023) |
| 08/10/2023 | 38 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Juan Pablo Lozano. Notice is hereby given that an official transcript of a Conference proceeding held on 7/13/23 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (Moya, Goretti) (Entered: 08/10/2023) |
| 08/21/2023 | 39 | SEALED DOCUMENT placed in vault. (nmo) (Entered: 08/21/2023) |
| 08/25/2023 | 40 | TRANSCRIPT of Proceedings as to Ana Gabriela Rubio Zea re: Conference held on 7/21/2023 before Judge Katherine Polk Failla. Court Reporter/Transcriber: Eve Giniger, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 9/15/2023. Redacted Transcript Deadline set for 9/25/2023. Release of Transcript Restriction set for 11/24/2023. (McGuirk, Kelly) (Entered: 08/25/2023) |
| 08/25/2023 | 41 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Ana Gabriela Rubio Zea. Notice is hereby given that an official transcript of a Conference proceeding held on 7/21/2023 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 08/25/2023) |
| 09/07/2023 | 42 | LETTER MOTION addressed to Judge Katherine Polk Failla from Jeremy Schneider dated September 7, 2023 re: Associate Appointment . Document filed by Julio Marin Gonzalez. (Schneider, Jeremy) (Entered: 09/07/2023) |
| 09/07/2023 | 43 | MEMO ENDORSEMENT as to Julio Marin Gonzalez (16) on 42 LETTER MOTION addressed to Judge Katherine Polk Failla from Jeremy Schneider dated September 7, 2023 re: Associate Appointment. ENDORSEMENT: Counsel is directed to submit a voucher pursuant to the Criminal Justice Act eVoucher system. The Clerk of Court is |

| | | |
|---|---|---|
| | | directed to terminate the pending motion at docket number 42. (Signed by Judge Katherine Polk Failla on 9/7/2023) (ap) (Entered: 09/07/2023) |
| 09/12/2023 | 44 | LETTER by Ana Gabriela Rubio Zea addressed to Judge Katherine Polk Failla from Kenneth J. Montgomery dated September 12, 2023 re: Letter requesting adjournment of status conference (Montgomery, Kenneth) (Entered: 09/12/2023) |
| 09/12/2023 | 45 | ENDORSED LETTER as to (23−Cr−180−19) Ana Gabriela Rubio Zea addressed to Judge Katherine Polk Failla from Attorney Kenneth J. Montgomery dated September 12, 2023 re: This letter is a request to adjourn the current status conference scheduled for September 22, 2023, before the Court. ENDORSEMENT: Application GRANTED. The Court expresses its deep condolences to counsel and to counsel's family. The conference scheduled for September 22, 2023, is hereby ADJOURNED to November 2, 2023, at 12:00 p.m. Should the parties wish to exclude time under the Speedy Trial Act, the Court trusts that the Government will make such an application, in light of Defense counsel's family situation. SO ORDERED. ( Status Conference set for 11/2/2023 at 12:00 PM before Judge Katherine Polk Failla. ) (Signed by Judge Katherine Polk Failla on 9/12/2023)(bw) (Entered: 09/12/2023) |
| 09/15/2023 | 46 | NOTICE OF ATTORNEY APPEARANCE Alexander Nuo Li appearing for USA. (Li, Alexander) (Entered: 09/15/2023) |
| 09/15/2023 | 47 | CONSENT LETTER MOTION addressed to Judge Katherine Polk Failla from USA dated September 15, 2023 re: Adjournment of 9/22 Conference . Document filed by USA as to Juan Pablo Lozano. (Li, Alexander) (Entered: 09/15/2023) |
| 09/18/2023 | 48 | MEMO ENDORSEMENT 47 CONSENT LETTER MOTION addressed to Judge Katherine Polk Failla from USA dated September 15, 2023 re: Adjournment of 9/22 Conference as to Juan Pablo Lozano...ENDORSEMENT...Application GRANTED. The conference scheduled for September 22, 2023, is ADJOURNED to December 1, 2023, at 3:30 p.m. The conference will take place in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. It is further ORDERED that time is excluded under the Speedy Trial Act between September 22, 2023 and December 1, 2023. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial because it will permit the parties to discuss a pretrial disposition of this case. The Clerk of Court is directed to terminate the pending motion at docket number 47. (Signed by Judge Katherine Polk Failla on 9/18/2023) (jw) (Entered: 09/19/2023) |
| 09/22/2023 | 49 | SEALED DOCUMENT placed in vault. (nmo) (Entered: 09/22/2023) |
| 09/22/2023 | 50 | LETTER MOTION addressed to Judge Katherine Polk Failla from USA dated September 22, 2023 re: 45 Endorsed Letter,,,, Set Deadlines/Hearings,,, re: Exclusion of Speedy Trial Time . Document filed by USA as to Ana Gabriela Rubio Zea. (Li, Alexander) (Entered: 09/22/2023) |
| 09/25/2023 | 51 | MEMO ENDORSEMENT as to Ana Gabriela Rubio Zea (19) granting 50 LETTER MOTION addressed to Judge Katherine Polk Failla from USA dated September 22, 2023 re: 45 Endorsed Letter re: Exclusion of Speedy Trial Time. ENDORSEMENT: Application GRANTED. Time is hereby excluded under the Speedy Trial Act between September 25, 2023 to November 2, 2023. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial because it will allow the parties time to continue their ongoing and productive discussions regarding a potential pretrial resolution of this matter, and it will allow counsel for Defendant to attend to compelling and unexpected family circumstances. The Clerk of Court is directed to terminate the pending motion at docket number 50. (Signed by Judge Katherine Polk Failla on 9/25/2023) (ap) (Entered: 09/25/2023) |
| 10/31/2023 | | Arrest of Sergio Duarte Frias. (ap) (Entered: 11/02/2023) |
| 10/31/2023 | 52 | Minute Entry for proceedings held before Judge Katherine Polk Failla: Initial Appearance as to Sergio Duarte Frias held on 10/31/2023. Arraignment as to Sergio Duarte Frias (18) Count 2,3,4,5,6 held on 10/31/2023. AUSA David Robles for the Government. Susan Walsh for the Defendant. BAIL DISPOSITION: DETENTION ON CONSENT W/O PREJUDICE. Defendant Sergio Duarte Frias present with |

| | | |
|---|---|---|
| | | attorney Susan J. Walsh, and Spanish interpreter Francisco Olivero. AUSA David Robles present. Defendant arraigned on charges and enters a plea of NOT GUILTY to Indictment 23cr180 (KPF). Attorney Susan J. Walsh is appointed as CJA counsel for Defendant. The next conference is scheduled on 1/30/2024 at 12:00 p.m. Time is excluded in the interests of justice from 10/31/2023 through 1/30/2024. Defendant consented to remand. (See transcript) DEF. ARRAIGNED; PLEADS NOT GUILTY. (Court Reporter George Malinowski) (ap) (Entered: 11/02/2023) |
| 10/31/2023 | | Minute Entry for proceedings held before Judge Katherine Polk Failla: **Plea entered by Sergio Duarte Frias (18) Count 2,3,4,5,6 Not Guilty.** (ap) (Entered: 11/02/2023) |
| 10/31/2023 | 53 | CJA 23 Financial Affidavit by Sergio Duarte Frias. APPROVED. (Signed by Judge Katherine Polk Failla) (ap) (Entered: 11/02/2023) |
| 10/31/2023 | 62 | CJA 23 Financial Affidavit by Sergio Duarte Frias APPOINTING SUSAN WALSH. (Signed by Judge Katherine Polk Failla) (jm) (Entered: 01/03/2024) |
| 11/24/2023 | 54 | LETTER MOTION addressed to Judge Katherine Polk Failla from Dawn M. Cardi dated November 24, 2023 re: Adjourn Status Conference . Document filed by Juan Pablo Lozano. (Cardi, Dawn) (Entered: 11/24/2023) |
| 11/27/2023 | 55 | MEMO ENDORSEMENT as to Juan Pablo Lozano granting 54 LETTER MOTION addressed to Judge Katherine Polk Failla from Dawn M. Cardi dated November 24, 2023 re: Adjourn Status Conference. ENDORSEMENT: Application GRANTED. The status conference scheduled for December 1, 2023, is hereby ADJOURNED to January 3, 2024, at 11:00 a.m. The conference will be held in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. Time is hereby excluded under the Speedy Trial Act between December 1, 2023, and January 3, 2024. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial because it will allow the Defendant additionaltime to review discovery with counsel. The Clerk of Court is directed to terminate the pending motion at docket number 54. SO ORDERED. (Status Conference set for 1/3/2024 at 11:00 AM in Courtroom 618, 40 Centre Street, New York, NY 10007 before Judge Katherine Polk Failla) (Time excluded from 12/1/2023 until 1/3/2024) (Signed by Judge Katherine Polk Failla on 11/27/2023) (lnl) (Entered: 11/27/2023) |
| 12/05/2023 | 56 | MOTION for Protective Order . Document filed by USA as to Sergio Duarte Frias. (Attachments: # 1 Proposed Order Proposed Protective Order)(Kushner, Sarah) (Entered: 12/05/2023) |
| 12/06/2023 | 57 | PROTECTIVE ORDER as to Sergio Duarte Frias...regarding procedures to be followed that shall govern the handling of confidential material... Terminated Motion(s): 56 MOTION for Protective Order filed by USA. (Signed by Judge Katherine Polk Failla on 12/6/2023)(jw) (Entered: 12/06/2023) |
| 12/14/2023 | 58 | MOTION for Protective Order . Document filed by USA as to Juan Pablo Lozano. (Attachments: # 1 Proposed Order Proposed Protective Order)(Kushner, Sarah) (Entered: 12/14/2023) |
| 12/15/2023 | 59 | MEMO ENDORSEMENT as to Juan Pablo Lozano (11) granting 58 Motion for Protective Order. ENDORSEMENT: Application GRANTED. The Court will separately enter the proposed protective order. The Clerk of Court is directed to terminate the pending motion at docket number 58. SO ORDERED. (Signed by Judge Katherine Polk Failla on 12/15/2023) (lnl) (Entered: 12/15/2023) |
| 12/15/2023 | 60 | PROTECTIVE ORDER as to Juan Pablo Lozano...regarding procedures to be followed that shall govern the handling of confidential material...(Signed by Judge Katherine Polk Failla on 12/15/2023) (lnl) (Entered: 12/15/2023) |
| 12/22/2023 | 61 | SEALED DOCUMENT placed in vault. (nmo) (Entered: 12/22/2023) |
| 01/03/2024 | | Minute Entry for proceedings held before Judge Katherine Polk Failla: Status Conference as to Juan Pablo Lozano held on 1/3/2024. Defendant Juan Pablo Lozano present with attorney Dawn Cardi, and Spanish interpreter Francisco Olivero. AUSA Sarah L. Kushner present. The next conference is scheduled on 3/26/2024 at 11:00 a.m. Time is excluded in the interests of justice from 1/3/2024 through 3/26/2024. Defendant continued remanded. (See transcript.) (Status Conference set for 3/26/2024 |

| | | |
|---|---|---|
| | | at 11:00 AM before Judge Katherine Polk Failla) (Court Reporter Kristen Carannante) (ap) (Entered: 01/03/2024) |
| 01/03/2024 | 63 | SEALED DOCUMENT placed in vault. (nmo) (Entered: 01/04/2024) |
| 01/03/2024 | 64 | SEALED DOCUMENT placed in vault. (nmo) (Entered: 01/04/2024) |
| 01/19/2024 | 65 | TRANSCRIPT of Proceedings as to Juan Pablo Lozano re: Conference held on 1/3/24 before Judge Katherine Polk Failla. Court Reporter/Transcriber: Kristen Carannante, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 2/9/2024. Redacted Transcript Deadline set for 2/20/2024. Release of Transcript Restriction set for 4/18/2024. (Moya, Goretti) (Entered: 01/19/2024) |
| 01/19/2024 | 66 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Juan Pablo Lozano. Notice is hereby given that an official transcript of a Conference proceeding held on 1/3/24 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (Moya, Goretti) (Entered: 01/19/2024) |
| 01/22/2024 | 67 | TRANSCRIPT of Proceedings as to Sergio Duarte Frias re: Conference held on 1/3/2024 before Judge Katherine Polk Failla. Court Reporter/Transcriber: Kristen Carannante, (212) 805−0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 2/12/2024. Redacted Transcript Deadline set for 2/22/2024. Release of Transcript Restriction set for 4/22/2024. (McGuirk, Kelly) (Entered: 01/22/2024) |
| 01/22/2024 | 68 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Sergio Duarte Frias. Notice is hereby given that an official transcript of a Conference proceeding held on 1/3/2024 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 01/22/2024) |
| 01/23/2024 | 69 | SEALED DOCUMENT placed in vault. (jus) (Entered: 01/23/2024) |
| 03/07/2024 | 70 | SEALED DOCUMENT placed in vault. (nmo) (Entered: 03/07/2024) |
| 03/07/2024 | 71 | SEALED DOCUMENT placed in vault. (nmo) (Entered: 03/07/2024) |
| 03/19/2024 | 72 | LETTER MOTION addressed to Judge Katherine Polk Failla from USA dated March 19, 2024 re: Adjournment Request . Document filed by USA as to Juan Pablo Lozano. (Kushner, Sarah) (Entered: 03/19/2024) |
| 03/19/2024 | 73 | NOTICE of Change of Address as to Ana Gabriela Rubio Zea. New Address: Law Office of Kenneth J. Montgomery, 396 Waverly ave, Brooklyn, New York, United States 11238, 718−403−9261. (Montgomery, Kenneth) (Entered: 03/19/2024) |
| 03/19/2024 | 74 | MEMO ENDORSEMENT as to Juan Pablo Lozano (11) granting 72 LETTER MOTION addressed to Judge Katherine Polk Failla from USA dated March 19, 2024 re: Adjournment Request. ENDORSEMENT: Application GRANTED. The status conference scheduled for March 26, 2024, is hereby ADJOURNED to May 23, 2024, at 11:00 a.m. The conference will take place in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. It is further ORDERED that time is excluded under the Speedy Trial Act between March 26, 2024 and May 23, 2024. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial because it will permit Defendant time to review additional discovery with counsel, and provide the parties time to discuss a possible pretrial disposition of this matter. The Clerk of Court is directed to terminate the pending motion at docket entry 72. (Signed by Judge Katherine Polk Failla on 3/19/2024) (ap) (Entered: 03/20/2024) |

| | | |
|---|---|---|
| 03/22/2024 | 75 | RULE 5(F) ORDER as to Carlos Omar Felix Gutierrez. (Signed by Judge Katherine Polk Failla on 3/22/2024) (ap) (Entered: 03/22/2024) |
| 03/22/2024 | 76 | Minute Entry for proceedings held before Judge Katherine Polk Failla: Arraignment as to Carlos Omar Felix Gutierrez (14) Count 2,3,4,5,6 held on 3/28/2024. AUSA Nicholas Bradley for the Government. Eric Breslin for the Defendant. BAIL DISPOSITION: DETENTION ON CONSENT W/O PREJUDICE. DEF. ARRAIGNED; PLEADS NOT GUILTY. Defendant Carlos Omar Felix Gutierrez present with attorneys Eric Breslin and Arletta Singh. Spanish interpreter Cristina Weisz present. AUSA Nicholas Bradley present. Defendant arraigned and enters a plea of NOT GUILTY to Indictment 23cr180 (KPF). Attorney Eric Breslin is appointed as CJA counsel for Defendant. The next conference is scheduled on 5/21/2024 at 2:00 p.m. Time is excluded in the interests of justice from 3/22/2024 through (ap) Modified on 3/28/2024 (ap). (Entered: 03/28/2024) |
| 03/22/2024 | | Minute Entry for proceedings held before Judge Katherine Polk Failla: Plea entered by Carlos Omar Felix Gutierrez (14) Count 2,3,4,5,6 Not Guilty. (ap) Modified on 3/28/2024 (ap). (Entered: 03/28/2024) |
| 03/28/2024 | 77 | SEALED DOCUMENT placed in vault. (jus) (Entered: 03/28/2024) |
| 03/28/2024 | 78 | SEALED DOCUMENT placed in vault. (jus) (Entered: 03/28/2024) |
| 04/05/2024 | 79 | LETTER MOTION addressed to Judge Katherine Polk Failla from Eric R. Breslin dated April 5, 2024 re: Associate Billing Request . Document filed by Carlos Omar Felix Gutierrez. (Breslin, Eric) (Entered: 04/05/2024) |
| 04/08/2024 | 80 | MEMO ENDORSEMENT as to Carlos Omar Felix Gutierrez (14) on 79 LETTER MOTION addressed to Judge Katherine Polk Failla from Eric R. Breslin dated April 5, 2024 re: Associate Billing Request. ENDORSEMENT: The Clerk of Court is directed to terminate the pending motion at docket entry 79. (Signed by Judge Katherine Polk Failla on 4/8/2024) (ap) (Entered: 04/08/2024) |
| 04/15/2024 | 81 | NOTICE OF ATTORNEY APPEARANCE: Arletta Kathleen Singh appearing for Carlos Omar Felix Gutierrez. Appearance Type: CJA Appointment. *Co–Counsel* (Singh, Arletta) (Entered: 04/15/2024) |
| 05/03/2024 | 82 | TRANSCRIPT of Proceedings as to Carlos Omar Felix Gutierrez re: Arraignment held on 3/22/2024 before Judge Katherine Polk Failla. Court Reporter/Transcriber: Martha Martin, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/24/2024. Redacted Transcript Deadline set for 6/3/2024. Release of Transcript Restriction set for 8/1/2024. (McGuirk, Kelly) (Entered: 05/03/2024) |
| 05/03/2024 | 83 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Carlos Omar Felix Gutierrez. Notice is hereby given that an official transcript of a Arraignment proceeding held on 3/22/2024 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 05/03/2024) |
| 05/17/2024 | 84 | LETTER MOTION addressed to Judge Katherine Polk Failla from Eric R. Breslin dated May 17, 2024 re: Adjournment of Status Conference . Document filed by Carlos Omar Felix Gutierrez. (Attachments: # 1 Proposed Order Adjournment & Speedy Trial)(Breslin, Eric) (Entered: 05/17/2024) |
| 05/17/2024 | 85 | MOTION to Continue *Status Conference*. Document filed by Juan Pablo Lozano. (Cardi, Dawn) (Entered: 05/17/2024) |
| 05/20/2024 | 86 | MEMO ENDORSEMENT 85 Motion to Continue as to Juan Pablo Lozano...ENDORSEMENT...Application GRANTED. The status conference scheduled for May 23, 2024, is hereby ADJOURNED to July 9, 2024, at 11:00 a.m. The conference will take place in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. It is further ORDERED that time is excluded under the Speedy Trial Act between May 23, 2024 and July 9, 2024. The Court finds that the ends of justice served by excluding such time outweigh |

| | | the interests of the public and the Defendant in a speedy trial because it will permit Defendant time to review additional discovery with counsel, and provide the parties time to discuss a possible pretrial disposition of this matter. The Clerk of Court is directed to terminate the pending motion at docketentry 85. (Signed by Judge Katherine Polk Failla on 5/20/24) (jw) (Entered: 05/20/2024) |
|---|---|---|
| 05/20/2024 | 87 | MEMO ENDORSEMENT 84 LETTER MOTION addressed to Judge Katherine Polk Failla from Eric R. Breslin dated May 17, 2024 re: Adjournment of Status Conference as to Carlos Omar Felix Gutierrez....ENDORSEMENT... Application GRANTED. The status conference scheduled for May 21, 2024, is hereby ADJOURNED to July 30, 2024, at 3:30 p.m. The conference will take place in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. It is further ORDERED that time is excluded under the Speedy Trial Act between May 21, 2024 and July 30, 2024. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial because it will permit Defendant time to review additional discovery with counsel. The Clerk of Court is directed to terminate the pending motion at docket entry 85. (Signed by Judge Katherine Polk Failla on 5/20/24) (jw) (Entered: 05/20/2024) |
| 05/25/2024 | | Arrest of Nestor Isidro Perez Salas. (jm) (Entered: 05/28/2024) |
| 05/28/2024 | 88 | ORDER as to Nestor Isidro Perez Salas unsealing the S(1) superseding indictment. (Signed by Magistrate Judge Ona T. Wang on 5/28/24)(jm) (Main Document 88 replaced on 5/29/2024) (jm). (Entered: 05/28/2024) |
| 05/28/2024 | 89 | (S1) SUPERSEDING UNREDACTED INDICTMENT FILED as to Nestor Isidro Perez Salas. (jm) **(Not for Public view pursuant to Standing Order of the court, 24–mc–184.)** (Entered: 05/28/2024) |
| 05/28/2024 | 90 | (S1) SUPERSEDING REDACTED INDICTMENT FILED as to Nestor Isidro Perez Salas (4) count(s) 1s, 2s, 3s, 4s, 5s, 6s, 7s, 8s, 9s, 10s. (jm)(Filed under seal on12/12/23) (Entered: 05/28/2024) |
| 05/28/2024 | 92 | Minute Entry for proceedings held before Magistrate Judge Ona T. Wang: Defendant appears with counsel Mr Patel; AUSA Li and Spanish Interpreter also appear. Defendant is detained on consent without prejudice. Initial Appearance as to Nestor Isidro Perez Salas held on 5/28/2024., As to Nestor Isidro Perez Salas. Speedy trial Time excluded until 5/30/24. ( Status Conference set for 5/30/2024 at 03:00 PM before Judge Katherine Polk Failla.) (jm) (Entered: 05/28/2024) |
| 05/28/2024 | 93 | CJA 23 Financial Affidavit by Nestor Isidro Perez Salas appointing cja attorney Andrew Patel. (Signed by Magistrate Judge Ona T. Wang) (jm) (Entered: 05/28/2024) |
| 05/28/2024 | | Attorney update in case as to Nestor Isidro Perez Salas. Attorney Andrew G. Patel for Nestor Isidro Perez Salas added. (jm) (Entered: 05/28/2024) |
| 05/29/2024 | 94 | LETTER MOTION addressed to Judge Katherine Polk Failla from USA dated May 29, 2024 re: Adjournment Request . Document filed by USA as to Sergio Duarte Frias. (Kushner, Sarah) (Entered: 05/29/2024) |
| 05/29/2024 | 95 | NOTICE OF ATTORNEY APPEARANCE: James R. Froccaro, Jr appearing for Nestor Isidro Perez Salas. Appearance Type: Retained. (Froccaro, James) (Entered: 05/29/2024) |
| 05/29/2024 | 96 | LETTER MOTION addressed to Judge Katherine Polk Failla from Andrew Patel dated May 29, 2024 re: to be relieved as counsel . Document filed by Nestor Isidro Perez Salas. (Patel, Andrew) (Entered: 05/29/2024) |
| 05/30/2024 | | Minute Entry for proceedings held before Judge Katherine Polk Failla: Arraignment as to Nestor Isidro Perez Salas (4) Count 1s,2s,3s,4s,5s,6s,7s,8s,9s,10s held on 5/30/2024. Defendant Nestor Isidro Perez Salas present with attorney James Froccaro, and Spanish interpreter Erika de los Rios. AUSAs Nicholas Bradley, Alexander Nuo Li, and Tara Audt present. Defendant arraigned on charges and enters a plea of NOT GUILTY to Indictment 23cr180 (KPF). The next conference is scheduled on 9/5/2024 at 12:00 p.m. Time is excluded in the interests of justice from 5/30/2024 through 9/5/2024. Defendant continued remanded. (Status Conference set for 9/5/2024 at 12:00 PM before Judge Katherine Polk Failla) (Court Reporter Kristen Karannante) (ap) (Entered: 06/07/2024) |

| 05/30/2024 | | Minute Entry for proceedings held before Judge Katherine Polk Failla: Plea entered by Nestor Isidro Perez Salas (4) Count 1s,2s,3s,4s,5s,6s,7s,8s,9s,10s Not Guilty. (ap) (Entered: 06/07/2024) |
|---|---|---|
| 05/31/2024 | 97 | ENDORSED LETTER as to (23–Cr–180–04) Nestor Isidro Perez Salas addressed to Judge Katherine Polk Failla from Attorney Andrew G. Patel dated May 29, 2024 re: I was appointed to represent Mr. Nestor Isidro Perez Salas pursuant to the Criminal Justice Act. Earlier this evening, Mr. James R. Froccaro, Jr., Esq., filed a Notice of Appearance as retained counsel for Mr. Perez. (Doc # 95). In light of Mr. Froccaro's appearance as retained counsel, I respectfully ask to be relieved as counsel for Mr. Perez and to be excused from attending the conference before Your Honor which is scheduled for tomorrow afternoon at 3:00 PM. ENDORSEMENT: For the reasons set forth at Defendant's arraignment and initial conference before the Court on May 30, 2024, Mr. Patel's application is hereby GRANTED, and he is relieved as appointed counsel to Defendant Perez Salas. The Clerk of Court is directed to terminate Mr. Patel as counsel of record to Defendant Perez Salas on the docket, and to terminate the pending motion at docket entry 96. SO ORDERED. (Signed by Judge Katherine Polk Failla on 5/31/2024) (bw) (Entered: 05/31/2024) |
| 05/31/2024 | | Attorney update in case as to Nestor Isidro Perez Salas (4). Attorney Andrew G. Patel terminated. [*** NOTE: Refer to Endorsed Letter, Doc.# 97 . ***] (bw) (Entered: 05/31/2024) |
| 05/31/2024 | 98 | ENDORSED LETTER as to (23–Cr–180–18) Sergio Duarte Frias addressed to Judge Katherine Polk Failla from AUSA Sarah L. Kushner dated May 29, 2024 re: The Government writes, with the defendant's consent, to respectfully request a 45–day adjournment of the status conference currently scheduled for June 11, 2024, at 10:00 a.m.... ENDORSEMENT: Application GRANTED. The status conference scheduled for June 11, 2024, is hereby ADJOURNED to August 6, 2024, at 12:00 p.m. The conference will take place in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. It is further ORDERED that time is excluded under the Speedy Trial Act between June 11, 2024 and August 6, 2024. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial because it will permit Defendant time to review additional discovery with counsel, and provide the parties time to discuss a possible pretrial disposition of this matter. The Clerk of Court is directed to terminate the pending motion at docket entry 94. SO ORDERED. ( Status Conference set for 8/6/2024 at 12:00 PM in Courtroom 618, 40 Centre Street, New York, NY 10007 before Judge Katherine Polk Failla. )(Signed by Judge Katherine Polk Failla on 5/31/2024) (bw) (Entered: 05/31/2024) |
| 06/05/2024 | | Arrest of Silvano Francisco Mariano (15). (bw) (Entered: 06/06/2024) |
| 06/06/2024 | 99 | CJA 23 Financial Affidavit by (23–Cr–180–15) Silvano Francisco Mariano. APPROVED: (Signed by Magistrate Judge Stewart D. Aaron on 6/6/2024); Attorney Nicole Friedlander. (bw) (Entered: 06/06/2024) |
| 06/06/2024 | | Attorney update in case as to Silvano Francisco Mariano (15). Attorney Nicole Ware Friedlander for Silvano Francisco Mariano added. (bw) (Entered: 06/06/2024) |
| 06/06/2024 | 100 | Minute Entry for proceedings held before Magistrate Judge Stewart D. Aaron: Initial Appearance as to (23–Cr–180–15) Silvano Francisco Mariano held on 6/6/2024. Date of Arrest: 6/5/2024, on writ. AUSA Sarah Kushner. Defense Counsel Nicole Friedlander (CJA). Defendant waives pretrial report. Proceeding: Rule 9. BAIL DISPOSITION: Detention on consent without prejudice. ADDITIONAL PROCEEDINGS: Conference before District Judge on 6/12/2024 2:30 p.m. Speedy Trial Time excluded under 18 U.S.C. Section 3161(h)(7) until 6/12/2024. (bw) (Entered: 06/06/2024) |
| 06/06/2024 | | ORAL ORDER as to (23–Cr–180–15) Silvano Francisco Mariano. Time excluded from 6/6/2024 until 6/12/2024. Status Conference set for 6/12/2024 at 02:30 PM before Judge Katherine Polk Failla. (By Magistrate Judge Stewart D. Aaron on 6/6/2024) (bw) (Entered: 06/06/2024) |
| 06/06/2024 | 101 | Rule 5(f) ORDER as to Silvano Francisco Mariano. (Signed by Magistrate Judge Stewart D. Aaron on 6/6/2024)(job) (Entered: 06/07/2024) |

| 06/12/2024 | | Minute Entry for proceedings held before Judge Katherine Polk Failla: Arraignment as to Silvano Francisco Mariano (15) Count 2,3,4,5,6 held on 6/12/2024. Defendant Silvano Francisco Mariano present with attorneys Nicole Ware Friedlander, Morgan Knudtsen, and Gage Hodgen, and Spanish interpreter Humberto Garcia. AUSAs Nicholas Bradley and David Robles present. Court reporter Martha Martin present. Defendant arraigned on charges and enters a plea of NOT GUILTY to Indictment 23cr180 (KPF). The next conference is scheduled on 8/13/2024 at 12:30 p.m. Time is excluded in the interests of justice from 6/12/2024 through 8/13/2024. Defendant continued remanded. (bw) (Entered: 06/12/2024) |
|---|---|---|
| 06/12/2024 | | Minute Entry for proceedings held before Judge Katherine Polk Failla: Plea entered by Silvano Francisco Mariano (15) Count 2,3,4,5,6 –– Not Guilty. (bw) (Entered: 06/12/2024) |
| 06/12/2024 | | ORAL ORDER as to (23–Cr–180–15) Silvano Francisco Mariano. Time excluded from 6/12/2024 until 8/13/2024. Status Conference set for 8/13/2024 at 12:30 PM before Judge Katherine Polk Failla. (bw) (Entered: 06/12/2024) |
| 06/17/2024 | 102 | LETTER by USA as to Carlos Omar Felix Gutierrez addressed to Judge Katherine Polk Failla from USA dated June 17, 2024 re: Proposed Protective Order Document filed by USA. (Robles, David) (Entered: 06/17/2024) |
| 06/18/2024 | 103 | PROTECTIVE ORDER as to Ivan Archivaldo Guzman Salazar, Jesus Alfredo Guzman Salazar, Oscar Noe Medina Gonzalez, Nestor Isidro Perez Salas, Jorge Humberto Figueroz Benitez, Liborio Nunez Aguirre, Noel Perez Lopez, Samuel Leon Alavarado, Luis Javier Benitez Espinoza, Alan Gabriel Nunez Herrera, Juan Pablo Lozano, Carlos Limon, Jesus Tirado Andrade, Carlos Omar Felix Gutierrez, Silvano Francisco Mariano, Julio Marin Gonzalez, Mario Alberto Jimenez Castro, Sergio Duarte Frias, Ana Gabriela Rubio Zea, Kun Jiang, Yonghao Wu, Yaqin Wu, Huatao Yao...regarding procedures to be followed that shall govern the handling of confidential material.... (Signed by Judge Katherine Polk Failla on 6/18/2024) (ap) (Entered: 06/18/2024) |
| 06/18/2024 | 104 | NOTICE OF ATTORNEY APPEARANCE Samantha Leigh Thompson appearing for USA. (Thompson, Samantha) (Entered: 06/18/2024) |
| 07/03/2024 | 105 | LETTER MOTION addressed to Judge Katherine Polk Failla from USA dated July 3, 2024 re: Adjournment Request . Document filed by USA as to Juan Pablo Lozano. (Kushner, Sarah) (Entered: 07/03/2024) |
| 07/03/2024 | 106 | ENDORSED LETTER as to (23–Cr–180–11) Juan Pablo Lozano addressed to Judge Katherine Polk Failla from AUSAs Nicholas S. Bradley / Sarah L. Kushner / Alexander Li / David Robles, dated July 3, 2024 re: The Government writes, with the consent of defendant Juan Pablo Lozano, to respectfully request that the status conference currently scheduled for Tuesday, July 9, 2024, at 11:00 a.m. be adjourned for approximately 45 days.... ENDORSEMENT: Application GRANTED. The status conference scheduled for July 9, 2024, is hereby ADJOURNED to August 22, 2024, at 12:00 p.m. The conference will take place in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. It is further ORDERED that time is excluded under the Speedy Trial Act between July 9, 2024 and August 22, 2024. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial because it will provide the parties time to continue productive discussions regarding a possible pretrial disposition of this matter. The Clerk of Court is directed to terminate the pending motion at docket entry 105. SO ORDERED. ( Status Conference set for 8/22/2024 at 12:00 PM in Courtroom 618, 40 Centre Street, New York, NY 10007 before Judge Katherine Polk Failla. )(Signed by Judge Katherine Polk Failla on 7/3/2024)(bw) (Entered: 07/03/2024) |
| 07/08/2024 | 107 | NOTICE OF ATTORNEY APPEARANCE Jayce Born appearing for USA. (Born, Jayce) (Entered: 07/08/2024) |
| 07/09/2024 | 108 | TRANSCRIPT of Proceedings as to Nestor Isidro Perez Salas re: Arraignment held on 5/30/2024 before Judge Katherine Polk Failla. Court Reporter/Transcriber: Kristen Carannante, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction |

| | | |
|---|---|---|
| | | Request due 7/30/2024. Redacted Transcript Deadline set for 8/9/2024. Release of Transcript Restriction set for 10/7/2024. (McGuirk, Kelly) (Entered: 07/09/2024) |
| 07/09/2024 | 109 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Nestor Isidro Perez Salas. Notice is hereby given that an official transcript of a Arraignment proceeding held on 5/30/2024 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 07/09/2024) |
| 07/10/2024 | 110 | LETTER MOTION addressed to Judge Katherine Polk Failla from Eric R. Breslin dated July 10, 2024 re: Joint Adjournment and Speedy Trial Request . Document filed by Carlos Omar Felix Gutierrez. (Attachments: # 1 Proposed Order Speedy Trial Application)(Breslin, Eric) (Entered: 07/10/2024) |
| 07/11/2024 | 111 | MEMO ENDORSEMENT as to Carlos Omar Felix Gutierrez (14) granting 110 LETTER MOTION addressed to Judge Katherine Polk Failla from Eric R. Breslin dated July 10, 2024 re: Joint Adjournment and Speedy Trial Request. ENDORSEMENT: Application GRANTED. The conference scheduled for July 23, 2024, is herebyADJOURNED to August 8, 2024, at 3:00 p.m. The conference will be held in person, in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. It is further ORDERED that time is excluded under the Speedy Trial Act between July 23, 2024 and August 8, 2024. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial because it will permit the Defendant to review discovery with counsel. The Clerk of Court is directed to terminate the pending motion at docket entry 110. (Signed by Judge Katherine Polk Failla on 7/10/2024) (ap) (Entered: 07/11/2024) |
| 07/16/2024 | 112 | TRANSCRIPT of Proceedings as to Silvano Francisco Mariano re: Arraignment held on 6/12/2024 before Judge Katherine Polk Failla. Court Reporter/Transcriber: Martha Martin, (212) 805−0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/6/2024. Redacted Transcript Deadline set for 8/16/2024. Release of Transcript Restriction set for 10/15/2024. (McGuirk, Kelly) (Entered: 07/16/2024) |
| 07/16/2024 | 113 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Silvano Francisco Mariano. Notice is hereby given that an official transcript of a Arraignment proceeding held on 6/12/2024 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 07/16/2024) |
| 07/24/2024 | 114 | LETTER MOTION addressed to Judge Katherine Polk Failla from Jeremy Schneider dated July 24, 2024 re: Adjournment Request . Document filed by Julio Marin Gonzalez. (Schneider, Jeremy) (Entered: 07/24/2024) |
| 07/25/2024 | 115 | MEMO ENDORSEMENT 114 LETTER MOTION as to Julio Marin Gonzalez (16)...ENDORSEMENT...Application GRANTED. The status conference presently scheduled for August 6, 2024, is hereby ADJOURNED to September 26, 2024, at 4:00 p.m. It is further ORDERED that time be excluded under the Speedy Trial Act between August 6, 2024 and September 26, 2024. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial because it will allow for the parties to engage in discussions regarding a potential pretrial resolution of this matter. The Clerk of Court is directed to terminate the pending motion at docket entry 114. (Signed by Judge Katherine Polk Failla on 7/25/24) (jw) (Entered: 07/26/2024) |
| 07/29/2024 | 116 | LETTER MOTION addressed to Judge Katherine Polk Failla from Susan J. Walsh dated July 29, 2024 re: Adjournment of status conference currently scheduled for August 6, 2024 . Document filed by Sergio Duarte Frias. (Walsh, Susan) (Entered: 07/29/2024) |

| 07/30/2024 | 117 | ENDORSED LETTER as to (23–Cr–180–18) Sergio Duarte Frias addressed to Judge Katherine Polk Failla from Attorney Susan J. Walsh dated July 29, 2024 re: I represent Sergio Duarte Frias, the defendant in the above captioned matter. This letter is respectfully submitted without objection from the Government to request an adjournment of the upcoming status conference currently scheduled for August 6, 2024 at 12:00 pm.... ENDORSEMENT: Application GRANTED. The status conference presently scheduled for August 6, 2024, is hereby ADJOURNED to October 1, 2024, at 3:00 p.m. It is further ORDERED that time is excluded under the Speedy Trial Act between August 6, 2024, and October 1, 2024. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial because it will permit defense counsel to continue to review discovery. The Clerk of Court is directed to terminate the pending motion at docket entry 116. SO ORDERED. ( Status Conference set for 10/1/2024 at 03:00 PM before Judge Katherine Polk Failla. )(Signed by Judge Katherine Polk Failla on 7/30/2024) (bw) (Entered: 07/30/2024) |
| 07/31/2024 | 118 | NOTICE OF ATTORNEY APPEARANCE Kirk Handrich appearing for USA. (Handrich, Kirk) (Entered: 07/31/2024) |
| 08/05/2024 | | NOTICE ADJOURNING CONFERENCE as to Carlos Omar Felix Gutierrez: Due to a conflict in the Court's calendar, the conference scheduled for August 8, 2024, is **ADJOURNED to August 15, 2024 at 3:00 p.m.** (Pretrial Conference set for 8/15/2024 at 03:00 PM in Courtroom 618, 40 Centre Street, New York, NY 10007 before Judge Katherine Polk Failla. ) ***No PDF is attached to this entry. (tn) (Entered: 08/05/2024) |
| 08/05/2024 | | Terminate Hearings as to Carlos Omar Felix Gutierrez: 8/8/2024 Status Conference. (tn) (Entered: 08/05/2024) |
| 08/06/2024 | 119 | LETTER MOTION addressed to Judge Katherine Polk Failla from Eric R. Breslin dated August 6, 2024 re: Interim Billing Request . Document filed by Carlos Omar Felix Gutierrez. (Breslin, Eric) (Entered: 08/06/2024) |
| 08/07/2024 | 120 | Memo Endorsed granting 119 LETTER MOTION Interim Billing Request as to Carlos Omar Felix Gutierrez (14). Endorsement: Application GRANTED. So Ordered. (Signed by Judge Katherine Polk Failla on 8/7/2024) (job) (Entered: 08/07/2024) |
| 08/08/2024 | 121 | FIRST LETTER MOTION addressed to Judge Katherine Polk Failla from Nicole Friedlander dated 08/08/2024 re: Request to Adjourn Status Conference . Document filed by Silvano Francisco Mariano. (Friedlander, Nicole) (Entered: 08/08/2024) |
| 08/09/2024 | 122 | MEMO ENDORSEMENT as to Silvano Francisco Mariano re: 121 FIRST LETTER MOTION Request to Adjourn Status Conference... Endorsement: Application GRANTED. The status conference presently scheduled for August 13, 2024, is hereby ADJOURNED to October 1, 2024, at 12:00 p.m. It is further ORDERED that time be excluded under the Speedy Trial Act between August 13, 2024, and October 1, 2024. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial because it will provide the parties time to discuss a possible pretrial disposition of this matter. The Clerk of Court is directed to terminate the pending motion at docket entry 121. So Ordered. (Status Conference set for 10/1/2024 at 12:00 PM before Judge Katherine Polk Failla.) (Signed by Judge Katherine Polk Failla on 8/9/24)(jbo) (Entered: 08/09/2024) |
| 08/12/2024 | 123 | LETTER MOTION addressed to Judge Katherine Polk Failla from United States of America dated August 12, 2024 re: Consent Request for Adjournment of Status Conference . Document filed by USA as to Carlos Omar Felix Gutierrez. (Bradley, Nicholas) (Entered: 08/12/2024) |
| 08/13/2024 | 124 | ENDORSED LETTER as to (23–Cr–180–14) Carlos Omar Felix Gutierrez addressed to Judge Katherine Polk Failla from AUSAs Nicholas S. Bradley / Sarah L. Kushner / Alexander Li / David J. Robles, dated August 12, 2024 re: The Government writes, with the consent of defendant Carlos Omar Felix Gutierrez, to respectfully request that the status conference currently scheduled for Thursday, August 15, 2024, at 3:00 p.m. be adjourned for approximately 30 days.... ENDORSEMENT: Application GRANTED. The status conference presently scheduled for August 15, 2024, is hereby ADJOURNED to October 1, 2024, at 11:00 a.m. It is further ORDERED that time is excluded under the Speedy Trial Act between August 15, 2024, and October 1, 2024. |

| | | |
|---|---|---|
| | | The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial because it will permit the parties to consider a pre–trial disposition. The Clerk of Court is directed to terminate the pending motion at docket entry 123. SO ORDERED. ( Status Conference set for 10/1/2024 at 11:00 AM before Judge Katherine Polk Failla. )(Signed by Judge Katherine Polk Failla on 8/13/2024) (bw) (Entered: 08/13/2024) |
| 08/13/2024 | | Terminate Deadlines and Hearings as to Carlos Omar Felix Gutierrez (14): Terminated Pretrial Conference set for 8/15/2024 at 03:00 PM in Courtroom 618, 40 Centre Street, New York, NY 10007 before Judge Katherine Polk Failla. (bw) (Entered: 08/13/2024) |
| 08/22/2024 | | Minute Entry for proceedings held before Judge Katherine Polk Failla: Pretrial Conference as to Juan Pablo Lozano held on 8/22/2024. Defendant Juan Pablo Lozano present with attorney Dawn Cardi, and Spanish interpreter Jill Hoskins. AUSA Alexander Nuo Li present. Court reporter Raquel Robles present. The next conference is scheduled on 9/30/2024 at 11:00 a.m. Time is excluded in the interests of justice from 8/22/2024 through 9/30/2024. Defendant continued remanded. (See transcript.) (Pretrial Conference set for 9/30/2024 at 11:00 AM before Judge Katherine Polk Failla.) (jbo) (Entered: 08/22/2024) |
| 09/17/2024 | 125 | CONSENT LETTER MOTION addressed to Judge Katherine Polk Failla from USA dated September 17, 2024 re: Proposed Protective Order . Document filed by USA as to Julio Marin Gonzalez. (Attachments: # 1 Proposed Order Protective Order)(Li, Alexander) (Entered: 09/17/2024) |
| 09/18/2024 | 126 | LETTER MOTION addressed to Judge Katherine Polk Failla from Jeremy Schneider dated September 18, 2024 re: Request to Adjourn Conference . Document filed by Julio Marin Gonzalez. (Schneider, Jeremy) (Entered: 09/18/2024) |
| 09/19/2024 | 127 | PROTECTIVE ORDER as to Julio Marin Gonzalez...regarding procedures to be followed that shall govern the handling of confidential material..... (Signed by Judge Katherine Polk Failla on 9/19/24)(jbo) (Entered: 09/19/2024) |
| 09/19/2024 | 128 | MEMO ENDORSEMENT as to Julio Marin Gonzalez re: 126 LETTER MOTION Request to Adjourn Conference... Endorsement: Application GRANTED. The Court wishes Mr. Schneider good health and a speedy recovery. The status conference presently scheduled for September 26, 2024, is hereby ADJOURNED to December 12, 2024, at 3:30 p.m. It is further ORDERED that time be excluded under the Speedy Trial Act between September 26, 2024, and December 12, 2024. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial because it will permit defense counsel to continue to review discovery and permit the parties to consider a pre–trial disposition. The Clerk of Court is directed to terminate the pending motion at docket entry 126. So Ordered. (Status Conference set for 12/12/2024 at 03:30 PM before Judge Katherine Polk Failla.) (Signed by Judge Katherine Polk Failla on 9/19/24)(jbo) (Entered: 09/19/2024) |
| 09/25/2024 | 129 | LETTER MOTION addressed to Judge Katherine Polk Failla from Dawn M. Cardi, Esq. dated September 25, 2024 re: Adjournment . Document filed by Juan Pablo Lozano. (Cardi, Dawn) (Entered: 09/25/2024) |
| 09/26/2024 | 130 | ENDORSED LETTER as to (23–Cr–180–11) Juan Pablo Lozano addressed to Judge Katherine Polk Failla from Attorney Dawn M. Cardi dated September 25, 2024 re: I am counsel to Juan Lozano in the above–referenced action. I write to request an adjournment to the pretrial conference scheduled for September 30, 2024.... ENDORSEMENT: Application GRANTED. The status conference currently scheduled for September 30, 2024, is hereby ADJOURNED to November 26, 2024, at 3:00 p.m. The conference will take place in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. It is further ORDERED that time is excluded under the Speedy Trial Act between September 30, 2024, and November 26, 2024. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial because it will permit the parties to consider a pre–trial disposition. The Clerk of Court is directed to terminate the pending motion at docket entry 129. SO ORDERED. ( Status Conference set for 11/26/2024 at 03:00 PM in Courtroom 618, 40 Centre Street, New York, NY 10007 before Judge Katherine Polk Failla. )(Signed by Judge Katherine Polk Failla on 9/26/2024) (bw) (Entered: 09/26/2024) |

| 09/26/2024 | | Terminate Deadlines and Hearings as to Juan Pablo Lozano (11): Terminated Pretrial Conference set for 9/30/2024 at 11:00 AM before Judge Katherine Polk Failla. (bw) (Entered: 09/26/2024) |
|---|---|---|
| 09/26/2024 | 131 | LETTER MOTION addressed to Judge Katherine Polk Failla from United States of America dated September 26, 2024 re: Consent Request for Adjournment of Status Conference . Document filed by USA as to Carlos Omar Felix Gutierrez. (Bradley, Nicholas) (Entered: 09/26/2024) |
| 09/26/2024 | 132 | LETTER MOTION addressed to Judge Katherine Polk Failla from United States of America dated September 26, 2024 re: Consent Request to Adjourn Status Conference . Document filed by USA as to Sergio Duarte Frias. (Bradley, Nicholas) (Entered: 09/26/2024) |
| 09/26/2024 | 133 | NOTICE OF ATTORNEY APPEARANCE Jane Chong appearing for USA. (Chong, Jane) (Entered: 09/26/2024) |
| 09/26/2024 | 134 | LETTER MOTION addressed to Judge Katherine Polk Failla from Nicole Friedlander dated September 26, 2024 re: Adjournment of Status Conference . Document filed by Silvano Francisco Mariano. (Friedlander, Nicole) (Entered: 09/26/2024) |
| 09/27/2024 | 135 | ENDORSED LETTER as to (23–Cr–180–14) Carlos Omar Felix Gutierrez addressed to Judge Katherine Polk Failla from AUSAs Nicholas S. Bradley / Sarah L. Kushner / Alexander N. Li / David J. Robles, dated September 26, 2024 re: The Government writes, with the consent of defendant Carlos Omar Felix Gutierrez, to respectfully request that the status conference currently scheduled for Tuesday, October 1, 2024, at 11:00 a.m. be adjourned for approximately 30 days.... ENDORSEMENT: Application GRANTED. The status conference currently scheduled for October 1, 2024, is hereby ADJOURNED to October 29, 2024, at 3:00 p.m. It is further ORDERED that time is excluded under the Speedy Trial Act between October 1, 2024, and October 29, 2024. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial because it will permit the parties to continue to review discovery and consider a pre–trial disposition. The Clerk of Court is directed to terminate the pending motion at docket entry 131. SO ORDERED. ( Status Conference set for 10/29/2024 at 03:00 PM before Judge Katherine Polk Failla. )(Signed by Judge Katherine Polk Failla on 9/27/2024) (bw) (Entered: 09/27/2024) |
| 09/27/2024 | 136 | ENDORSED LETTER as to (23–Cr–180–15) Silvano Francisco Mariano addressed to Judge Katherine Polk Failla from Attorney Nicole W. Friedlander dated September 26, 2024 re: I write on behalf of Defendant Francisco Mariano to request that the status conference currently scheduled for October 1, 2024 at 12:00 p.m. be adjourned for approximately 45 days.... ENDORSEMENT: Application GRANTED. The status conference currently scheduled for October 1, 2024, is hereby ADJOURNED to November 20, 2024, at 12:00 p.m. It is further ORDERED that time is excluded under the Speedy Trial Act between October 1, 2024, and November 20, 2024. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial because it will permit defense counsel to continue to review discovery and allow for the parties to consider a pre–trial disposition. The Clerk of Court is directed to terminate the pending motion at docket entry 134. SO ORDERED. ( Status Conference set for 11/20/2024 at 12:00 PM before Judge Katherine Polk Failla. )(Signed by Judge Katherine Polk Failla on 9/27/2024) (bw) (Entered: 09/27/2024) |
| 09/27/2024 | 137 | ENDORSED LETTER as to (23–Cr–180–18) Sergio Duarte Frias addressed to Judge Katherine Polk Failla from AUSAs Nicholas S. Bradley / Sarah L. Kushner / Alexander N. Li / David J. Robles, dated September 26, 2024 re: The Government writes, with the consent of defendant Sergio Duarte Frias, to respectfully request that the status conference currently scheduled for Tuesday, October 1, 2024, at 3:00 p.m. be adjourned for approximately 45 days.... ENDORSEMENT: Application GRANTED. The status conference currently scheduled for October 1, 2024, is hereby ADJOURNED to November 26, 2024, at 12:00 p.m. It is further ORDERED that time is excluded under the Speedy Trial Act between October 1, 2024, and November 26, 2024. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial because it will permit the parties to consider a pre–trial disposition. The Clerk of Court is directed to terminate the pending motion at docket entry 132. SO ORDERED. ( Status Conference set for |

| | | 11/26/2024 at 12:00 PM before Judge Katherine Polk Failla. )(Signed by Judge Katherine Polk Failla on 9/27/2024) (bw) (Entered: 09/27/2024) |
|---|---|---|
| 10/09/2024 | 138 | LETTER MOTION addressed to Judge Katherine Polk Failla from Kenneth Montgomery dated October 9, 2024 re: Request for appointment of new counsel . Document filed by Ana Gabriela Rubio Zea. (Montgomery, Kenneth) (Entered: 10/09/2024) |
| 10/16/2024 | 139 | MEMO ENDORSEMENT 138 LETTER MOTION as to Ana Gabriela Rubio Zea....ENDORSEMENT... The Court is in receipt of the above request to substitute counsel. Accordingly, the parties are hereby ORDERED to appear for a conference on October 22, 2024, at 10:00 a.m., in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The Clerk of Court is directed to terminate the pending motion at docket entry 138. (Signed by Judge Katherine Polk Failla on 10/16/2024) (jw) (Entered: 10/16/2024) |
| 10/16/2024 | | Set/Reset Deadlines/Hearings as to Ana Gabriela Rubio Zea: Attorney Appointment Hearing set for 10/22/2024 at 10:00 AM in Courtroom 618, 40 Centre Street, New York, NY 10007 before Judge Katherine Polk Failla (jw) (Entered: 10/16/2024) |
| 10/21/2024 | 140 | LETTER MOTION addressed to Judge Katherine Polk Failla from Eric R. Breslin dated October 21, 2024 re: Adjournment Request . Document filed by Carlos Omar Felix Gutierrez. (Attachments: # 1 Proposed Order Speedy Trial)(Breslin, Eric) (Entered: 10/21/2024) |
| 10/22/2024 | | Minute Entry for proceedings held before Judge Katherine Polk Failla: Attorney Appointment Hearing as Ana Gabriela Rubio Zea held on 10/22/2024. Defendant Ana Gabriela Rubio Zea present with outgoing counsel Kenneth Jamal Montgomery and incoming CJA counsel Judith Vargas. Standby Spanish interpreter Cristina Weisz present. AUSA Alexander Nuo Li present. Ms. Vargas is appointed and substituted as counsel for Defendant. The next conference remains scheduled for 11/6/2024 at 12:00 p.m. Defendant continued remanded. (See transcript). Added attorney Judith Vargas for Ana Gabriela Rubio Zea. Attorney Kenneth Jamal Montgomery terminated in case as to Ana Gabriela Rubio Zea. (Court Reporter Sharonda Jones) (ap) (Entered: 10/22/2024) |
| 10/22/2024 | | Set/Reset Hearings as to Ana Gabriela Rubio Zea: (Status Conference set for 11/6/2024 at 12:00 PM before Judge Katherine Polk Failla) (ap) (Entered: 10/22/2024) |
| 10/23/2024 | 141 | MEMO ENDORSEMENT as to Carlos Omar Felix Gutierrez granting 140 LETTER MOTION addressed to Judge Katherine Polk Failla from Eric R. Breslin dated October 21, 2024 re: Adjournment Request. ENDORSEMENT: Application GRANTED. The conference scheduled for October 29, 2024, is hereby ADJOURNED to November 19, 2024, at 10:00 a.m. The conference will be held in person, in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. It is further ORDERED that time is excluded under the Speedy Trial Act between October 29, 2024 and November 19, 2024. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial because it will permit the parties to consider a pre−trial disposition. The Clerk of Court is directed to terminate the pending motion at docket entry 140. SO ORDERED. (Status Conference set for 11/19/2024 at 10:00 AM in Courtroom 618, 40 Centre Street, New York, NY 10007 before Judge Katherine Polk Failla) (Time excluded from 10/29/2024 until 11/19/2024) (Signed by Judge Katherine Polk Failla on 10/23/2024) (lnl) (Entered: 10/23/2024) |
| 11/15/2024 | 142 | LETTER MOTION addressed to Judge Katherine Polk Failla from United States of America dated November 15, 2024 re: Consent Request for Adjournment of Pretrial Conference . Document filed by USA as to Carlos Omar Felix Gutierrez. (Bradley, Nicholas) (Entered: 11/15/2024) |
| 11/18/2024 | 143 | LETTER MOTION addressed to Judge Katherine Polk Failla from Nicole Friedlander dated November 18, 2024 re: Adjournment of Status Conference . Document filed by Silvano Francisco Mariano. (Friedlander, Nicole) (Entered: 11/18/2024) |
| 11/18/2024 | 144 | MEMO ENDORSEMENT as to Carlos Omar Felix Gutierrez (14) granting 142 LETTER MOTION addressed to Judge Katherine Polk Failla from United States of America dated November 15, 2024 re: Consent Request for Adjournment of Pretrial |

| | | |
|---|---|---|
| | | Conference. ENDORSEMENT: Application GRANTED. The status conference scheduled for November 19, 2024, is hereby ADJOURNED to December 3, 2024, at 12:00 p.m. The conference will be held in person, in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. It is further ORDERED that time is excluded under the Speedy Trial Act between November 19, 2024, and December 3, 2024. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial because it will permit the parties to review discovery and consider a pre–trial disposition. The Clerk of Court is directed to terminate the pending motion at docket entry 142. (Signed by Judge Katherine Polk Failla on 11/18/2024) (ap) (Entered: 11/18/2024) |
| 11/19/2024 | 145 | MEMO ENDORSEMENT as to Silvano Francisco Mariano (15) granting 143 LETTER MOTION addressed to Judge Katherine Polk Failla from Nicole Friedlander dated November 18, 2024 re: Adjournment of Status Conference. ENDORSEMENT: Application GRANTED. The status conference scheduled for November 20, 2024, is hereby ADJOURNED to January 8, 2025, at 3:00 p.m. The conference will be held in person, in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. It is further ORDERED that time is excluded under the Speedy Trial Act between November 20, 2024, and January 8, 2025. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial because it will permit the parties to review discovery and consider a pre–trial disposition. The Clerk of Court is directed to terminate the pending motion at docket entry 143. (Signed by Judge Katherine Polk Failla on 11/19/2024) (ap) (Entered: 11/19/2024) |
| 11/20/2024 | 146 | LETTER MOTION addressed to Judge Katherine Polk Failla from Jeremy Schneider dated November 20, 2024 re: Adjournment Request . Document filed by Julio Marin Gonzalez. (Schneider, Jeremy) (Entered: 11/20/2024) |
| 11/21/2024 | 147 | MEMO ENDORSEMENT as to Julio Marin Gonzalez (16) granting 146 LETTER MOTION addressed to Judge Katherine Polk Failla from Jeremy Schneider dated November 20, 2024 re: Adjournment Request. ENDORSEMENT: Application GRANTED. The status conference scheduled for December 12, 2024, is hereby ADJOURNED to February 12, 2025, at 12:00 p.m. The conference will take place in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. It is furthered ORDERED that time is excluded under the Speedy Trial Act between December 12, 2024, and February 12, 2025. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial because it will permit defense counsel to continue to review discovery and permit the parties to consider a pre–trial disposition. The Clerk of Court is directed to terminate the pending motion at docket entry 146. (Signed by Judge Katherine Polk Failla on 11/21/2024) (ap) (Entered: 11/21/2024) |
| 11/21/2024 | 148 | LETTER MOTION addressed to Judge Katherine Polk Failla from Dawn Cardi, Esq. dated November 21, 2024 re: adjournment *of status conference*. Document filed by Juan Pablo Lozano. (Cardi, Dawn) (Entered: 11/21/2024) |
| 11/21/2024 | 149 | ORDER as to Juan Pablo Lozano (11) granting 148 LETTER MOTION addressed to Judge Katherine Polk Failla from Dawn Cardi, Esq. dated November 21, 2024 re: adjournment of status conference. ENDORSEMENT: Application GRANTED. The status conference scheduled for November 26, 2024, is hereby ADJOURNED to January 28, 2025, at 12:00 p.m. The conference will take place in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. It is further ORDERED that time is excluded under the Speedy Trial Act between November 26, 2024, and January 28, 2025. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial because it will permit the parties to consider a pre–trial disposition. The Clerk of Court is directed to terminate the pending motion at docket entry 148. (Signed by Judge Katherine Polk Failla on 11/21/2024) (ap) (Entered: 11/21/2024) |
| 11/21/2024 | 150 | LETTER MOTION addressed to Judge Katherine Polk Failla from Susan J. Walsh dated November 21, 2024 re: Adjournment of status conference currently scheduled for November 26, 2024 . Document filed by Sergio Duarte Frias. (Walsh, Susan) (Entered: 11/21/2024) |

| | | |
|---|---|---|
| 11/22/2024 | 151 | MEMO ENDORSEMENT as to Sergio Duarte Frias (18) granting 150 LETTER MOTION addressed to Judge Katherine Polk Failla from Susan J. Walsh dated November 21, 2024 re: Adjournment of status conference currently scheduled for November 26, 2024. ENDORSEMENT: Application GRANTED. The status conference scheduled for November 26, 2024, is hereby ADJOURNED to January 15, 2025, at 12:00 p.m. The conference will take place in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. It is further ORDERED that time is excluded under the Speedy Trial Act between November 26, 2024, and January 15, 2025. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial because it will permit defense counsel to continue to review discovery and permit the parties to consider a pre–trial disposition. The Clerk of Court is directed to terminate the pending motion at docket entry 150. (Signed by Judge Katherine Polk Failla on 11/22/2024) (ap) (Entered: 11/22/2024) |
| 12/03/2024 | | Minute Entry for proceedings held before Judge Katherine Polk Failla: Status Conference as to Carlos Omar Felix Gutierrez held on 12/3/2024. Defendant Carlos Omar Felix Gutierrez present with attorney Eric R. Breslin. Spanish interpreter Jill Hoskins present. AUSA David Robles present. The next conference is scheduled for 1/28/2025 at 12:30 p.m. Defendant continued remanded. (See transcript). (Status Conference set for 1/28/2025 at 12:30 PM before Judge Katherine Polk Failla) (Court Reporter Raquel Robles) (ap) (Entered: 12/03/2024) |
| 01/03/2025 | 152 | LETTER MOTION addressed to Judge Katherine Polk Failla from Nicole Friedlander dated 1/3/2025 re: Adjournment of Status Conference . Document filed by Silvano Francisco Mariano. (Friedlander, Nicole) (Entered: 01/03/2025) |
| 01/06/2025 | 153 | MEMO ENDORSEMENT 152 LETTER MOTION as to Silvano Francisco Mariano...ENDORSEMENT... Application GRANTED. The status conference scheduled for January 8, 2025, is hereby ADJOURNED to February 11, 2025, at 3:00 p.m. The conference will be held in person, in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. It is furthered ORDERED that time is excluded under the Speedy Trial Act between January 8, 2025, and February 11, 2025. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial because it will permit defense counsel to continue to review discovery and prepare any pretrial motions, as well as permit the parties to consider a pretrial disposition.The Clerk of Court is directed to terminate the pending motion at docket entry 152.(Signed by Judge Katherine Polk Failla on 1/6/2025) (jw) (Entered: 01/06/2025) |
| 01/07/2025 | 154 | SEALED DOCUMENT placed in vault. (jus) (Entered: 01/07/2025) |
| 01/09/2025 | 155 | LETTER MOTION addressed to Judge Katherine Polk Failla from Nicole Friedlander dated January 9, 2025 re: Substitution of Counsel . Document filed by Silvano Francisco Mariano. (Friedlander, Nicole) (Entered: 01/09/2025) |
| 01/10/2025 | 156 | MEMO ENDORSEMENT 155 LETTER MOTION as to Silvano Francisco Mariano...ENDORSEMENT... The Court is in receipt of the above request to substitute counsel. Accordingly, the parties are hereby ORDERED to appear for a conference on January 30, 2025, at 12:00 p.m., in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. The Clerk of Court is directed to terminate the pending motion at docket entry 155. (Signed by Judge Katherine Polk Failla on 1/10/2025) (jw) (Entered: 01/10/2025) |
| 01/10/2025 | | Set/Reset Deadlines/Hearings as to Silvano Francisco Mariano: Substitute Counsel Hearing set for 1/30/2025 at 12:00 PM in Courtroom 618, 40 Centre Street, New York, NY 10007 before Judge Katherine Polk Failla (jw) (Entered: 01/10/2025) |
| 01/11/2025 | 157 | FOURTH LETTER MOTION addressed to Judge Katherine Polk Failla from Susan J Walsh dated January 11 2025 re: Adjourn Status Conference *on Consent*., MOTION to Continue . Document filed by Sergio Duarte Frias. (Walsh, Susan) (Entered: 01/11/2025) |
| 01/13/2025 | 158 | MEMO ENDORSEMENT as to Sergio Duarte Frias (18) granting 157 FOURTH LETTER MOTION addressed to Judge Katherine Polk Failla from Susan J Walsh dated January 11 2025 re: Adjourn Status Conference on Consent. ENDORSEMENT: |

| | | |
|---|---|---|
| | | Application GRANTED. The conference scheduled for January 15, 2025, is hereby ADJOURNED to March 12, 2025, at 3:00 p.m. The conference will take place in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. It is further ORDERED that time is excluded under the Speedy Trial Act between January 15, 2025, and March 12, 2025. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial because it will permit defense counsel to continue to review discovery and permit the parties to consider a pre–trial disposition. The Clerk of Court is directed to terminate the pending motion at docket entry 157. (Signed by Judge Katherine Polk Failla on 1/13/2025) (ap) (Entered: 01/13/2025) |
| 01/15/2025 | 159 | SEALED DOCUMENT placed in vault. (jus) (Entered: 01/15/2025) |
| 01/15/2025 | 160 | SEALED DOCUMENT placed in vault. (jus) (Entered: 01/15/2025) |
| 01/17/2025 | 161 | **FILING ERROR – PDF ERROR –** MOTION for Ruben Oliva to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30478206. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Nestor Isidro Perez Salas. (Attachments: # 1 Exhibit Certificate of Good Standing – FL, # 2 Exhibit Certificate of Good Standing – SDFL, # 3 Affidavit in support of motion, # 4 Proposed Order granting admission pro hac vice)(Oliva, Ruben) Modified on 1/17/2025 (bc). (Entered: 01/17/2025) |
| 01/17/2025 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice as to Ivan Archivaldo Guzman Salazar, Jesus Alfredo Guzman Salazar, Oscar Noe Medina Gonzalez, Nestor Isidro Perez Salas, Jorge Humberto Figueroz Benitez, Liborio Nunez Aguirre, Noel Perez Lopez, Samuel Leon Alavarado, Luis Javier Benitez Espinoza, Alan Gabriel Nunez Herrera, Juan Pablo Lozano, Carlos Limon, Jesus Tirado Andrade, Carlos Omar Felix Gutierrez, Silvano Francisco Mariano, Julio Marin Gonzalez, Mario Alberto Jimenez Castro, Sergio Duarte Frias, Ana Gabriela Rubio Zea, Kun Jiang, Yonghao Wu, Yaqin Wu, Huatao Yao to RE–FILE Document No. 161 MOTION for Ruben Oliva to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30478206. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of Florida;. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. (bc)** (Entered: 01/17/2025) |
| 01/24/2025 | 162 | AMENDED MOTION for Ruben Oliva to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Nestor Isidro Perez Salas. (Attachments: # 1 Affidavit in support of motion, # 2 Exhibit Certificate of Good Standing in Florida, # 3 Exhibit Certificate of Good Standing – SDFL, # 4 Proposed Order granting admission pro hac vice)(Oliva, Ruben) (Entered: 01/24/2025) |
| 01/24/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 162 AMENDED MOTION for Ruben Oliva to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 01/24/2025) |
| 01/28/2025 | 163 | ORDER FOR ADMISSION PRO HAC VICE 162 Motion for Ruben Oliva to Appear Pro Hac Vice as to Nestor Isidro Perez Salas. The motion of Ruben Oliva, Esq., for admission to practice Pro Hac Vice in the above captioned action is granted. IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing discipline of attorneys. (Signed by Judge Katherine Polk Failla on 1/28/25) (jw) (Entered: 01/28/2025) |
| 01/28/2025 | | Attorney update in case as to Nestor Isidro Perez Salas. Attorney Ruben Oliva for Nestor Isidro Perez Salas added. (jw) (Entered: 01/28/2025) |
| 01/28/2025 | 164 | NOTICE OF ATTORNEY APPEARANCE: Anthony Cecutti appearing for Juan Pablo Lozano. Appearance Type: CJA Appointment. (Cecutti, Anthony) (Entered: 01/28/2025) |

| 01/28/2025 | | Minute Entry for proceedings held before Judge Katherine Polk Failla: Attorney Appointment Hearing as to Carlos Omar Felix Gutierrez held on 1/28/2025. Defendant Carlos Omar Felix Gutierrez present with outgoing counsel Eric R. Brelin and Arletta Kathleen Singh and incoming CJA counsel Jacqueline E. Cistaro. Spanish interpreters Francisco Olivero and Mirta Hess present. AUSA David Robles present. Ms. Cistaro is appointed and substituted as counsel for Defendant. The next conference is scheduled for 3/14/2025 at 10:00 a.m. Time is excluded in the interests of justice from 1/28/2025 through 3/14/2025. Defendant continued remanded. (See transcript). Added attorney Jacqueline Elaine Cistaro for Carlos Omar Felix Gutierrez. (Status Conference set for 3/14/2025 at 10:00 AM before Judge Katherine Polk Failla) (Court Reporter Sam Mauro) (ap) (Entered: 01/29/2025) |
| 01/28/2025 | | Minute Entry for proceedings held before Judge Katherine Polk Failla:Attorney Appointment Hearing as to Juan Pablo Lozano held on 1/28/2025. Defendant Juan Pablo Lozano present with outgoing counsel Dawn Marcella Cardi and incoming CJA counsel Anthony Cecutti. Spanish interpreter Francisco Olivero present. AUSA David Robles present. Mr. Cecutti is appointed and substituted as counsel for Defendant. The next conference is scheduled for 3/14/2025 at 10:30 a.m. Time is excluded in the interests of justice from 1/28/2025 through 3/14/2025. Defendant continued remanded. (See transcript). Added attorney Anthony Cecutti for Juan Pablo Lozano. Attorney Dawn Marcella Cardi terminated in case as to Juan Pablo Lozano. (Status Conference set for 3/14/2025 at 10:30 AM before Judge Katherine Polk Failla) (Court Reporter Sam Mauro) (ap) (Entered: 01/29/2025) |
| 01/30/2025 | | Minute Entry for proceedings held before Judge Katherine Polk Failla: Attorney Appointment Hearing as to Silvano Francisco Mariano held on 1/30/2025. Defendant Silvano Francisco Mariano present with outgoing counsel Nicole Ware Friedlander, Gage Hodgen, and Morgan Knudtsen, and incoming CJA counsel Christine Delince. Spanish interpreter Gabriel Mitre present. AUSA Nicholas Sutherland Bradley present. Ms. Delince is appointed and substituted as counsel for Defendant. The next conference is scheduled for 3/14/2025 at 11:30 a.m. Time is excluded in the interests of justice from 1/31/2025 through 3/14/2025. Defendant continued remanded. (See transcript). Added attorney Christine Delince for Silvano Francisco Mariano. Attorney Nicole Ware Friedlander terminated in case as to Silvano Francisco Mariano. (Pretrial Conference set for 3/14/2025 at 11:30 AM before Judge Katherine Polk Failla) (Court Reporter Steven Greenblum) (ap) (Entered: 01/30/2025) |
| 01/30/2025 | | Terminate Deadlines and Hearings as to Silvano Francisco Mariano: Status Conference scheduled for 2/11/2025. (tn) (Entered: 02/05/2025) |
| 02/04/2025 | 165 | LETTER MOTION addressed to Judge Katherine Polk Failla from Jeremy Schneider dated February 4, 2025 re: Adjournment Request . Document filed by Julio Marin Gonzalez. (Schneider, Jeremy) (Entered: 02/04/2025) |
| 02/04/2025 | | Minute Entry for proceedings held before Judge Katherine Polk Failla: Pretrial Conference as to (23–Cr–180–19) Ana Gabriela Rubio Zea held on 2/4/2025. Defendant Ana Gabriela Rubio Zea present with attorney Judith Vargas. AUSAs David Robles and Sarah L. Kushner present for the Government. Court reporter Sharonda Jones present. Next status conference set for 3/14/2025 at 12:00 p.m. Defendant continued remanded. (See transcript). (bw) (Entered: 02/04/2025) |
| 02/04/2025 | | ORAL ORDER as to (23–Cr–180–19) Ana Gabriela Rubio Zea. Status Conference set for 3/14/2025 at 12:00 PM before Judge Katherine Polk Failla. (bw) (Entered: 02/04/2025) |
| 02/05/2025 | 166 | MEMO ENDORSEMENT as to Julio Marin Gonzalez (16) granting 165 LETTER MOTION addressed to Judge Katherine Polk Failla from Jeremy Schneider dated February 4, 2025 re: Adjournment Request. ENDORSEMENT: Application GRANTED. The conference scheduled for February 12, 2025, is hereby ADJOURNED to April 9, 2025, at 3:00 p.m. The conference will take place in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. The parties are advised that no additional requests for the adjournment of this conference will be granted, absent exigent circumstances. It is further ORDERED that time is excluded under the Speedy Trial Act between February 12, 2025, and April 9, 2025. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial because it will permit defense counsel to continue to review discovery and allow |

| | | |
|---|---|---|
| | | the parties to consider a pre–trial disposition. The Clerk of Court is directed to terminate the pending motion at docket entry 165. (Signed by Judge Katherine Polk Failla on 2/5/2025) (ap) (Entered: 02/05/2025) |
| 02/10/2025 | 167 | SEALED DOCUMENT placed in vault. (dn) (Entered: 02/10/2025) |
| 02/10/2025 | 168 | SEALED DOCUMENT placed in vault. (dn) (Entered: 02/10/2025) |
| 03/10/2025 | 169 | LETTER MOTION addressed to Judge Katherine Polk Failla from United States of America dated March 10, 2025 re: Consent Entry of Protective Order . Document filed by USA as to Silvano Francisco Mariano. (Attachments: # 1 Exhibit A – Proposed Protective Order)(Bradley, Nicholas) (Entered: 03/10/2025) |
| 03/10/2025 | 170 | LETTER MOTION addressed to Judge Katherine Polk Failla from USA dated March 10, 2025 re: Adjournment . Document filed by USA as to Sergio Duarte Frias. (Kushner, Sarah) (Entered: 03/10/2025) |
| 03/10/2025 | 171 | ENDORSED LETTER as to (23–Cr–180–15) Silvano Francisco Mariano addressed to Judge Katherine Polk Failla from AUSAs Nicholas S. Bradley / Sarah L. Kushner / Jane Y. Chong / David J. Robles, dated March 10, 2025 re: The Government writes to respectfully request that the Court enter the enclosed proposed protective order, which has been signed by the parties in the above–captioned case, pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure. ENDORSEMENT: Application GRANTED. The Court will endorse the proposed protective order under separate cover. The Clerk of Court is directed to terminate the pending motion at docket entry 169. SO ORDERED. (Signed by Judge Katherine Polk Failla on 3/10/2025) (bw) (Entered: 03/10/2025) |
| 03/10/2025 | 172 | PROTECTIVE ORDER as to (23–Cr–180–15) Silvano Francisco Mariano...regarding procedures to be followed that shall govern the handling of confidential material. SO ORDERED: (Signed by Judge Katherine Polk Failla on 3/10/2025) (bw) (Entered: 03/10/2025) |
| 03/10/2025 | 173 | ENDORSED LETTER as to (23–Cr–180–18) Sergio Duarte Frias addressed to Judge Katherine Polk Failla from AUSAs Nicholas S. Bradley / Sarah L. Kushner / Jane Chong / David J. Robles, dated March 10, 2025 re: The Government writes, with the consent of defendant Sergio Duarte Frias, to respectfully request that the status conference currently scheduled for Wednesday, March 12, 2025, at 3:00 p.m. be adjourned for approximately 30 days.... ENDORSEMENT: Application GRANTED. The conference scheduled for March 12, 2025 is hereby ADJOURNED to April 11, 2025, at 12:00 p.m. The conference will take place in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. It is further ORDERED that time is excluded under the Speedy Trial Act between March 12, 2025, and April 11, 2025. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial because it will permit the parties to consider a pre–trial disposition. The Clerk of Court is directed to terminate the pending motion at docket entry 170. SO ORDERED. ( Status Conference set for 4/11/2025 at 12:00 PM in Courtroom 618, 40 Centre Street, New York, NY 10007 before Judge Katherine Polk Failla. )(Signed by Judge Katherine Polk Failla on 3/10/2025) (bw) (Entered: 03/10/2025) |
| 03/11/2025 | 174 | LETTER MOTION addressed to Judge Katherine Polk Failla from USA dated March 11, 2025 re: Adjournment . Document filed by USA as to Ana Gabriela Rubio Zea. (Kushner, Sarah) (Entered: 03/11/2025) |
| 03/11/2025 | 175 | ENDORSED LETTER as to (23–Cr–180–19) Ana Gabriela Rubio Zea addressed to Judge Katherine Polk Failla from AUSAs Sarah Kushner / Jane Chong / David Robles / Nicholas Bradley, dated March 11, 2025 re: The Government writes, with the consent of the defendant, to respectfully request that the status conference currently scheduled for March 14, 2025, at 12:00 p.m. be adjourned until March 28, 2025, or thereafter.... ENDORSEMENT: Application GRANTED. The conference scheduled for March 14, 2025, is hereby ADJOURNED to April 1, 2025, at 11:00 a.m. The conference will take place in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. It is further ORDERED that time is excluded under the Speedy Trial Act between March 14, 2025, and April 1, 2025. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial because it will permit the parties to consider a pre–trial |

| | | disposition. The Clerk of Court is directed to terminate the pending motion at docket entry 174. SO ORDERED. ( Status Conference set for 4/1/2025 at 11:00 AM in Courtroom 618, 40 Centre Street, New York, NY 10007 before Judge Katherine Polk Failla. )(Signed by Judge Katherine Polk Failla on 3/11/2025) (bw) (Entered: 03/11/2025) |
|---|---|---|
| 03/11/2025 | 176 | LETTER MOTION addressed to Judge Katherine Polk Failla from United States of America dated March 11, 2025 re: Consent Request for Adjournment of Status Conference . Document filed by USA as to Silvano Francisco Mariano. (Bradley, Nicholas) (Entered: 03/11/2025) |
| 03/11/2025 | 177 | LETTER MOTION addressed to Judge Katherine Polk Failla from United States of America dated March 11, 2025 re: Consent Request for Adjournment of Status Conference . Document filed by USA as to Carlos Omar Felix Gutierrez. (Bradley, Nicholas) (Entered: 03/11/2025) |
| 03/11/2025 | 178 | ENDORSED LETTER as to (23–Cr–180–14) Carlos Omar Felix Gutierrez addressed to Judge Katherine Polk Failla from AUSAs Nicholas S. Bradley / Sarah L. Kushner / Jane Chong / David J. Robles, dated March 11, 2025 re: The Government writes, with the consent of defendant Carlos Omar Felix Gutierrez, to respectfully request that the status conference currently scheduled for Friday, March 14, 2025, at 12:30 p.m. be adjourned for approximately 45 days.... ENDORSEMENT: Application GRANTED. The conference scheduled for March 14, 2025, is hereby ADJOURNED to April 29, 2025, at 3:30 p.m. The conference will take place in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. It is further ORDERED that time is excluded under the Speedy Trial Act between March 14, 2025, and April 29, 2025. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial because it will allow defense counsel to continue to review discovery and permit the parties to consider a pre–trial disposition. The Clerk of Court is directed to terminate the pending motion at docket entry 177. SO ORDERED. ( Status Conference set for 4/29/2025 at 03:30 PM in Courtroom 618, 40 Centre Street, New York, NY 10007 before Judge Katherine Polk Failla. )(Signed by Judge Katherine Polk Failla on 3/11/2025) (bw) (Entered: 03/11/2025) |
| 03/11/2025 | 179 | ENDORSED LETTER as to (23–Cr–180–15) Silvano Francisco Mariano addressed to Judge Katherine Polk Failla from AUSAs Nicholas S. Bradley / Sarah L. Kushner / Jane Chong / David J. Robles, dated March 11, 2025 re: The Government writes, with the consent of defendant Silvano Francisco Mariano, to respectfully request that the status conference currently scheduled for Friday, March 14, 2025, at 11:30 a.m. be adjourned for approximately 45 days.... ENDORSEMENT: Application GRANTED. The conference scheduled for March 14, 2025, is hereby ADJOURNED to April 29, 2025, at 4:00 p.m. The conference will take place in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. It is further ORDERED that time is excluded under the Speedy Trial Act between March 14, 2025, and April 29, 2025. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial because it will allow defense counsel to continue to review discovery and permit the parties to consider a pre–trial disposition. The Clerk of Court is directed to terminate the pending motion at docket entry 176. SO ORDERED. ( Status Conference set for 4/29/2025 at 04:00 PM in Courtroom 618, 40 Centre Street, New York, NY 10007 before Judge Katherine Polk Failla. )(Signed by Judge Katherine Polk Failla on 3/11/2025) (bw) (Entered: 03/11/2025) |
| 03/11/2025 | | Terminate Deadlines and Hearings as to Silvano Francisco Mariano (15): Terminated Pretrial Conference set for 3/14/2025 at 11:30 AM before Judge Katherine Polk Failla. (bw) (Entered: 03/11/2025) |
| 03/12/2025 | 180 | LETTER MOTION addressed to Judge Katherine Polk Failla from USA dated March 12, 2025 re: Adjournment . Document filed by USA as to Juan Pablo Lozano. (Kushner, Sarah) (Entered: 03/12/2025) |
| 03/13/2025 | 181 | ENDORSED LETTER as to (23–Cr–180–11) Juan Pablo Lozano addressed to Judge Katherine Polk Failla from AUSAs Nicholas S. Bradley / Sarah L. Kushner / Jane Chong / David J. Robles, dated March 12, 2025 re: The Government writes, with the consent of defendant Juan Pablo Lozano, to respectfully request that the status |

| | | |
|---|---|---|
| | | conference currently scheduled for Friday, March 14, 2025, at 12:00 p.m. be adjourned for approximately 60 days.... ENDORSEMENT: Application GRANTED. The conference scheduled for March 14, 2025, is hereby ADJOURNED to May 20, 2025, at 3:00 p.m. The conference will take place in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. It is further ORDERED that time is excluded under the Speedy Trial Act between March 14, 2025, and May 20, 2025. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial because it will allow defense counsel to continue to review discovery and permit the parties to consider a pre–trial disposition. The Clerk of Court is directed to terminate the pending motion at docket entry 180. SO ORDERED. ( Status Conference set for 5/20/2025 at 03:00 PM in Courtroom 618, 40 Centre Street, New York, NY 10007 before Judge Katherine Polk Failla. ) (Signed by Judge Katherine Polk Failla on 3/13/2025) (bw) (Entered: 03/13/2025) |
| 03/13/2025 | 182 | FIRST LETTER MOTION addressed to Judge Katherine Polk Failla from Jacqueline E. Cistaro dated March 13, 2025 re: Letter Motion to Appoint Co–Counsel . Document filed by Carlos Omar Felix Gutierrez. (Cistaro, Jacqueline) (Entered: 03/13/2025) |
| 03/14/2025 | 183 | ENDORSED LETTER as to (23–Cr–180–14) Carlos Omar Felix Gutierrez addressed to Judge Katherine Polk Failla from Attorney Jacqueline E. Cistaro dated March 13, 2025 re: I represent Carlos Omar Felix Gutierrez in the above–captioned matter and pursuant to the Criminal Justice Act (CJA). I write to respectfully request the Court appoint David Bertan as co–counsel to assist me in this matter.... Mr. Bertan and I have co–counseled multiple cases together and I expect that Mr. Bertan's involvement in this case will substantially assist in providing the best defense team for Mr. Felix Gutierrez. I further request that Mr. Bertan receive the standard CJA rate of $175 for appointed counsel as he has been a member of the SDNY Panel for over 10 years. ENDORSEMENT: Application GRANTED. Mr. Bertan is permitted to serve as co–counsel and is instructed to submit a CJA voucher. The Clerk of Court is instructed to terminate the pending motion at docket entry 182. SO ORDERED. (Signed by Judge Katherine Polk Failla on 3/14/2025) (bw) (Entered: 03/14/2025) |
| 03/17/2025 | 184 | NOTICE OF ATTORNEY APPEARANCE: David Keith Bertan appearing for Carlos Omar Felix Gutierrez. Appearance Type: CJA Appointment. (Bertan, David) (Entered: 03/17/2025) |
| 03/31/2025 | 185 | LETTER MOTION addressed to Judge Katherine Polk Failla from United States of America dated March 31, 2025 re: Consent Request for Adjournment of Status Conference . Document filed by USA as to Ana Gabriela Rubio Zea. (Bradley, Nicholas) (Entered: 03/31/2025) |
| 04/01/2025 | 186 | MEMO ENDORSEMENT 185 LETTER MOTION as to Ana Gabriela Rubio Zea (19)....ENDORSEMENT...Application GRANTED. The conference scheduled for April 1, 2025, is hereby ADJOURNED to May 6, 2025, at 11:00 a.m. The conference will take place in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. It is further ORDERED that time is excluded under the Speedy Trial Act between April 1, 2025, and May 6, 2025. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial because it will permit the parties to consider a pre–trial disposition. The Clerk of Court is directed to terminate the pending motion at docket entry 185. (Signed by Judge Katherine Polk Failla on 4/1/2025) (jw) (Entered: 04/01/2025) |
| 04/01/2025 | 187 | SEALED DOCUMENT placed in vault. (jus) (Entered: 04/01/2025) |
| 04/01/2025 | 188 | SEALED DOCUMENT placed in vault. (jus) (Entered: 04/01/2025) |
| 04/03/2025 | 189 | LETTER MOTION addressed to Judge Katherine Polk Failla from USA dated April 3, 2025 re: Adjournment and Exclusion of Time . Document filed by USA as to Julio Marin Gonzalez. (Chong, Jane) (Entered: 04/03/2025) |
| 04/04/2025 | 190 | MEMO ENDORSEMENT 189 LETTER MOTION as to Julio Marin Gonzalez (16)...ENDORSEMENT... Application DENIED. As the Court stated in its February 5, 2025 order, no further adjournments of this conference will be granted absent exigent circumstances. As the above does not constitute exigent circumstances, the Court wishes to hear from the parties at the scheduled conference regarding the status of this |

| | | |
|---|---|---|
| | | case. The Clerk of Court is directed to terminate the pending motion at docket entry 189. (Signed by Judge Katherine Polk Failla on 4/4/25) (jw) (Entered: 04/04/2025) |
| 04/09/2025 | | Minute Entry for proceedings held before Judge Katherine Polk Failla: Pretrial Conference as to Julio Marin Gonzalez held on 4/9/2025. Defendant Julio Marin Gonzalez's presence waived. Attorney Jeremy Schneider representing Defendant present. AUSA Jane Chong present. Court reporter Carol Kertes present. The next conference is scheduled on 6/10/2025 at 11:00 a.m. Time is excluded in the interests of justice from 4/9/2025 through 6/10/2025. (Pretrial Conference set for 6/10/2025 at 11:00 AM before Judge Katherine Polk Failla.) (jbo) (Entered: 05/07/2025) |
| 04/10/2025 | 191 | JOINT LETTER MOTION addressed to Judge Katherine Polk Failla from Susan J. Walsh dated April 10 2025 re: Request to Adjourn Status Conference *On Consent*. Document filed by Sergio Duarte Frias. (Walsh, Susan) (Entered: 04/10/2025) |
| 04/10/2025 | 192 | MEMO ENDORSEMENT as to Sergio Duarte Frias granting 191 JOINT LETTER MOTION addressed to Judge Katherine Polk Failla from Susan J. Walsh dated April 10 2025 re: Request to Adjourn Status Conference On Consent. ENDORSEMENT: Application GRANTED. The conference scheduled for April 11, 2025, is hereby ADJOURNED to May 20, 2025, at 11:00 a.m. The conference will take place in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. It is further ORDERED that time is excluded under the Speedy Trial Act between April 11, 2025, and May 20, 2025. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial because it will permit the parties to consider a pre–trial disposition. The Clerk of Court is directed to terminate the pending motion at docket entry 191. SO ORDERED. (Status Conference set for 5/20/2025 at 11:00 AM in Courtroom 618, 40 Centre Street, New York, NY 10007 before Judge Katherine Polk Failla) (Time excluded from 4/11/2025 until 5/20/2025) (Signed by Judge Katherine Polk Failla on 4/10/2025) (lnl) (Entered: 04/10/2025) |
| 04/25/2025 | 193 | LETTER MOTION addressed to Judge Katherine Polk Failla from Christine Delince dated April 25, 2025 re: Adjournment of Status Conference . Document filed by Silvano Francisco Mariano. (Delince, Christine) (Entered: 04/25/2025) |
| 04/28/2025 | 194 | ENDORSED LETTER as to (23–Cr–180–15) Silvano Francisco Mariano addressed to Judge Katherine Polk Failla from Christine Delince, Esq. dated April 25, 2025 re: With the consent of the government, I am writing to request a thirty–day adjournment of the status conference currently scheduled for April 29, 2025.... ENDORSEMENT: Application GRANTED. The conference scheduled for April 29, 2025, is hereby ADJOURNED to June 10, 2025, at 12:00 p.m. The conference will take place in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. It is further ORDERED that time is excluded under the Speedy Trial Act between April 29, 2025, and June 10, 2025. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial because it will allow defense counsel to continue to review discovery and permit the parties to consider a pre–trial disposition. The Clerk of Court is directed to terminate the pending motion at docket entry 193. SO ORDERED. ( Status Conference set for 6/10/2025 at 12:00 PM in Courtroom 618, 40 Centre Street, New York, NY 10007 before Judge Katherine Polk Failla. )(Signed by Judge Katherine Polk Failla on 4/28/2025) (bw) (Entered: 04/28/2025) |
| 04/28/2025 | 195 | FIRST LETTER MOTION addressed to Judge Katherine Polk Failla from Jacqueline E. Cistaro dated April 28, 2025 re: Letter Motion Requesting Adjournment of Status Conference . Document filed by Carlos Omar Felix Gutierrez. (Cistaro, Jacqueline) (Entered: 04/28/2025) |
| 04/28/2025 | 196 | ENDORSED LETTER as to (23–Cr–180–14) Carlos Omar Felix Gutierrez addressed to Judge Katherine Polk Failla from Attorneys Jacqueline E. Cistaro, David K. Bertan, dated April 28, 2025 re: We represent Carlos Omar Felix Gutierrez in the above–captioned matter and pursuant to the Criminal Justice Act (CJA). We write to respectfully request a 60–day adjournment of the status conference scheduled for April 29, 2025, as we are still reviewing the voluminous discovery in this case. The Government consents to this request. ENDORSEMENT: Application GRANTED. The conference scheduled for April 29, 2025, is hereby ADJOURNED to July 1, 2025, at 12:00 p.m. The conference will take place in Courtroom 618 of the Thurgood Marshall |

| | | |
|---|---|---|
| | | United States Courthouse, 40 Foley Square, New York, New York. The Court will await an application from the Government regarding the exclusion of time under the Speedy Trial Act. The Clerk of Court is directed to terminate the pending motion at docket entry 195. SO ORDERED. ( Status Conference set for 7/1/2025 at 12:00 PM in Courtroom 618, 40 Centre Street, New York, NY 10007 before Judge Katherine Polk Failla. )(Signed by Judge Katherine Polk Failla on 4/28/2025) (bw) (Entered: 04/28/2025) |
| 05/02/2025 | 197 | LETTER MOTION addressed to Judge Katherine Polk Failla from USA dated May 2, 2025 re: Adjournment and Exclusion of Time . Document filed by USA as to Ana Gabriela Rubio Zea. (Chong, Jane) (Entered: 05/02/2025) |
| 05/05/2025 | 198 | MEMO ENDORSEMENT as to Ana Gabriela Rubio Zea granting 197 LETTER MOTION addressed to Judge Katherine Polk Failla from USA dated May 2, 2025 re: Adjournment and Exclusion of Time. ENDORSEMENT: Application GRANTED. The conference scheduled for May 6, 2025, is hereby ADJOURNED to June 10, 2025, at 3:30 p.m. The conference will take place in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. It is further ORDERED that time is excluded under the Speedy Trial Act between May 6, 2025, and June 10, 2025. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial because it will permit the parties to consider a pre–trial disposition. The Clerk of Court is directed to terminate the pending motion at docket entry 197. SO ORDERED. (Status Conference set for 6/10/2025 at 03:30 PM in Courtroom 618, 40 Centre Street, New York, NY 10007 before Judge Katherine Polk Failla) (Time excluded from 5/6/2025 until 6/10/2025) (Signed by Judge Katherine Polk Failla on 5/5/2025) (lnl) (Entered: 05/05/2025) |
| 05/08/2025 | 199 | TRANSCRIPT of Proceedings as to Julio Marin Gonzalez re: Conference held on 4/9/2025 before Judge Katherine Polk Failla. Court Reporter/Transcriber: Carol Ganley, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/29/2025. Redacted Transcript Deadline set for 6/9/2025. Release of Transcript Restriction set for 8/6/2025. (McGuirk, Kelly) (Entered: 05/08/2025) |
| 05/08/2025 | 200 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Julio Marin Gonzalez. Notice is hereby given that an official transcript of a Conference proceeding held on 4/9/2025 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 05/08/2025) |
| 05/08/2025 | 201 | LETTER MOTION addressed to Judge Katherine Polk Failla from Jeremy Schneider dated May 8, 2025 re: Request for change of counsel hearing . Document filed by Julio Marin Gonzalez. (Schneider, Jeremy) (Entered: 05/08/2025) |
| 05/09/2025 | 202 | MEMO ENDORSEMENT as to Julio Marin Gonzalez (16) on 201 LETTER MOTION addressed to Judge Katherine Polk Failla from Jeremy Schneider dated May 8, 2025 re: Request for change of counsel hearing. ENDORSEMENT: The Court is in receipt of the above request to substitute counsel. In light of the above, the parties are hereby ORDERED to appear for a conference on May 22, 2025, at 11:30 a.m. The conference will take place in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. The Clerk of Court is directed to terminate the pending motion at docket entry 201. (Signed by Judge Katherine Polk Failla on 5/9/2025) (ap) (Entered: 05/09/2025) |
| 05/09/2025 | | Set/Reset Hearings as to Julio Marin Gonzalez: Status Conference set for 5/22/2025 at 11:30 AM before Judge Katherine Polk Failla. (ap) (Entered: 05/09/2025) |
| 05/09/2025 | 203 | SEALED DOCUMENT placed in vault. (jus) (Entered: 05/09/2025) |
| 05/09/2025 | 204 | SEALED DOCUMENT placed in vault. (jus) (Entered: 05/09/2025) |
| 05/09/2025 | 205 | SEALED DOCUMENT placed in vault. (jus) (Entered: 05/09/2025) |

| 05/09/2025 | 206 | SEALED DOCUMENT placed in vault. (jus) (Entered: 05/09/2025) |
|---|---|---|
| 05/16/2025 | 207 | LETTER MOTION addressed to Judge Katherine Polk Failla from Susan J. Walsh dated 05/16/2025 re: Request to Adjourn Status Conference . Document filed by Sergio Duarte Frias. (Balonon–Rosen, Marissa) (Entered: 05/16/2025) |
| 05/19/2025 | 208 | MEMO ENDORSEMENT 207 LETTER MOTION as to Sergio Duarte Frias (18)...ENDORSEMENT... Application GRANTED. The conference scheduled for May 20, 2025, is hereby ADJOURNED to July 8, 2025, at 10:00 a.m. The conference will take place in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. It is further ORDERED that time is excluded under the Speedy Trial Act between May 20, 2025, and July 8, 2025. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial because it will permit the parties to consider a pretrial disposition. The Clerk of Court is directed to terminate the pending motion at docket entry 207 (Signed by Judge Katherine Polk Failla on 5/19/25) (jw) (Entered: 05/19/2025) |
| 05/20/2025 | | Minute Entry for proceedings held before Judge Katherine Polk Failla: Pretrial Conference as to Juan Pablo Lozano held on 5/20/2025. Defendant Juan Pablo Lozano present with attorney Anthony Cecutti. Spanish interpreter Francisco Olivero present. AUSA David Robles present. Court reporter Martha Martin present. Defendant's opening motions shall be due on or before October 13, 2025. Government's response due on or before October 31, 2025. Defendant's reply due on or before November 7, 2025. A motion hearing is scheduled for November 21, 2025 at 10:00 a.m. Time is excluded in the interests of justice from 5/22/2025 through 10/13/2025. Defendant continued remanded. (See transcript). (Motions due by 10/13/2025. Responses due by 10/31/2025. Replies due by 11/7/2025. Motion Hearing set for 11/21/2025 at 10:00 AM before Judge Katherine Polk Failla) (Court Reporter Martha Martin) (ap) Modified on 5/27/2025 (tn). (Entered: 05/22/2025) |
| 05/22/2025 | | Minute Entry for proceedings held before Judge Katherine Polk Failla: Attorney Appointment Hearing as to Julio Marin Gonzalez held on 5/22/2025. Defendant Julio Marin Gonzalez present with outgoing attorney Jeremy Schneider. CJA duty attorney Lawrence Gerschwer present. AUSA Sarah L. Kushner present. Court reporter Nicole DiMasi present. CJA Attorney Lawrence Gerschwer is appointed and substituted as counsel for Defendant. The conference scheduled for 6/10/2025 is ADJOURNED to 7/22/2025 at 3:30 p.m. Time is excluded in the interests of justice from 5/22/2025 through 7/22/2025. Added attorney Lawrence Gerschwer for Julio Marin Gonzalez. Attorney Rachel Nicole Perillo and Jeremy Schneider terminated in case as to Julio Marin Gonzalez. (Pretrial Conference set for 7/22/2025 at 03:30 PM before Judge Katherine Polk Failla) (Court Reporter Nicole DiMasi) (ap) Modified on 6/6/2025 (tn). (Entered: 05/23/2025) |
| 06/05/2025 | 209 | LETTER MOTION addressed to Judge Katherine Polk Failla from Christine Delince dated June 5, 2025 re: Adjournment of Status Conference . Document filed by Silvano Francisco Mariano. (Delince, Christine) (Entered: 06/05/2025) |
| 06/06/2025 | 210 | MEMO ENDORSEMENT as to Silvano Francisco Mariano (15) granting 209 LETTER MOTION addressed to Judge Katherine Polk Failla from Christine Delince dated June 5, 2025 re: Adjournment of Status Conference. ENDORSEMENT: Application GRANTED. The status conference scheduled for June 10, 2025, is hereby ADJOURNED to August 5, 2025, at 3:30 p.m. The conference will take place in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. It is further ORDERED that time is excluded under the Speedy Trial Act between June 10, 2025, and August 5, 2025. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial because it will allow defense counsel to continue to review discovery and permit the parties to consider a pretrial disposition. (Signed by Judge Katherine Polk Failla on 6/6/2025) (ap) (Entered: 06/06/2025) |
| 06/06/2025 | 211 | ORDER as to Ana Gabriela Rubio Zea: Due to a conflict in defense counsel's schedule, the conference currently scheduled for June 10, 2025, is hereby ADJOURNED to June 10, 2025, at 10:30 a.m. The conference will take place in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. (Status Conference set for 6/10/2025 at 10:30 AM in Courtroom 618, 40 Centre Street, New York, NY 10007 before Judge Katherine Polk |

| | | |
|---|---|---|
| | | Failla) (Signed by Judge Katherine Polk Failla on 6/6/2025) (ap) (Entered: 06/06/2025) |
| 06/10/2025 | | Minute Entry for proceedings held before Judge Katherine Polk Failla: Change of Plea Hearing as to Ana Gabriela Rubio Zea held on 6/10/2025. Defendant Ana Gabriela Rubio Zea present with attorney Judith Vargas. AUSA Nicholas Sutherland Bradley present. Standby Spanish interpreter Francisco Olivero present. Court reporter Rebecca Forman present. Defendant withdraws previously entered plea of not guilty, and enters a plea of GUILTY to Count Two of Indictment 23cr180 (KPF). Plea accepted. PSR ordered. Sentencing set on December 2, 2025 at 3:00 p.m. Defendant's sentencing submission due two weeks prior to sentencing. Government's sentencing submission due one week prior to sentencing. Defendant continued remanded. (Sentencing set for 12/2/2025 at 03:00 PM before Judge Katherine Polk Failla.) (jbo) (Entered: 06/18/2025) |
| 06/10/2025 | | Minute Entry for proceedings held before Judge Katherine Polk Failla: Plea entered by Ana Gabriela Rubio Zea (19) Guilty as to Count 2. (jbo) (Entered: 06/18/2025) |
| 06/10/2025 | | Change of Not Guilty Plea to Guilty Plea as to Ana Gabriela Rubio Zea (19) Count 2. (jbo) (Entered: 06/18/2025) |
| 06/10/2025 | | Order of Referral to Probation for Presentence Investigation and Report as to Ana Gabriela Rubio Zea. (Signed by Judge Katherine Polk Failla on 6/10/25)(jbo) (Entered: 06/18/2025) |
| 06/25/2025 | 212 | SEALED DOCUMENT placed in vault. (sov) (Entered: 06/25/2025) |
| 06/25/2025 | 213 | SEALED DOCUMENT placed in vault. (sov) (Entered: 06/25/2025) |
| 07/01/2025 | | Minute Entry for proceedings held before Judge Katherine Polk Failla: Status Conference as to Carlos Omar Felix Gutierrez held on 7/1/2025. Defendant Carlos Omar Felix Gutierrez present with attorney David K. Bertan. Spanish interpreter Francisco Olivero present. AUSA Jane Chong present. Court reporter Dana Holland present. Defendant's motion(s) due by 10/13/2025; opposition due by 10/31/2025; and reply due by 11/7/2025. A motion hearing is scheduled for 11/21/2025 at 11:30 a.m. Trial in this matter is scheduled for 4/13/2026 at 9:00 a.m. Time is excluded in the interests of justice from 7/1/2025 through 11/21/2025. Defendant continued remanded. (See transcript). (Motions due by 10/13/2025. Responses due by 10/31/2025. Replies due by 11/7/2025. Motion Hearing set for 11/21/2025 at 11:30 AM before Judge Katherine Polk Failla. Jury Trial set for 4/13/2026 at 09:00 AM before Judge Katherine Polk Failla.) (lnl) (Entered: 07/01/2025) |
| 07/02/2025 | 214 | LETTER MOTION addressed to Judge Katherine Polk Failla from USA dated July 2, 2025 re: Adjournment Request . Document filed by USA as to Sergio Duarte Frias. (Kushner, Sarah) (Entered: 07/02/2025) |
| 07/02/2025 | 215 | ENDORSED LETTER as to (23–Cr–180–18) Sergio Duarte Frias addressed to Judge Katherine Polk Failla from AUSAs Nicholas S. Bradley / Sarah L. Kushner / Jane Chong / David J. Robles, dated July 2, 2025 re: The Government writes, with the consent of defendant Sergio Duarte Frias, to respectfully request that the status conference currently scheduled for Tuesday, July 8, 2025, at 10:00 a.m. be adjourned for approximately 30 days.... ENDORSEMENT: Application GRANTED. The status conference scheduled for July 8, 2025, is hereby ADJOURNED to August 6, 2025, at 4:00 p.m. The conference will take place in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. It is further ORDERED that time is excluded under the Speedy Trial Act between July 8, 2025, and August 6, 2025. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial because it will permit the parties to consider a pre–trial disposition. The Clerk of Court is directed to terminate the pending motion at docket entry 214. SO ORDERED. ( Status Conference set for 8/6/2025 at 04:00 PM in Courtroom 618, 40 Centre Street, New York, NY 10007 before Judge Katherine Polk Failla. )(Signed by Judge Katherine Polk Failla on 7/2/2025) (bw) (Entered: 07/02/2025) |
| 07/10/2025 | 216 | LETTER by USA as to Ana Gabriela Rubio Zea addressed to Judge Katherine Polk Failla from United States of America dated July 10, 2025 re: Dismissal of Indictment S1 23 Cr. 42 (KPF) Document filed by USA. (Bradley, Nicholas) (Entered: |

| | | 07/10/2025) |
|---|---|---|
| 07/18/2025 | 217 | LETTER MOTION addressed to Judge Katherine Polk Failla from USA dated July 18, 2025 re: Adjournment Request . Document filed by USA as to Julio Marin Gonzalez. (Kushner, Sarah) (Entered: 07/18/2025) |
| 07/18/2025 | 218 | MEMO ENDORSEMENT as to Julio Marin Gonzalez (16) granting 217 LETTER MOTION addressed to Judge Katherine Polk Failla from USA dated July 18, 2025 re: Adjournment Request. ENDORSEMENT: Application GRANTED. The status conference scheduled for July 22, 2025, is hereby ADJOURNED to September 10, 2025, at 3:00 p.m. The conference will take place in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. It is further ORDERED that time is excluded under the Speedy Trial Act between July 22, 2025, and September 10, 2025. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial because it will permit the parties to consider a pre−trial disposition. The Clerk of Court is directed to terminate the pending motion at docket entry 217. (Signed by Judge Katherine Polk Failla on 7/18/2025) (ap) (Entered: 07/18/2025) |
| 07/21/2025 | | Terminate Deadlines and Hearings as to Ivan Archivaldo Guzman Salazar, Jesus Alfredo Guzman Salazar, Oscar Noe Medina Gonzalez, Nestor Isidro Perez Salas, Jorge Humberto Figueroz Benitez, Liborio Nunez Aguirre, Noel Perez Lopez, Samuel Leon Alavarado, Luis Javier Benitez Espinoza, Alan Gabriel Nunez Herrera, Juan Pablo Lozano, Carlos Limon, Jesus Tirado Andrade, Carlos Omar Felix Gutierrez, Silvano Francisco Mariano, Julio Marin Gonzalez, Mario Alberto Jimenez Castro, Sergio Duarte Frias, Ana Gabriela Rubio Zea, Kun Jiang, Yonghao Wu, Yaqin Wu, Huatao Yao. (ap) (Entered: 07/21/2025) |
| 07/23/2025 | 219 | LETTER MOTION addressed to Judge Katherine Polk Failla from Christine Delince dated July 23, 2025 re: Adjournment of Status Conference . Document filed by Silvano Francisco Mariano. (Delince, Christine) (Entered: 07/23/2025) |
| 07/24/2025 | 220 | MEMO ENDORSEMENT as to Silvano Francisco Mariano (15) granting 219 LETTER MOTION addressed to Judge Katherine Polk Failla from Christine Delince dated July 23, 2025 re: Adjournment of Status Conference. ENDORSEMENT: Application GRANTED. The conference scheduled for August 5, 2025, is hereby ADJOURNED to September 2, 2025, at 3:00 p.m. The conference will take place in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. It is further ORDERED that time is excluded under the Speedy Trial Act between August 5, 2025, and September 2, 2025. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial because it will allow defense counsel to continue to review discovery and permit the parties to consider a pre−trial disposition. The Clerk of Court is directed to terminate the pending motion at docket entry 219. (Signed by Judge Katherine Polk Failla on 7/24/2025) (ap) (Entered: 07/24/2025) |
| 08/04/2025 | 221 | SEALED DOCUMENT placed in vault. (jus) (Entered: 08/04/2025) |
| 08/04/2025 | 222 | LETTER MOTION addressed to Judge Katherine Polk Failla from USA dated August 4, 2025 re: Adjournment of Status Conference and Exclusion of Time . Document filed by USA as to Sergio Duarte Frias. (Chong, Jane) (Entered: 08/04/2025) |
| 08/05/2025 | 224 | MEMO ENDORSEMENT as to Sergio Duarte Frias (18) granting 222 LETTER MOTION addressed to Judge Katherine Polk Failla from USA dated August 4, 2025 re: Adjournment of Status Conference and Exclusion of Time. ENDORSEMENT: Application GRANTED. The status conference previously scheduled for August 6, 2025, is hereby ADJOURNED to September 16, 2025, at 10:00 a.m. The conference will take place in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. It is further ORDERED that time is excluded under the Speedy Trial Act between August 6, 2025, and September 16, 2025. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial because it will permit the parties to continue working toward a pretrial disposition. The Clerk of Court is directed to terminate the pending motion at docket entry 222. (Signed by Judge Katherine Polk Failla on 8/5/2025) (ap) (Entered: 08/05/2025) |

| | | |
|---|---|---|
| 08/13/2025 | 225 | ORDER as to Martin Zazueta Perez, Kevin Gil Acosta unsealing superseding indictment S(5) and S(6). (Signed by Magistrate Judge Henry J Ricardo on 8/12/25)(jm) (Entered: 08/13/2025) |
| 08/13/2025 | 226 | UNREDACTED INDICTMENT FILED as to Martin Zazueta Perez. (jm) **(Not for Public view pursuant to Standing Order of the court, 24–mc–184.)** (Entered: 08/13/2025) |
| 08/13/2025 | 227 | REDACTED S(5) INDICTMENT FILED as to Martin Zazueta Perez (24) count(s) 1, 2, 3, 4. (jm) (Filed under seal on 3/8/15) (Entered: 08/13/2025) |
| 08/13/2025 | 229 | NOTICE OF ATTORNEY APPEARANCE: Marc Allan Fernich appearing for Martin Zazueta Perez. (jm) (Entered: 08/14/2025) |
| 08/13/2025 | 230 | UNREDACTED S(6) INDICTMENT FILED as to Kevin Gil Acosta. (jm) **(Not for Public view pursuant to Standing Order of the court, 24–mc–184.)** (Entered: 08/14/2025) |
| 08/13/2025 | 231 | REDACTED S(6) INDICTMENT FILED as to Kevin Gil Acosta (25) count(s) 1, 2, 3, 4. (jm)(Filed under seal on 3/18/25) (Entered: 08/14/2025) |
| 08/13/2025 | 233 | NOTICE OF ATTORNEY APPEARANCE: Marc Allan Fernich appearing for Kevin Gil Acosta. (jm) (Entered: 08/14/2025) |
| 08/13/2025 | | Arrest of Martin Zazueta Perez. (jbo) (Entered: 08/14/2025) |
| 08/13/2025 | 234 | Minute Entry for proceedings held before Magistrate Judge Henry J Ricardo: Initial Appearance as to Martin Zazueta Perez held on 8/13/2025. Detention Hearing as to Martin Zazueta Perez held on 8/13/2025. Defendant present with CJA Richard Rosenberg/David Touger. AUSA Jane Chong present. Spanish interpreter present. Rule 9. Date of Arrest: 8/13/25. Time of Arrest: 9:15pm. Time of Presentment: 3:00pm. BAIL DISPOSITION: Detention on consent without prejudice. See transcript. Control Date: August 27, 2025. (jbo) (Entered: 08/14/2025) |
| 08/13/2025 | 235 | RULE 5(f) ORDER as to Martin Zazueta Perez. (Signed by Magistrate Judge Henry J Ricardo on 8/13/25)(jbo) (Entered: 08/14/2025) |
| 08/13/2025 | 236 | Medical Order as to Martin Zazueta Perez. (jbo) (Entered: 08/14/2025) |
| 08/13/2025 | | Arrest of Kevin Gil Acosta. (jbo) (Entered: 08/14/2025) |
| 08/13/2025 | 237 | CJA 23 Financial Affidavit by Kevin Gil Acosta. Richard H. Rosenberg appointed counsel. Approved. (Signed by Magistrate Judge Henry J Ricardo) (jbo) (Entered: 08/14/2025) |
| 08/13/2025 | 238 | Minute Entry for proceedings held before Magistrate Judge Henry J Ricardo: Initial Appearance as to Kevin Gil Acosta held on 8/13/2025. Detention Hearing as to Kevin Gil Acosta held on 8/13/2025. Defendant present with Richard Rosenberg. AUSA Jane Chong present. Spanish interpreter present. Rule 9. Date of Arrest: 8/13/25. Time of Arrest: 9:13am. Time of Presentment: 3:00pm. BAIL DISPOSITION: Detention on consent without prejudice. See transcript. Control Date: August 27, 2025. (jbo) (Entered: 08/14/2025) |
| 08/13/2025 | 239 | RULE 5(f) ORDER as to Kevin Gil Acosta. (Signed by Magistrate Judge Henry J Ricardo on 8/13/25)(jbo) (Entered: 08/14/2025) |
| 08/13/2025 | 240 | Medical Order as to Kevin Gil Acosta. (jbo) (Entered: 08/14/2025) |
| 08/14/2025 | 241 | LETTER MOTION addressed to Judge Katherine Polk Failla from Anthony Cecutti dated August 14, 2025 re: Request for Substitution of Counsel Proceeding . Document filed by Juan Pablo Lozano. (Cecutti, Anthony) (Entered: 08/14/2025) |
| 08/15/2025 | 242 | MEMO ENDORSEMENT as to Juan Pablo Lozano (11) on 241 LETTER MOTION addressed to Judge Katherine Polk Failla from Anthony Cecutti dated August 14, 2025 re: Request for Substitution of Counsel Proceeding. ENDORSEMENT: The Court is in receipt of the above request to substitute counsel. Accordingly, the parties are hereby ORDERED to appear for a conference on August 21, 2025, at 12:00 p.m., in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. The Clerk of Court is directed to terminate the pending motion at docket entry 241. (Signed by Judge Katherine Polk Failla on 8/15/2025) (ap) |

| | | |
|---|---|---|
| | | (Entered: 08/15/2025) |
| 08/15/2025 | | Set/Reset Hearings as to Juan Pablo Lozano: Status Conference set for 8/21/2025 at 12:00 PM before Judge Katherine Polk Failla. (ap) (Entered: 08/15/2025) |
| 08/18/2025 | 243 | ORDER as to Martin Zazueta Perez. The parties are hereby ORDERED to appear for Defendants arraignment and a Curcio hearing on August 21, 2025 at 10:00 a.m. The hearing will take place in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York (Arraignment set for 8/21/2025 at 10:00 AM before Judge Katherine Polk Failla., Curcio Hearing set for 8/21/2025 at 10:00 AM in Courtroom 618, 40 Centre Street, New York, NY 10007 before Judge Katherine Polk Failla.) (Signed by Judge Katherine Polk Failla on 8/18/2025)(jw) (Entered: 08/19/2025) |
| 08/19/2025 | 244 | ORDER as to (23–Cr–180–25) Kevin Gil Acosta. The parties are hereby ORDERED to appear for Defendant's arraignment and a Curcio hearing on August 21, 2025 at 10:00 a.m. The hearing will take place in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. SO ORDERED. ( Arraignment and Curcio Hearing set for 8/21/2025 at 10:00 AM in Courtroom 618, 40 Centre Street, New York, NY 10007 before Judge Katherine Polk Failla. )(Signed by Judge Katherine Polk Failla on 8/18/2025) (bw) (Entered: 08/19/2025) |
| 08/20/2025 | 245 | LETTER by USA as to Martin Zazueta Perez, Kevin Gil Acosta addressed to Judge Katherine Polk Failla from USA dated August 20, 2025 re: Curcio Hearing Document filed by USA. (Attachments: # 1 Exhibit – Curcio Questions)(Chong, Jane) (Entered: 08/20/2025) |
| 08/21/2025 | | Minute Entry for proceedings held before Judge Katherine Polk Failla: Arraignment as to Martin Zazueta Perez (24) Count 1,2,3,4 and Kevin Gil Acosta (25) Count 1,2,3,4 held on 8/21/2025. Curcio Hearing as to Martin Zazueta Perez, Kevin Gil Acosta held on 8/21/2025. Defendant Martin Zazueta Perez (24) present with attorney Marc Allan Fernich; and Defendant Kevin Gil Acosta present with attorney Marc Allan Fernich. CJA attorney Richard Rosenberg present as Curcio counsel. AUSA Jane Chong present. Court reporter Tracy Groth present. The Court finds that Defendants have knowingly and voluntarily waived their conflicts of interest in Mr. Fernich's concurrent representation. Rule 5(f) colloquy. Defendant Zazueta Perez enters a plea of NOT GUILTY to Counts One–Four of Indictment S5 23cr180 (KPF); Defendant Gil Acosta enters a plea of NOT GUILTY to Counts One–Four of Indictment S6 23cr180 (KPF). The next conference is scheduled for 10/21/2025 at 10:00 a.m. Time is excluded in the interests of justice from 8/21/2025 through 10/21/2025. Defendants are continued remanded. (bw) (Entered: 08/21/2025) |
| 08/21/2025 | | Minute Entry for proceedings held before Judge Katherine Polk Failla: Plea entered by (S5 23–Cr–180–) Martin Zazueta Perez (24) Count 1,2,3,4 and (S6 23–Cr–180–) Kevin Gil Acosta (25) Count 1,2,3,4 ––– Not Guilty. (bw) (Entered: 08/21/2025) |
| 08/21/2025 | | ORAL ORDER as to Martin Zazueta Perez (24), Kevin Gil Acosta (25). Time excluded from 8/21/2025 until 10/21/2025. Status Conference set for 10/21/2025 at 10:00 AM before Judge Katherine Polk Failla. (bw) (Entered: 08/21/2025) |
| 08/21/2025 | | Minute Entry for proceedings held before Judge Katherine Polk Failla: Status Conference as to Juan Pablo Lozano held on 8/21/2025. Defendant Juan Pablo Lozano present with outgoing counsel Anthony Cecutti and incoming CJA counsel Leonardo M. Aldridge. Spanish interpreter Nancy Adler present. AUSA Jane Chong present. Mr. Aldridge is appointed and substituted as counsel for Defendant. Defendant continued remanded. (See transcript). Added attorney Leonardo M Aldridge for Juan Pablo Lozano. Attorney Anthony Cecutti terminated in case as to Juan Pablo Lozano. (Court Reporter Tracy Groth) (ap) (Entered: 08/21/2025) |
| 08/22/2025 | 246 | ORDER as to Juan Pablo Lozano, Carlos Omar Felix Gutierrez, Silvano Francisco Mariano, Julio Marin Gonzalez: The parties are directed to appear for a scheduling conference on September 2, 2025, at 10:00 a.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. (Scheduling Conference set for 9/2/2025 at 10:00 AM in Courtroom 618, 40 Centre Street, New York, NY 10007 before Judge Katherine Polk Failla) (Signed by Judge Katherine Polk Failla on 8/22/2025) (ap) (Entered: 08/22/2025) |

| | | |
|---|---|---|
| 08/25/2025 | 247 | ORDER as to Sergio Duarte Frias: The parties are hereby ORDERED to appear for a change−of−plea hearing on September 3, 2025, at 11:00 a.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. (Change of Plea Hearing set for 9/3/2025 at 11:00 AM in Courtroom 618, 40 Centre Street, New York, NY 10007 before Judge Katherine Polk Failla) (Signed by Judge Katherine Polk Failla on 8/25/2025) (ap) (Entered: 08/25/2025) |
| 09/02/2025 | | Minute Entry for proceedings held before Judge Katherine Polk Failla: Scheduling Conference as to Juan Pablo Lozano (11), Carlos Omar Felix Gutierrez (14), Silvano Francisco Mariano (15), Julio Marin Gonzalez (16), held on 9/2/2025. Defendant Juan Pablo Lozano present with attorney Leonardo M. Aldridge; Defendant Carlos Omar Felix Gutierrez present with attorneys Jacqueline Elaine Cistaro and David Keith Bertan; Defendant Silvano Francisco Mariano present with attorney Christine Delince; and Defendant Julio Marin Gonzalez present with attorney Lawrence Gerschwer. Spanish interpreter Erika de los Rios present. AUSA David Robles present. Court reporter Tracy Groth present. The conferences scheduled for 9/2/2025 at 3:00 p.m. and 9/10/2025 at 3:00 p.m. are ADJOURNED SINE DIE. The motion schedule is modified as follows: Defendants' motion(s) due by 12/1/2025; opposition due by 12/22/2025; and reply due by 1/12/2026. A motion hearing is scheduled for 1/20/2026 at 2:30 p.m. Trial in this matter is rescheduled to begin on 4/20/2026 at 9:00 a.m. Time is excluded in the interests of justice from 9/2/2025 through 1/20/2026. All Defendants continued remanded. (bw) (Entered: 09/02/2025) |
| 09/02/2025 | | ORAL ORDER as to Juan Pablo Lozano (11), Carlos Omar Felix Gutierrez (14), Silvano Francisco Mariano (15), Julio Marin Gonzalez (16). Time excluded from 9/2/2025 until 1/20/2026. ( Motions due by 12/1/2025. Responses due by 12/22/2025. Replies due by 1/12/2026. Motion Hearing set for 1/20/2026 at 02:30 PM before Judge Katherine Polk Failla. Jury Trial set for 4/20/2026 at 09:00 AM before Judge Katherine Polk Failla. ) (bw) (Entered: 09/02/2025) |
| 09/02/2025 | | Terminate Deadlines and Hearings as to Julio Marin Gonzalez (16): Terminated Status Conference set for 9/10/2025 at 03:00 PM before Judge Katherine Polk Failla. (bw) (Entered: 09/02/2025) |
| 09/02/2025 | | Set/Reset Hearings as to Juan Pablo Lozano, Carlos Omar Felix Gutierrez, Silvano Francisco Mariano, Julio Marin Gonzalez: Terminate Deadlines and Hearings as to Juan Pablo Lozano, Carlos Omar Felix Gutierrez, Silvano Francisco Mariano, Julio Marin Gonzalez, Scheduling Conference, Status Conference. (tn) (Entered: 09/02/2025) |
| 09/03/2025 | | Minute Entry for proceedings held before Judge Katherine Polk Failla: Change of Plea Hearing as to Sergio Duarte Frias held on 9/3/2025. Defendant Sergio Duarte Frias present with attorney Susan J. Walsh. AUSA Jane Chong present. Court reporter Dana Holland present. Defendant withdraws previously entered plea of not guilty, and enters a plea of GUILTY to Counts Two and Six of Indictment 23cr180 (KPF). Plea accepted. PSR ordered. Sentencing set on December 16, 2025 at 3:00 p.m. Defendant's sentencing submission due two weeks prior to sentencing. Government's sentencing submission due one week prior to sentencing. Defendant continued remanded. (Sentencing set for 12/16/2025 at 03:00 PM before Judge Katherine Polk Failla) (Court Reporter Dana Holland) (ap) (Entered: 09/03/2025) |
| 09/03/2025 | | Minute Entry for proceedings held before Judge Katherine Polk Failla: Plea entered by Sergio Duarte Frias (18) Guilty as to Count 2,6. (ap) (Entered: 09/03/2025) |
| 09/03/2025 | | Oral Order of Referral to Probation for Presentence Investigation and Report as to Sergio Duarte Frias. (Signed by Judge Katherine Polk Failla on 9/3/2025) (ap) (Entered: 09/03/2025) |
| 09/03/2025 | | Terminate Deadlines and Hearings as to Sergio Duarte Frias: Status Conference set for 9/16/2025. (tn) (Entered: 09/03/2025) |
| 10/16/2025 | 248 | SEALED DOCUMENT placed in vault. (dn) (Entered: 10/16/2025) |
| 10/16/2025 | 249 | SEALED DOCUMENT placed in vault. (dn) (Entered: 10/16/2025) |
| 10/16/2025 | 250 | SEALED DOCUMENT placed in vault. (dn) (Entered: 10/16/2025) |

| 10/16/2025 | 251 | SEALED DOCUMENT placed in vault. (dn) (Entered: 10/16/2025) |
|---|---|---|
| 10/16/2025 | 252 | SEALED DOCUMENT placed in vault. (dn) (Entered: 10/16/2025) |
| 10/23/2025 | 253 | TRANSCRIPT of Proceedings as to Kevin Gil Acosta re: Arraignment held on 8/21/2025 before Judge Katherine Polk Failla. Court Reporter/Transcriber: Tracy Groth, (212) 805–0320, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/13/2025. Redacted Transcript Deadline set for 11/24/2025. Release of Transcript Restriction set for 1/21/2026. (Moya, Goretti) (Entered: 10/23/2025) |
| 10/23/2025 | 254 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Kevin Gil Acosta. Notice is hereby given that an official transcript of a Arraignment proceeding held on 8/21/2025 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (Moya, Goretti) (Entered: 10/23/2025) |
| 10/23/2025 | 255 | TRANSCRIPT of Proceedings as to Juan Pablo Lozano re: Conference held on 8/21/2025 before Judge Katherine Polk Failla. Court Reporter/Transcriber: Tracy Groth, (212) 805–0320, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/13/2025. Redacted Transcript Deadline set for 11/24/2025. Release of Transcript Restriction set for 1/21/2026. (Moya, Goretti) (Entered: 10/23/2025) |
| 10/23/2025 | 256 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Juan Pablo Lozano. Notice is hereby given that an official transcript of a Conference proceeding held on 8/21/2025 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (Moya, Goretti) (Entered: 10/23/2025) |
| 10/28/2025 | 257 | TRANSCRIPT of Proceedings as to Ana Gabriela Rubio Zea re: Plea held on 6/10/25 before Judge Katherine Polk Failla. Court Reporter/Transcriber: Rebecca Forman, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/18/2025. Redacted Transcript Deadline set for 11/28/2025. Release of Transcript Restriction set for 1/26/2026. (McGuirk, Kelly) (Entered: 10/28/2025) |
| 10/28/2025 | 258 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Ana Gabriela Rubio Zea. Notice is hereby given that an official transcript of a Plea proceeding held on 6/10/25 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 10/28/2025) |
| 10/30/2025 | 259 | LETTER MOTION addressed to Judge Katherine Polk Failla from Christine Delince dated October 30, 2025 re: Appoint Additional Counsels . Document filed by Silvano Francisco Mariano. (Delince, Christine) (Entered: 10/30/2025) |
| 10/31/2025 | 260 | TRANSCRIPT of Proceedings as to Sergio Duarte Frias re: Plea held on 9/3/2025 before Judge Katherine Polk Failla. Court Reporter/Transcriber: Dana Holland, (212) 805–0320, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/21/2025. Redacted Transcript Deadline set for 12/1/2025. Release of Transcript Restriction set for 1/29/2026. (Moya, Goretti) (Entered: 10/31/2025) |
| 10/31/2025 | 261 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Sergio Duarte Frias. Notice is hereby given that an official transcript of a Plea proceeding held on 9/3/2025 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request |

| | | Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (Moya, Goretti) (Entered: 10/31/2025) |
|---|---|---|
| 11/03/2025 | 262 | ENDORSED LETTER as to (23–Cr–180–15) Silvano Francisco Mariano addressed to Judge Katherine Polk Failla from Christine Delince, Esq. dated October 30, 2025 re: I represent the above captioned defendant. This letter/motion is an application for the authorization and appointment of Esere Onaodowan and Karloff Commissiong as additional counsel, as a necessary service pursuant to 18 U.S.C. §3006A(e).... ENDORSEMENT: So Ordered: (Signed by Judge Katherine Polk Failla on 11/3/2025) (bw) (Entered: 11/03/2025) |
| 11/03/2025 | | Attorney update in case as to Silvano Francisco Mariano (15). Attorney Esereosonobrughue Joy Onaodowan for Silvano Francisco Mariano added. [*** Note: Refer to Endorsed Letter, Doc.# 262 . ***] (bw) (Entered: 11/03/2025) |
| 11/03/2025 | | Attorney update in case as to Silvano Francisco Mariano (15). Attorney Karloff Cylton Commissiong for Silvano Francisco Mariano added. [*** Note: Refer to Endorsed Letter, Doc.# 262 . ***] (bw) (Entered: 11/03/2025) |
| 11/04/2025 | 263 | LETTER MOTION addressed to Judge Katherine Polk Failla from Leonardo M. Aldridge, Esq. dated November 4, 2025 re: Request for Appointment of Additional Attorneys under the CJA . Document filed by Juan Pablo Lozano. (Aldridge, Leonardo) (Entered: 11/04/2025) |
| 11/05/2025 | 264 | ENDORSED LETTER as to (23–Cr–180–11) Juan Pablo Lozano addressed to Judge Katherine Polk Failla from Leonardo M. Aldridge, Esq. dated November 4, 2025 re: Letter Motion Requesting Additional CJA Attorneys in United States v. Juan Pablo Lozano, 23–cr–180 (KPF). I represent Mr. Juan Pablo Lozano, who is scheduled to begin trial in April of 2026. If convicted, Mr. Lozano faces a mandatory minimum term of imprisonment of 40 years. I am writing to respectfully request that this Honorable Court authorize, under 18 U.S.C §3006A(e), the appointment of two additional attorneys –– Mark DeMarco and Ezra Spilke –– as part of Mr. Lozano's defense team.... If appointed, I respectfully request that Mr. DeMarco and Mr. Spilke receive the standard CJA hourly rate for appointed counsel, currently at $175. For the Court's convenience, I have included a "So Ordered" line if the Court indeed grants this request. Thank you for your time and consideration in this matter. ENDORSEMENT: So Ordered: (Signed by Judge Katherine Polk Failla on 11/5/2025) (bw) (Entered: 11/05/2025) |
| 11/05/2025 | | Attorney update in case as to Juan Pablo Lozano (11). Attorneys: Mark Steven DeMarco, Ezra Spilke for Juan Pablo Lozano added. [*** Note: Refer to Endorsed Letter, Doc.# 264 . ***] (bw) (Entered: 11/05/2025) |
| 11/13/2025 | | NOTICE ADJOURNING SENTENCING as to Ana Gabriela Rubio Zea: The sentencing currently scheduled for December 2, 2025, is **ADJOURNED to January 27, 2026 at 3:30 p.m.** (Sentencing set for 1/27/2026 at 03:30 PM in Courtroom 618, 40 Centre Street, New York, NY 10007 before Judge Katherine Polk Failla.) ***No PDF is attached to this entry. (tn) (Entered: 11/13/2025) |
| 11/25/2025 | 267 | LETTER MOTION addressed to Judge Katherine Polk Failla from Lawrence Gerschwer dated November 25, 2025 re: Motion Schedule Extension . Document filed by Julio Marin Gonzalez. (Gerschwer, Lawrence) (Entered: 11/25/2025) |
| 11/25/2025 | 268 | MEMO ENDORSEMENT as to Julio Marin Gonzalez (16) granting 267 LETTER MOTION addressed to Judge Katherine Polk Failla from Lawrence Gerschwer dated November 25, 2025 re: Motion Schedule Extension. ENDORSEMENT: Application GRANTED. The above briefing schedule is hereby adopted. The motion hearing currently scheduled for January 20, 2026, is hereby ADJOURNED to February 23, 2026, at 2:30 p.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The Court is disinclined to grant any further extensions. The Court notes that it is adopting the proposed hearing date as a courtesy to the parties, as there is a chance that the date will coincide with the Court's Part I duty. The Clerk of Court is directed to file this endorsement on the dockets for Mr. Marin Gonzalez, Mr. Pablo Lozano, Mr. Felix Gutierrez, and Mr. Francisco Mariano. The Clerk of Court is further directed to terminate the pending motions at docket entries 259 (which was addressed at docket entry 262) and 267 (which is addressed |

| | | |
|---|---|---|
| | | here). (Signed by Judge Katherine Polk Failla on 11/25/2025) (ap) (Entered: 11/26/2025) |
| 12/02/2025 | 269 | SENTENCING SUBMISSION by Sergio Duarte Frias. (Attachments: # 1 Exhibit Defense Submission in Support)(Walsh, Susan) (Entered: 12/02/2025) |
| 12/09/2025 | 270 | SENTENCING SUBMISSION by USA as to Sergio Duarte Frias. (Chong, Jane) (Entered: 12/09/2025) |
| 12/15/2025 | 271 | FIRST LETTER MOTION addressed to Judge Katherine Polk Failla from Jacqueline E. Cistaro dated December 15, 2025 re: Letter Motion Requesting Appointment of Additional CJA Counsel . Document filed by Carlos Omar Felix Gutierrez. (Cistaro, Jacqueline) (Entered: 12/15/2025) |
| 12/15/2025 | 272 | MEMO ENDORSEMENT as to Carlos Omar Felix Gutierrez (14) granting 271 FIRST LETTER MOTION addressed to Judge Katherine Polk Failla from Jacqueline E. Cistaro dated December 15, 2025 re: Letter Motion Requesting Appointment of Additional CJA Counsel. ENDORSEMENT: Application GRANTED. The Clerk of Court is directed to terminate the pending motion at docket entry 271. (Signed by Judge Katherine Polk Failla on 12/15/2025) (ap) (Entered: 12/15/2025) |
| 12/16/2025 | | Minute Entry for proceedings held before Judge Katherine Polk Failla: Sentencing held on 12/16/2025 for Sergio Duarte Frias (18) Count 2,6. Defendant Sergio Duarte Frias present with attorney Susan Walsh. Standby Spanish Interpreter Humberto Garcia present. AUSA Jane Chong present. (See Judgment.) (Court Reporter Tracy Groth) (ap) (Entered: 12/19/2025) |
| 12/17/2025 | 273 | CONSENT PRELIMINARY ORDER OF FORFEITURE/MONEY JUDGMENT as to Sergio Duarte Frias. (Signed by Judge Katherine Polk Failla on 12/16/2025) (See ORDER as set forth) (lnl) (Entered: 12/17/2025) |
| 12/22/2025 | | DISMISSAL OF COUNTS on Government Motion as to Sergio Duarte Frias (18) Count 3,4,5. (jw) (Entered: 12/22/2025) |
| 12/22/2025 | 274 | FILED JUDGMENT IN A CRIMINAL CASE as to Sergio Duarte Frias (18), Count(s) 3, 4, 5, Dismissed; Pleaded guilty to Count(s) 2 and Count(s) 6, Imprisonment for a total term of Concurrent terms of eighty (80) months on Counts Two and Six. Supervised release for a term of Aggregate concurrent terms of four (4) years on Count Two, and three (3) years on Count Six. The court makes the following recommendations to the Bureau of Prisons: The Court recommends that Defendant be designated to a facility of the appropriate security level in the Southern California area. The Court also recommends that Defendant be placed into the RDAP program, and that he be permitted to participate in programming in line with the First Step Act. Special Assessment of $200 which is due immediately. (Signed by Judge Katherine Polk Failla on 12/19/25)(jw) (Entered: 12/22/2025) |
| 01/09/2026 | 275 | ORDER as to Carlos Omar Felix Gutierrez. The parties are hereby ORDERED to appear for a change−of−plea hearing for Mr. Felix Gutierrez on January 21, 2026, at 3:00 p.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York ( Change of Plea Hearing set for 1/21/2026 at 03:00 PM in Courtroom 618, 40 Centre Street, New York, NY 10007 before Judge Katherine Polk Failla.) (Signed by Judge Katherine Polk Failla on 1/9/26)(jw) (Entered: 01/09/2026) |
| 01/12/2026 | 276 | MOTION to Suppress . Document filed by Juan Pablo Lozano. (Spilke, Ezra) (Entered: 01/12/2026) |
| 01/12/2026 | 277 | MEMORANDUM in Support by Juan Pablo Lozano re 276 MOTION to Suppress .. (Spilke, Ezra) (Entered: 01/12/2026) |
| 01/12/2026 | 278 | DECLARATION of Ezra Spilke in Support as to Juan Pablo Lozano re: 276 MOTION to Suppress .. (Spilke, Ezra) (Entered: 01/12/2026) |
| 01/21/2026 | 279 | SENTENCING SUBMISSION by USA as to Ana Gabriela Rubio Zea. (Chong, Jane) (Entered: 01/21/2026) |
| 01/21/2026 | 280 | NOTICE OF ATTORNEY APPEARANCE: Charlotte Hull Underwood appearing for Julio Marin Gonzalez. Appearance Type: CJA Appointment. (Underwood, Charlotte) (Entered: 01/21/2026) |

| 01/21/2026 | | Minute Entry for proceedings held before Judge Katherine Polk Failla: Change of Plea Hearing as to Carlos Omar Felix Gutierrez held on 1/21/2026. Defendant Carlos Omar Felix Gutierrez present with attorneys Jacqueline Elaine Cistaro and David Keith Bertan Pitaro. AUSA Jane Chong present. Defendant withdraws previously entered plea, and enters a plea of GUILTY to Count Two of Indictment 23cr180 (KPF). Plea accepted. PSR ordered. Sentencing set for June 2, 2026 at 3:00 p.m. Defendant's sentencing submission due two weeks prior to sentencing. Government's sentencing submission due one week prior to sentencing. Defendant continued remanded. (Sentencing set for 6/2/2026 at 03:00 PM before Judge Katherine Polk Failla) (Court Reporter Martha Martin) (ap) (Entered: 01/22/2026) |
| 01/21/2026 | | Minute Entry for proceedings held before Judge Katherine Polk Failla: Plea entered by Carlos Omar Felix Gutierrez (14) Guilty as to Count 2. (ap) (Entered: 01/22/2026) |
| 01/21/2026 | | Oral Order of Referral to Probation for Presentence Investigation and Report as to Carlos Omar Felix Gutierrez. (Signed by Judge Katherine Polk Failla on 1/21/2026) (ap) (Entered: 01/22/2026) |
| 01/22/2026 | 281 | LETTER by USA as to Juan Pablo Lozano addressed to Judge Katherine Polk Failla from USA dated January 22, 2026 re: Request for Extension of Remaining Motions Schedule Document filed by USA. (Robles, David) (Entered: 01/22/2026) |
| 01/22/2026 | 282 | MEMO ENDORSEMENT as to Juan Pablo Lozano on re: 281 Letter filed by USA.....ENDORSEMENT...Application GRANTED. The Court recognizes that good cause for the extension exists but warns the parties that it will not grant further extensions absent compelling circumstances. The Government's opposition to Mr. Lozano's motions (Dkt. #276) shall be filed on or before February 9, 2026. Mr. Lozano's reply shall be filed on or before February 23, 2026. In addition, the hearing on the motions currently scheduled for February 23, 2026, is hereby ADJOURNED to March 9, 2026, at 3:00 p.m. Replies due by 2/23/2026., Responses due by 2/9/2026, Motion Hearing set for 3/9/2026 at 03:00 PM before Judge Katherine Polk Failla.) (Signed by Judge Katherine Polk Failla on 1/22/26)(jw) (Entered: 01/22/2026) |
| 01/27/2026 | | NOTICE ADJOURNING SENTENCING as to Ana Gabriela Rubio Zea: The sentencing currently scheduled for January 27, 2026 is **ADJOURNED to January 28, 2026 at 3:30 p.m.** (Sentencing set for 1/28/2026 at 03:30 PM in Courtroom 618, 40 Centre Street, New York, NY 10007 before Judge Katherine Polk Failla.) ***No PDF is attached to this entry. (tn) (Entered: 01/27/2026) |
| 01/27/2026 | 283 | ENDORSED LETTER as to Silvano Francisco Mariano addressed to Judge Katherine Polk Failla from Silvano Francisco Mariano re: The defendant writes to request a change of counsel. ENDORSEMENT: The parties shall appear for a conference regarding Mr. Francisco Mariano's above letter on January 29, 2026, at 11:00 a.m., in Courtroom 618 of the Thurgood Marshall U.S. Courthouse, 40 Centre Street, New York, New York. SO ORDERED. (Status Conference set for 1/29/2026 at 11:00 AM in Courtroom 618, 40 Centre Street, New York, NY 10007 before Judge Katherine Polk Failla) (Signed by Judge Katherine Polk Failla on 1/27/2026) (lnl) (Entered: 01/28/2026) |
| 01/28/2026 | | Minute Entry for proceedings held before Judge Katherine Polk Failla: Sentencing held on 1/28/2026 for Ana Gabriela Rubio Zea (19) Count 2. Defendant Ana Gabriela Rubio Zea present with attorney Judith Vargas. Standby Spanish Interpreter Humberto Garcia present. AUSA David Robles present. Court reporter Doug Colavito present. (See Judgment.) (lnl) (Entered: 01/30/2026) |
| 01/29/2026 | | NOTICE OF HEARING as to Julio Marin Gonzalez: A Change of Plea Hearing is set for 2/12/2026 at 03:30 PM in Courtroom 618, 40 Centre Street, New York, NY 10007 before Judge Katherine Polk Failla. ***No PDF is attached to this entry. (tn) (Entered: 01/29/2026) |
| 01/29/2026 | | Minute Entry for proceedings held before Judge Katherine Polk Failla: Attorney Appointment Hearing as to Silvano Francisco Mariano held on 1/29/2026. Defendant Silvano Francisco Mariano present with attorneys Christine Delince and Esereosonobrughue Joy Onaodowan. CJA duty attorney Jill Shellow present. Spanish interpreter Mirta Hess present. AUSA David Robles present. Court reporter Pamela Utter present. Ms. Shellow is appointed as "second opinion" counsel for Defendant. The next conference is scheduled for 2/25/2026 at 10:00 a.m. Defendant continued |

| | | |
|---|---|---|
| | | remanded. (Status Conference set for 2/25/2026 at 10:00 AM before Judge Katherine Polk Failla) (lnl) (Entered: 01/29/2026) |
| 01/30/2026 | 284 | NOTICE OF ATTORNEY APPEARANCE: Esereosonobrughue Joy Onaodowan appearing for Silvano Francisco Mariano. Appearance Type: CJA Appointment. (Onaodowan, Esereosonobrughue) (Entered: 01/30/2026) |
| 01/30/2026 | 285 | LETTER by USA as to Juan Pablo Lozano addressed to Judge Katherine Polk Failla from USA dated January 30, 2026 re: Request to Schedule Change of Plea Conference Document filed by USA. (Robles, David) (Entered: 01/30/2026) |
| 01/30/2026 | 286 | MEMO ENDORSEMENT as to Juan Pablo Lozano on 285 LETTER by USA as to Juan Pablo Lozano addressed to Judge Katherine Polk Failla from USA dated January 30, 2026 re: Request to Schedule Change of Plea Conference. ENDORSEMENT: Application GRANTED. The change−of−plea conference will take place in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. SO ORDERED. (Change of Plea Hearing set for 2/4/2026 at 02:30 PM in Courtroom 618, 40 Centre Street, New York, NY 10007 before Judge Katherine Polk Failla) (Signed by Judge Katherine Polk Failla on 1/30/2026) (lnl) (Entered: 01/30/2026) |
| 01/30/2026 | | DISMISSAL OF COUNTS on Government Motion as to Ana Gabriela Rubio Zea (19) Count 3,6. (lnl) (Entered: 01/30/2026) |
| 01/30/2026 | 287 | JUDGMENT IN A CRIMINAL CASE as to Ana Gabriela Rubio Zea (19). The defendant pleaded guilty to count Two in 23cr00180−KPF. All open counts in both cases are dismissed on the motion of the United States. IMPRISONMENT: Time served plus six (6) months on Count Two in 23−cr−00180−KPF. The Court recommends that Defendant be designated to MDC Brooklyn, NY. The defendant is remanded to the custody of the United States Marshal. SUPERVISED RELEASE: Three (3) years on Count Two in 23−cr−00180−KPF. ASSESSMENT: $100.00 due immediately. (Signed by Judge Katherine Polk Failla on 1/29/2026) (lnl) (Entered: 01/30/2026) |
| 02/04/2026 | 288 | TRANSCRIPT of Proceedings as to Sergio Duarte Frias re: Sentence held on 12/16/25 before Judge Katherine Polk Failla. Court Reporter/Transcriber: Tracy Groth, (212) 805−0320, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 2/25/2026. Redacted Transcript Deadline set for 3/9/2026. Release of Transcript Restriction set for 5/5/2026. (Moya, Goretti) (Entered: 02/04/2026) |
| 02/04/2026 | 289 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Sergio Duarte Frias. Notice is hereby given that an official transcript of a Sentence proceeding held on 12/16/25 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (Moya, Goretti) (Entered: 02/04/2026) |
| 02/04/2026 | 290 | SEALED DOCUMENT placed in vault. (jus) (Entered: 02/04/2026) |
| 02/04/2026 | | Minute Entry for proceedings held before Judge Katherine Polk Failla: Change of Plea Hearing as to (23−Cr−180−11) Juan Pablo Lozano held on 2/4/2026. Defendant Juan Pablo Lozano present with attorneys Leonardo M. Aldridge. AUSA David Robles present. Spanish interpreter Erika de los Rios present. Court reporter Carly Davis present. Defendant withdraws previously entered plea, and enters a plea of GUILTY to Count Two of Indictment 23cr180 (KPF). Plea accepted. PSR ordered. Sentencing set for June 10, 2026 at 3:00 p.m. Defendant's sentencing submission due two weeks prior to sentencing. Government's sentencing submission due one week prior to sentencing. Defendant continued remanded. (bw) (Entered: 02/12/2026) |
| 02/04/2026 | | Change of Not Guilty Plea to Guilty Plea as to Juan Pablo Lozano (11) Count 2. (bw) (Entered: 02/12/2026) |
| 02/04/2026 | | Minute Entry for proceedings held before Judge Katherine Polk Failla: Plea entered by Juan Pablo Lozano (11) Guilty as to Count 2. (bw) (Entered: 02/12/2026) |

| | | |
|---|---|---|
| 02/04/2026 | | Order of Referral to Probation for Presentence Investigation and Report as to (23–Cr–180–11) Juan Pablo Lozano. (By Judge Katherine Polk Failla on 2/4/2026) (bw) (Entered: 02/12/2026) |
| 02/04/2026 | | ORAL ORDER as to (23–Cr–180–11) Juan Pablo Lozano. Sentencing set for 6/10/2026 at 03:00 PM before Judge Katherine Polk Failla. (bw) (Entered: 02/12/2026) |
| 02/05/2026 | 291 | ORDER as to Ivan Velerio Sainz Salazar unsealing the S(7) superseding indictment. (Signed by Magistrate Judge Robyn F. Tarnofsky on 2/5/26)(jm) (Entered: 02/05/2026) |
| 02/05/2026 | 292 | UNREDACTED S(7) INDICTMENT FILED as to Ivan Velerio Sainz Salazar. (jm) **(Not for Public view pursuant to Standing Order of the court, 24–mc–184.)** (Entered: 02/05/2026) |
| 02/05/2026 | 293 | S(7) REDACTED INDICTMENT FILED as to Ivan Velerio Sainz Salazar (26) count(s) 1, 2, 3, 4. (jm)(Filed under seal on 1/29/26) (Entered: 02/05/2026) |
| 02/05/2026 | 295 | NOTICE OF ATTORNEY APPEARANCE: Karloff Cylton Commissiong appearing for Silvano Francisco Mariano. Appearance Type: CJA Appointment. (Commissiong, Karloff) (Entered: 02/05/2026) |
| 02/11/2026 | | Terminate Deadlines and Hearings as to Juan Pablo Lozano (11): Terminated: Responses due by 2/9/2026. Replies due by 2/23/2026. Motion Hearing set for 3/9/2026 at 03:00 PM before Judge Katherine Polk Failla. [*** Note: As per Judge Failla's Chambers instructions via E–Mail to Criminal Memo Inbox on 2/11/2026 4:29 PM. "Please terminate all pending conferences (motion hearing, FPTC and trial) and deadlines for defendant." ***] (bw) (Entered: 02/12/2026) |
| 02/12/2026 | | Minute Entry for proceedings held before Judge Katherine Polk Failla: Change of Plea Hearing as to (23–Cr–180–16) Julio Marin Gonzalez held on 2/12/2026. Defendant Julio Marin Gonzalez present with attorneys Charlotte Hull Underwood and Lawrence Gerschwer. AUSA David Robles present. Spanish interpreters Sara Dowd and Humberto Garcia present. Court reporter Martha Martin present. Defendant withdraws previously entered plea, and enters a plea of GUILTY to Count Two of Indictment 23cr180 (KPF). Plea accepted. PSR ordered. Sentencing set for June 17, 2026 at 3:00 p.m. Defendant's sentencing submission due two weeks prior to sentencing. Government's sentencing submission due one week prior to sentencing. Defendant continued remanded. (bw) (Entered: 02/13/2026) |
| 02/12/2026 | | Change of Not Guilty Plea to Guilty Plea as to Julio Marin Gonzalez (16) Count 2. (bw) (Entered: 02/13/2026) |
| 02/12/2026 | | Minute Entry for proceedings held before Judge Katherine Polk Failla: Plea entered by Julio Marin Gonzalez (16) Guilty as to Count 2. (bw) (Entered: 02/13/2026) |
| 02/12/2026 | | Order of Referral to Probation for Presentence Investigation and Report as to (23–Cr–180–16) Julio Marin Gonzalez. (By Judge Katherine Polk Failla on 2/12/2026) (bw) (Entered: 02/13/2026) |
| 02/12/2026 | | ORAL ORDER as to (23–Cr–180–16) Julio Marin Gonzalez. Sentencing set for 6/17/2026 at 03:00 PM before Judge Katherine Polk Failla. (bw) (Entered: 02/13/2026) |
| 02/12/2026 | | Terminate Deadlines and Hearings as to Juan Pablo Lozano, Carlos Omar Felix Gutierrez, Julio Marin Gonzalez: Motions Deadline, Response Deadline, Reply Deadline, and Motion Hearing. (tn) (Entered: 02/18/2026) |
| 02/18/2026 | 296 | ORDER as to (23–Cr–180–15) Silvano Francisco Mariano. The conference currently scheduled for February 25, 2026, is hereby converted into a change–of–plea conference. The time and location remain the same. In addition, the motion hearing currently scheduled for February 23, 2026, is hereby ADJOURNED sine die. SO ORDERED. (Signed by Judge Katherine Polk Failla on 2/18/2026) (bw) (Entered: 02/19/2026) |
| 02/18/2026 | | Terminate Deadlines and Hearings as to Silvano Francisco Mariano (15): Terminated Motion Hearing set for 2/23/2026 at 02:30 PM in Courtroom 618, 40 Centre Street, New York, NY 10007 before Judge Katherine Polk Failla. [*** Note: Refer to Order, |

| | | |
|---|---|---|
| | | Doc.# <u>296</u> . ***] (bw) (Entered: 02/19/2026) |
| 02/23/2026 | <u>297</u> | FIRST LETTER MOTION addressed to Judge Katherine Polk Failla from Karloff C. Commissiong dated February 23, 2026 re: Request for adjournment of plea . Document filed by Silvano Francisco Mariano. (Commissiong, Karloff) (Entered: 02/23/2026) |
| 02/24/2026 | <u>298</u> | MEMO ENDORSEMENT as to Silvano Francisco Mariano granting <u>297</u> FIRST LETTER MOTION addressed to Judge Katherine Polk Failla from Karloff C. Commissiong dated February 23, 2026 re: Request for adjournment of plea. ENDORSEMENT: Application GRANTED. The change–of–plea conference currently scheduled for February 25, 2026, is hereby ADJOURNED to March 5, 2026, at 12:00 p.m. The Clerk of Court is directed to terminate the pending motion at docket entry 297. SO ORDERED. (Change of Plea Hearing set for 3/5/2026 at 12:00 PM before Judge Katherine Polk Failla) (Signed by Judge Katherine Polk Failla on 2/24/2026) (lnl) (Entered: 02/24/2026) |
| 03/05/2026 | | Minute Entry for proceedings held before Judge Katherine Polk Failla: Change of Plea Hearing as to (23–Cr–180–15) Silvano Francisco Mariano held on 3/5/2026. Defendant Silvano Francisco Mariano present with attorneys Christine Delince, Karloff Cylton Commissiong, and Jill Shellow. AUSA Jane Chong present. Spanish interpreter Humberto Garcia present. Court reporter Doug Colavito present. Defendant withdraws previously entered plea, and enters a plea of GUILTY to Count Two (lessor included offense) of Indictment 23cr180 (KPF). Plea accepted. PSR ordered. Sentencing set for July 31, 2026 at 3:00 p.m. Defendant's sentencing submission due two weeks prior to sentencing. Government's sentencing submission due one week prior to sentencing. Defendant continued remanded. (bw) (Entered: 03/05/2026) |
| 03/05/2026 | | Change of Not Guilty Plea to Guilty Plea as to Silvano Francisco Mariano (15) Count 2. (bw) (Entered: 03/05/2026) |
| 03/05/2026 | | Minute Entry for proceedings held before Judge Katherine Polk Failla: Plea entered by Silvano Francisco Mariano (15) Guilty of Lesser Offense as to Count 2. (bw) (Entered: 03/05/2026) |
| 03/05/2026 | | Order of Referral to Probation for Presentence Investigation and Report as to (23–Cr–180–15) Silvano Francisco Mariano. (By Judge Katherine Polk Fail on 3/5/2026) (bw) (Entered: 03/05/2026) |
| 03/05/2026 | | ORAL ORDER as to (23–Cr–180–15) Silvano Francisco Mariano. Sentencing set for 7/31/2026 at 03:00 PM before Judge Katherine Polk Failla. (bw) (Entered: 03/05/2026) |
| 03/05/2026 | 299 | SEALED DOCUMENT placed in vault. (sov) (Entered: 03/05/2026) |
| 03/05/2026 | 300 | SEALED DOCUMENT placed in vault. (sov) (Entered: 03/05/2026) |
| 03/05/2026 | 301 | SEALED DOCUMENT placed in vault. (sov) (Entered: 03/05/2026) |
| 03/13/2026 | <u>302</u> | SENTENCING SUBMISSION by Ana Gabriela Rubio Zea. (Attachments: # <u>1</u> Exhibit A – Letters in Support of Ms. Rubio Zea, # <u>2</u> Exhibit B – Redacted – Letter to the Court from Ms. Rubio Zea, # <u>3</u> Exhibit C – Forensic Evaluation Filed Under Seal, # <u>4</u> Exhibit D – Certificates of Achievement, # <u>5</u> Exhibit E – List of Books Read by Ms Rubio Zea)(Vargas, Judith) (Entered: 03/13/2026) |
| 03/13/2026 | <u>303</u> | SENTENCING SUBMISSION by Ana Gabriela Rubio Zea. (Attachments: # <u>1</u> Exhibit F – Letter of Recommendation from Corr Officer Espinet, # <u>2</u> Exhibit G – Photos of Ms, Rubio Zea with Family)(Vargas, Judith) (Entered: 03/13/2026) |
| 03/16/2026 | <u>304</u> | TRANSCRIPT of Proceedings as to Julio Marin Gonzalez re: Plea held on 2/12/26 before Judge Katherine Polk Failla. Court Reporter/Transcriber: Martha Martin, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/6/2026. Redacted Transcript Deadline set for 4/16/2026. Release of Transcript Restriction set for 6/15/2026. (Moya, Goretti) (Entered: 03/16/2026) |

| 03/16/2026 | 305 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Julio Marin Gonzalez. Notice is hereby given that an official transcript of a Plea proceeding held on 2/12/26 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (Moya, Goretti) (Entered: 03/16/2026) |
|---|---|---|
| 03/16/2026 | 306 | TRANSCRIPT of Proceedings as to Juan Pablo Lozano re: Plea held on 2/4/26 before Judge Katherine Polk Failla. Court Reporter/Transcriber: Carly Davis, (212) 805–0320, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/6/2026. Redacted Transcript Deadline set for 4/16/2026. Release of Transcript Restriction set for 6/15/2026. (Moya, Goretti) (Entered: 03/16/2026) |
| 03/16/2026 | 307 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Juan Pablo Lozano. Notice is hereby given that an official transcript of a Plea proceeding held on 2/4/26 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (Moya, Goretti) (Entered: 03/16/2026) |
| 04/06/2026 | 308 | TRANSCRIPT of Proceedings as to Silvano Francisco Mariano re: Plea held on 3/5/26 before Judge Katherine Polk Failla. Court Reporter/Transcriber: Doug Colavito, (212) 805–0320, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/27/2026. Redacted Transcript Deadline set for 5/7/2026. Release of Transcript Restriction set for 7/6/2026. (Moya, Goretti) (Entered: 04/06/2026) |
| 04/06/2026 | 309 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Silvano Francisco Mariano. Notice is hereby given that an official transcript of a Plea proceeding held on 3/5/26 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (Moya, Goretti) (Entered: 04/06/2026) |
| 04/29/2026 | 310 | ORDER as to Ruben Rocha Moya, Enrique Inzunza Cazarez, Enrique Diaz Vega, Damaso Castro Zaavedra, Marco Antonio Almanza Aviles, Alberto Jorge Contreras Nunez, Gerardo Merida Sanchez, Jose Antonio Dionisio Hipolito, Juan De Dios Gamez Mendivil, Juan Valenzuela Millan unsealing the S(9) superseding indictment. (Signed by Judge Katherine Polk Failla on 4/29/26)(jm) (Entered: 04/29/2026) |
| 04/29/2026 | 311 | S(9) UNREDACTED INDICTMENT FILED as to Ruben Rocha Moya, Enrique Inzunza Cazarez, Enrique Diaz Vega, Damaso Castro Zaavedra, Marco Antonio Almanza Aviles, Alberto Jorge Contreras Nunez, Gerardo Merida Sanchez, Jose Antonio Dionisio Hipolito, Juan De Dios Gamez Mendivil, Juan Valenzuela Millan. (jm) **(Not for Public view pursuant to Standing Order of the court, 24–mc–184.)** (Entered: 04/29/2026) |
| 04/29/2026 | 312 | S(9) REDACTED INDICTMENT FILED as to Ruben Rocha Moya (27) count(s) 1, 2, 3, Enrique Inzunza Cazarez (28) count(s) 1, 2, 3, Enrique Diaz Vega (29) count(s) 1, 2, 3, Damaso Castro Zaavedra (30) count(s) 1, 2, 3, Marco Antonio Almanza Aviles (31) count(s) 1, 2, 3, Alberto Jorge Contreras Nunez (32) count(s) 1, 2, 3, Gerardo Merida Sanchez (33) count(s) 1, 2, 3, Jose Antonio Dionisio Hipolito (34) count(s) 1, 2, 3, Juan De Dios Gamez Mendivil (35) count(s) 1, 2, 3, Juan Valenzuela Millan (36) count(s) 1, 2, 3, 4, 5. (jm)(Filed under seal on 4/23/26) (Entered: 04/29/2026) |
| 05/05/2026 | 323 | SEALED DOCUMENT placed in vault. (sov) (Entered: 05/05/2026) |
| 05/11/2026 | | Arrest of Gerardo Merida Sanchez in the United States District Court – District of Arizona. (jm) (Entered: 05/14/2026) |

| 05/13/2026 | 324 | TRANSCRIPT of Proceedings as to Martin Zazueta Perez, Kevin Gil Acosta re: Hearing held on 8/13/2025 before Magistrate Judge Henry J. Ricardo. Court Reporter/Transcriber: Adrienne Mignano, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/3/2026. Redacted Transcript Deadline set for 6/15/2026. Release of Transcript Restriction set for 8/11/2026 (js) (Entered: 05/13/2026) |
|---|---|---|
| 05/13/2026 | 325 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Martin Zazueta Perez, Kevin Gil Acosta. Notice is hereby given that an official transcript of a Hearing proceeding held on 8/13/2025 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (js) (Entered: 05/13/2026) |
| 05/14/2026 | 326 | Rule 5(c)(3) Documents Received as to Gerardo Merida Sanchez from the United States District Court – District of Arizona. (jm) (Entered: 05/14/2026) |
| 05/15/2026 | 328 | RULE 5(f) ORDER as to (23–Cr–180–33) Gerardo Merida Sanchez. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 5/15/2026) (bw) (Entered: 05/15/2026) |
| 05/15/2026 | 329 | CJA 23 Financial Affidavit by Gerardo Merida Sanchez. CJA, attorney Sarah Krissoff appointed counsel. APPROVED. (Signed by Magistrate Judge Sarah Netburn) (job) (Entered: 05/18/2026) |
| 05/15/2026 | | Attorney update in case as to Gerardo Merida Sanchez. Attorney Sarah Rebecca Krissoff for Gerardo Merida Sanchez added. (job) (Entered: 05/18/2026) |
| 05/15/2026 | 330 | Minute Entry for proceedings held before Magistrate Judge Sarah Netburn: Initial Appearance as to Gerardo Merida Sanchez held on 5/15/2026. Detention Hearing as to Gerardo Merida Sanchez held on 5/15/2026. Arraignment as to Gerardo Merida Sanchez (33) Count 1,2,3 held on 5/15/2026. Plea entered by Gerardo Merida Sanchez (33) Count 1,2,3 Not Guilty. AUSA David Robles and Jane Chong present for the Government. Defendant present with attorney Sarah Krissoff. \| BAIL DISPOSITION: Detention on consent w/o prejudice. \| Conference before D.J. on 6/1/2026. \| Speedy Trial time excluded until 6/1/2026. (job) (Entered: 05/18/2026) |
| 05/20/2026 | 332 | ORDER as to Juan Pablo Lozano: The sentencing currently scheduled for June 10, 2026, in the above matter is hereby ADJOURNED to June 12, 2026, at 3:00 p.m. In addition, the Clerk of Court is directed to terminate the pending motion at docket entry 276, which motion is DENIED as moot because of Mr. Lozano's February 4, 2026 plea. SO ORDERED. (Sentencing set for 6/12/2026 at 03:00 PM before Judge Katherine Polk Failla) (Signed by Judge Katherine Polk Failla on 5/20/2026) (lnl) (Entered: 05/20/2026) |
| 05/21/2026 | 333 | NOTICE OF ATTORNEY APPEARANCE: Damini Kunwar appearing for Julio Marin Gonzalez. Appearance Type: CJA Appointment. (Kunwar, Damini) (Entered: 05/21/2026) |
| 05/23/2026 | 334 | FIRST LETTER MOTION addressed to Judge Katherine Polk Failla from Jacqueline E. Cistaro dated May 23, 2026 re: Letter Motion Requesting Adjournment of Sentencing Hearing . Document filed by Carlos Omar Felix Gutierrez. (Cistaro, Jacqueline) (Entered: 05/23/2026) |
| 05/26/2026 | 335 | MEMO ENDORSEMENT 334 LETTER MOTION as to Carlos Omar Felix Gutierrez (14)....ENDORSEMENT...Application GRANTED. The sentencing currently scheduled for June 2, 2026, is hereby ADJOURNED to August 11, 2026, at 3:00 p.m. The Clerk of Court is directed to terminate the pending motion at docket entry 334. (Signed by Judge Katherine Polk Failla on 5/26/26) (jw) (Entered: 05/26/2026) |
| 05/26/2026 | | Set/Reset Deadlines/Hearings as to Carlos Omar Felix Gutierrez: Sentencing set for 8/11/2026 at 03:00 PM before Judge Katherine Polk Failla (jw) (Entered: 05/26/2026) |
| 05/29/2026 | 337 | LETTER MOTION addressed to Judge Katherine Polk Failla from USA dated May 29, 2026 re: Initial Conference . Document filed by USA as to Gerardo Merida Sanchez. (Kushner, Sarah) (Entered: 05/29/2026) |

| 05/29/2026 | 338 | MEMO ENDORSEMENT as to Gerardo Merida Sanchez (33) on 337 LETTER MOTION addressed to Judge Katherine Polk Failla from USA dated May 29, 2026 re: Initial Conference. ENDORSEMENT: The parties shall appear for the initial conference in the above matter on June 1, 2026, at 12:00 p.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. Time under the Speedy Trial Act was previously excluded through that date. The Clerk of Court is directed to terminate the pending motion at docket entry 337. (Signed by Judge Katherine Polk Failla on 5/29/2026) (ap) (Entered: 05/29/2026) |
|---|---|---|
| 05/29/2026 | 339 | LETTER MOTION addressed to Judge Katherine Polk Failla from Leonardo M. Aldridge, Esq. dated May 29, 2026 re: Sentencing Submission . Document filed by Juan Pablo Lozano. (Attachments: # 1 Exhibit Letters of Support, # 2 Exhibit Certifications, # 3 Exhibit Certifications, # 4 Exhibit Certifications)(Aldridge, Leonardo) (Entered: 05/29/2026) |
| 06/03/2026 | 341 | LETTER MOTION addressed to Judge Katherine Polk Failla from Lawrence Gerschwer attorney for Julio Marin Gonzalez dated June, 3, 2026 re: Sentencing Submission memorandum on behalf of our CJA client Julio Marin Gonzalez (Defendant or Julio), who is scheduled to be sentenced by your Honor on June 17, 2026. . Document filed by Julio Marin Gonzalez. (Attachments: # 1 Exhibit Final Exhibits Defense Sentencing Submission)(Kunwar, Damini) (Entered: 06/03/2026) |
| 06/05/2026 | 342 | SENTENCING SUBMISSION by USA as to Juan Pablo Lozano. (Chong, Jane) (Entered: 06/05/2026) |
| 06/09/2026 | 343 | SENTENCING SUBMISSION by Juan Pablo Lozano. (Attachments: # 1 Exhibit Certificates of Completion)(DeMarco, Mark) (Entered: 06/09/2026) |
| 06/10/2026 | 344 | SENTENCING SUBMISSION by USA as to Julio Marin Gonzalez. (Chong, Jane) (Entered: 06/10/2026) |
| 06/16/2026 | | Minute Entry for proceedings held before Judge Katherine Polk Failla: Sentencing held on 6/16/2026 for Juan Pablo Lozano (11) Count 2. Defendant Juan Pablo Lozano present with attorneys Leonardo M. Aldridge and Mark DeMarco. AUSA David Robles present. Spanish interpreters Francisco Olivero and Henry Rugeles present. Defendant continued remanded. (Court Reporter Carly Davis) (ap) (Entered: 06/16/2026) |
| 06/17/2026 | | DISMISSAL OF COUNTS on Government Motion as to Juan Pablo Lozano (11) Count 3,4,5,6. (ap) (Entered: 06/17/2026) |
| 06/17/2026 | 346 | JUDGMENT IN A CRIMINAL CASE as to Juan Pablo Lozano (11). THE DEFENDANT: pleaded guilty to count Two. Counts ALL OPEN COUNTS are dismissed on the motion of the United States. IMPRISONMENT: One−hundred−seventy−five (175) months. It is the Court's intention that this sentence run fully concurrently with the sentence imposed in United States v. Lozano, No. 22 Cr. 1656−01 (W.D. Texas), because the offense conduct in the Texas case is relevant conduct to the instant case. As a result, the Court intends for Mr. Lozano to receive credit against this sentence for all time served since his arrest in Texas on September 19, 2022. The court makes the following recommendations to the Bureau of Prisons: The Court recommends that defendant be designated to FCI La Tuna, TX, or, if that facility is unavailable then to a facility of the appropriate security level in Texas. The Court also recommends that defendant be placed in the RDAP program. The defendant is remanded to the custody of the United States Marshal. SUPERVISED RELEASE: Four (4) years. ASSESSMENT: $100.00 due immediately. (Signed by Judge Katherine Polk Failla on 6/16/2026) (ap) (Entered: 06/17/2026) |
| 06/24/2026 | 347 | NOTICE OF APPEAL by Juan Pablo Lozano from 346 Judgment. (km) (Entered: 06/24/2026) |
| 06/24/2026 | | Appeal Remark as to Juan Pablo Lozano re: 347 Notice of Appeal − Final Judgment. $605.00 Appeal fee waived, CJA appointed attorney. (km) (Entered: 06/24/2026) |
| 06/24/2026 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet as to Juan Pablo Lozano to US Court of Appeals re: 347 Notice of Appeal − Final Judgment. (km) (Entered: 06/24/2026) |

| 06/24/2026 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files as to Juan Pablo Lozano re: <u>347</u> Notice of Appeal – Final Judgment were transmitted to the U.S. Court of Appeals. (km) (Entered: 06/24/2026) |